# EXHIBIT C

# Case Summary Report

Agency: PDCN     Case Number: 2014CR318938     Date: 9/9/2014 14:10:05

## Incident Information

| Date/Time Reported | Occurred From Date/Time | Occurred To Date/Time | | | |
|---|---|---|---|---|---|
| 05/28/2014 13:37 | 05/28/2014 10:45 | 05/28/2014 10:45 | | | |

| Incident Location | | | | Beat | PCT |
|---|---|---|---|---|---|
| 2 ROSE AVE, ROOSEVELT, NY 11575 | | | | 112 | 001 |

| Officer | CMD | Supervisor Approval | CMD | Incident Status |
|---|---|---|---|---|
| STASSI, JOSEPH B | 001 | CATALANI, KENNETH J | 001 | CLOSED/CLEARED |

| Investigator Assigned | CMD | Case Management Status | Case Management No. |
|---|---|---|---|
| | | | |

## Classification/Charges

| Charge Type | Description | Statute | UCR | |
|---|---|---|---|---|
| 1 | AIDED | Z AIDED | 999 | ☐ Att  ☑ Com |

| Class | F/M/I | Degree | Computer(s) Used | Location Type | Criminal Activity | # Premises | Forced Entry |
|---|---|---|---|---|---|---|---|
| | | | ☐ Yes ☐ No | SCHOOL PUBLIC | / / | | ☑ Yes ☐ No |

| Entry | Entry | Method of Entry | Method of Entry |
|---|---|---|---|
| | | | |

| Exit | Exit | Weapons |
|---|---|---|
| | | 1. |

| Security | Security | 2. |
|---|---|---|
| | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

| Date | Time | Address | City | State | Zip |
|---|---|---|---|---|---|
| 05/28/2014 | | | | | |

## Case Summary Report

Agency: PDCN    Case Number: 2014CR318938    Date: 9/9/2014 14:10:05

### Notes Continuation

REPORTING OFFICERS RECEIVED A PHONE CALL AT APPROXIMATELY6 1330 HOURS FROM THE ASSISTANT PRINCIPAL OF WASHINGTON ROSE ELEMENTARY SCHOOL, OTHER HIGGANS. OTHER HIGGANS STATES THAT AT APPROXIMATELY 1030 HOURS AIDED MCCARTHY WAS EXTREMELY DEPRESSED, UPSET AND WAS TRANSPORTED TO THE SCHOOL NURSES OFFICE AND INTERVIEWED BY THE SCHOOL PSYCHOLOGIST OTHER SWINKIN. DURING THE INTERVIEW AIDED DID MADE THREATS TO HERSELF. BASED ON RECOMMENDATION BY SCHOOL PSYCHOLOGIST OTHER SWINKIN THE AIDED SISTER WAS CALLED AND AIDED WAS REMOVED TO 233 SPORTSMEN AVE., FREEPORT. REPORTING OFFICER RESPONDED TO WASHINGTON ROSE ELEMENTARY SCHOOL AND CONFIRMED PREVIOUS PHONE CONVERSATION. REPORTING OFFICER OBTAINED PEDIGREE INFORMATION FOR AIDED AND THEN RESPONDED TO 233 SPORTSMEN AVE. ONCE AT SPORTSMEN AVE., REPORTING OFFICERS DID REQUEST AN AMBULANCE FOR TRANSPORTED TO AREA 4 OF NUMC, EAST MEADOW. AIDED REMOVED WITHOUT INCIDENT.
CAR 139