# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

SUSAN McCARTHY,

                    Plaintiff,

        - against -

ROOSEVELT UNION FREE SCHOOL DISTRICT;
DEBORAH L. WORTHAM, individually and
in her Official Capacity; CLYDE
BRASWELL, individually and in his
Official Capacity; EDITH HIGGINS,
individually and in her Official
Capacity; Roosevelt Union Free School
District employees "JOHN DOE" 1-10 (the
name "John Doe" be fictitious, as the
true names are presently unknown);
COUNTY OF NASSAU; NASSAU COUNTY POLICE
DEPARTMENT; POLICE OFFICER JOSEPH STASSI,
individually and in his Official
Capacity; POLICE OFFICER MONIQUE AMODEO,
individually and in her Official
Capacity; MEDIC MATTHEW FIELD,
individually and in his Official
Capacity; Nassau County employees
"JOHN DOE" 11-20 (the name "John Doe"
being fictitious, as the true names are
presently unknown),

                    Defendants.

- - - - - - - - - - - - - - - - - - x

                    240 Denton Place
                    Roosevelt, New York
                    May 12, 2016
                    10:07 A.M.


WITNESS:  EDITH HIGGINS

Page 2

```
1
2
3
4
5      DEPOSITION of EDITH HIGGINS, one of the
6  Defendants herein, taken by the Plaintiff and
7  Co-Defendants herein, pursuant to The Federal Rules
8  Of Civil Procedure, held at the above-mentioned time
9  and place, before Raymond Stalker, RPR, a Notary
10 Public of the State of New York.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2  A P P E A R A N C E S :
3  WOLIN & WOLIN, P.C.
     Attorneys for Plaintiff
4    420 Jericho Turnpike
     Jericho, New York 11753
5
   BY: ALAN E. WOLIN, ESQ.
6
7  SILVERMAN & ASSOCIATES
     Attorneys for Defendants
8  Roosevelt Union Free School District,
     Deborah L. Wortham, Clyde Braswell,
9  Edith Higgins
     445 Hamilton Avenue
10   White Plains, New York 10601
11 BY: GERALD S. SMITH, ESQ.
12
13 NASSAU COUNTY ATTORNEY'S OFFICE
     Attorneys for Defendants
14 County of Nassau, Nassau County Police
     Department, Police Officer Joseph Stassi,
15 Police Officer Monique Amodeo,
     Medic Matthew Field
16   One West Street
     Mineola, New York 11501
17
   BY: JAMES SCOTT, ESQ.
18
19
20
21
22
23
24
25
```

Page 4

```
1
2
3
4
5      IT IS HEREBY stipulated and agreed by and
6  among counsel for the respective parties hereto,
7  that the sealing and certification of the within
8  deposition shall be and the same hereby waived.
9      IT IS FURTHER STIPULATED AND AGREED that all
10 objections, except to the form of the question,
11 shall be reserved to the time of trial;
12     IT IS FURTHER STIPULATED AND AGREED that the
13 within deposition may be signed before any Notary
14 Public with the same force and effect as if signed
15 and sworn to before the court.
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1          EDITH HIGGINS
2  E D I T H   H I G G I N S, one of the Defendant-s
3  herein, having first been duly sworn by a Notary
4  Public of the State of New York, was examined and
5  testified as follows:
6      MR. WOLIN: Good morning, Ms.
7  Higgins. My name is Alan Wolin. I
8  am an attorney. I represent Susan
9  McCarthy in this lawsuit. I'm going
10 to be asking you a series of
11 questions concerning the facts and
12 circumstances of this case. If at
13 any time I ask you a question you
14 don't understand, ask me to rephrase
15 it and I will attempt to do the best
16 I can, okay.
17     THE WITNESS: Yes.
18     MR. WOLIN: One of the ground
19 rules here, which I'm sure Mr. Smith
20 had discussed with you is that you
21 have to verbalize your answers,
22 because as good as the court reporter
23 is, he's not supposed support to take
24 down nods of the head or shrugs of
25 the of shoulder or nonverbal
```

2 (Pages 2 - 5)

EDITH HIGGINS

1
2 expressions, because we can not
3 interpret nonverbal expressions,
4 okay?
5        THE WITNESS: Yes.
6        MR. WOLIN: SO make sure you
7 that you answer all of my questions
8 verbally.
9        THE WITNESS: Yes.
10 EXAMINATION BY
11 MR. WOLIN:
12    Q.    Please state your full name for
13 the record.
14    A.    Edith Higgins.
15    Q.    What is your present business
16 address?
17    A.    2 Rose Avenue, Roosevelt, New
18 York 11575.
19    Q.    What have you done, if anything,
20 to prepare for this deposition today?
21    A.    What have I done? I met with my
22 attorney.
23    Q.    And when did you meet with your
24 attorney?
25    A.    This week.

EDITH HIGGINS

1
2    Q.    Was that Mr. Smith?
3    A.    Yes.
4    Q.    Other than meeting with Mr.
5 Smith, what, if anything else, did you do to
6 prepare for this deposition?
7    A.    That's all, sir.
8    Q.    Did you tell anyone that you were
9 going to be appearing for this deposition
10 today?
11    A.    No, sir.
12    Q.    Have you spoken with Mr. Braswell
13 about appearing for this deposition today?
14    A.    Yes.
15    Q.    And when did you speak to him?
16    A.    This morning.
17    Q.    And what did you and he discuss?
18    A.    The time that we were going to
19 appear today.
20    Q.    And did you and he discuss any of
21 the subject matter of this case?
22    A.    No, sir.
23    Q.    Have you ever spoken to Mr.
24 Braswell about the subject matter of this
25 case?

EDITH HIGGINS

1
2        MR. SMITH: Objection.
3    A.    I don't recall.
4    Q.    By whom are you currently
5 employed.
6    A.    The Roosevelt Union Free School
7 District.
8    Q.    How long have you been employed
9 by the Roosevelt Union Free School District?
10    A.    Approximately thirteen years.
11    Q.    What is your current job title?
12    A.    Assistant principal.
13    Q.    Where do you serve as assistant
14 principal?
15    A.    Washington Rose Elementary
16 School.
17    Q.    And how long have you served in
18 that job title of assistant principal?
19    A.    This is my third year.
20    Q.    Have you served at Washington
21 Rose the entire time that you have served as
22 assistant principal?
23    A.    Yes.
24    Q.    What are your duties and
25 responsibilities as assistant principal at

EDITH HIGGINS

1
2 Washington Rose?
3    A.    I have many responsibilities,
4 which include supervision -- oh, gosh, I'm
5 very sorry. (Cell phone rings.) Let me put
6 this away. Supervision of students,
7 supervision of students and staff and
8 managing the building.
9    Q.    What are your supervisory
10 responsibilities with reference to staff?
11    A.    In terms of their -- supervising
12 their -- what goes on in the classroom.
13 Basically, what goes on in the classroom, the
14 instructional practices in the classroom.
15    Q.    To whom do you directly report?
16    A.    To my supervisor, Mr. Braswell.
17    Q.    And Mr. Braswell is the school
18 principal; is that correct?
19    A.    Yes, sir.
20    Q.    And have you reported to Mr.
21 Braswell the entire time that you have served
22 assist principal?
23    A.    Yes.
24    Q.    During the time that you have
25 served as assistant principal of Washington

3 (Pages 6 - 9)

Page 10

1           EDITH HIGGINS
2  Rose, have there been any other assistant
3  principals?
4      A.    No.
5      Q.    So you have been the only
6  assistant principal at Washington Rose during
7  your tenure as assistant principal; is that
8  correct?
9      A.    Yes, sir.
10     Q.    Now, immediately prior to
11 becoming assistant principal at Washington
12 Rose, were you employed by the Roosevelt
13 School District?
14     A.    Yes.
15     Q.    What was your job title
16 immediately prior to becoming assistant
17 principal?
18     A.    Classroom teacher.
19     Q.    How long did you serve as a
20 classroom teacher in Roosevelt?
21     A.    In Roosevelt I served as
22 classroom teacher for three years.
23     Q.    When did you say you became
24 employed by Roosevelt?
25     A.    2013 -- no, 2003. Sorry.

Page 11

1           EDITH HIGGINS
2      Q.    2003 --
3      A.    The fall of 2003 I believe, yes.
4      Q.    When did you become a classroom
5  teacher at Roosevelt?
6      A.    In 2003 I became a teacher.
7      Q.    When did you become the assistant
8  principal?
9      A.    2013.
10     Q.    Is it fair to say that you were a
11 classroom teacher for approximately ten years
12 at Roosevelt?
13     A.    No. I was a math curriculum
14 specialist.
15     Q.    When did you serve as a math
16 curriculum specialist?
17     A.    The fall of 2004 until
18 approximately 2012 or so. Then I went back
19 into the classroom for two years.
20     Q.    So you were a math curriculum
21 specialist immediately before you became a
22 classroom teacher?
23     A.    Immediately after. I was a
24 classroom teacher for a year. Then I applied
25 for math curriculum specialist and I served

Page 12

1           EDITH HIGGINS
2  as that for a number of years. Then I went
3  back into the classroom at Washington Rose
4  for two years and then I applied for the
5  assistant principal.
6      Q.    Got it. Where did you serve as
7  the math curriculum specialist?
8      A.    At Ulysses Byas Elementary
9  School.
10     Q.    And that's an elementary school
11 within the district; is that correct?
12     A.    Yes, sir.
13     Q.    Where did you serve the initial
14 term as a classroom teacher?
15     A.    Ulysses Byas Elementary School.
16     Q.    So have you named the two schools
17 that you have been regularly assigned to as
18 an employee of the Roosevelt Union Free
19 School District?
20     A.    Yes, sir.
21     Q.    Now, during the time that you
22 served as a classroom teacher at Washington
23 Rose, what was your assignment?
24     A.    Instruction of second grade
25 students.

Page 13

1           EDITH HIGGINS
2      Q.    I'm sorry?
3      A.    The instruction of second grade
4  students.
5      Q.    So were you considered a second
6  grade teacher?
7      A.    Yes.
8      Q.    Who was the principal of
9  Washington Rose during the time that you
10 served there as a classroom teacher?
11     A.    The first year Dr. Pearletta
12 Wright was the principal and then the second
13 year was Angela -- oh, boy, I forget her last
14 name. She served for half of the year and
15 then Mr. Braswell, he came on for the
16 remainder of the year.
17     Q.    And when did Mr. Braswell become
18 the principal at Washington Rose?
19     A.    I don't recall when he did. I
20 know it was like half of the year.
21     Q.    And when was it in reference to
22 the time that you became assistant principal
23 at Washington Rose?
24     A.    I became the assistant principal
25 that -- the following August, August of 2013,

4 (Pages 10 - 13)

Page 14

1    EDITH HIGGINS
2 I believe.
3    Q.    Had Mr. Braswell become the
4 principal the previous school year?
5    A.    The previous school year of when
6 I became assistant principal?
7    Q.    Yes.
8    A.    Yeah.  I explained already that
9 he became the principal at Washington Rose
10 halfway -- I believe it was like halfway
11 through my second year as a teacher there.
12    Q.    And can you describe the
13 circumstances under which you became an
14 assistant principal at Washington Rose?
15        MR. SMITH: Objection.  You can
16    answer.
17    Q.    Let me rephrase the question.
18        Did you have to apply for the
19 position?
20    A.    Yes, sir.
21    Q.    What did you have to do to a
22 apply for the position?
23    A.    Well, I submitted my resume and
24 cover letter and I interviewed before a panel
25 and I was selected amongst all the

Page 15

1    EDITH HIGGINS
2 candidates.
3    Q.    Who selected you?
4    A.    The panel of administrators that
5 you interviewed with.
6    Q.    Do you remember who was on the
7 panel?
8    A.    No, sir.
9    Q.    Did you compete with other people
10 for the position of assistant principal?
11    A.    Yes, sir.
12    Q.    Do you know the names of the
13 people with whom you competed?
14    A.    No.
15    Q.    Do you know the names of any of
16 them?
17    A.    No, I don't.
18    Q.    Now, do you understand you're a
19 defendant in this case?
20    A.    Yes.
21    Q.    And other than this case, have
22 you been a defendant in any other case?
23    A.    No.
24    Q.    Have you ever been a plaintiff,
25 meaning have you ever sued anyone?

Page 16

1    EDITH HIGGINS
2    A.    Yes?
3    Q.    How many times.
4    A.    One.
5    Q.    When was that?
6    A.    Over the death of my father.
7    Q.    So you were a plaintiff in the
8 capacity of the legal representative for your
9 father; is that fair to say?
10    A.    Can you rephrase that?
11    Q.    Did you represent your father's
12 estate?
13    A.    Yes.
14    Q.    You said you sued over the death
15 of your father, so did you sue as the
16 representative of your father's estate?
17    A.    Yes.
18    Q.    Other than that, were you a
19 plaintiff in any other case?
20    A.    No.
21    Q.    Have you ever given a deposition
22 prior to today?
23    A.    Yes.
24    Q.    Was it with reference to that
25 litigation?

Page 17

1    EDITH HIGGINS
2    A.    Yes.
3    Q.    Have you ever given a deposition
4 with reference to any other matter?
5    A.    No.
6    Q.    Other than that deposition that
7 you have just identified and other than
8 today, have you ever testified under oath?
9    A.    No.
10    Q.    Have you ever testified at any
11 district related proceeding?
12    A.    No.
13    Q.    Have you ever been convicted of a
14 crime?
15    A.    No.
16    Q.    During your tenure with the
17 Roosevelt Union Free School District, have
18 you ever been disciplined?
19    A.    No.
20    Q.    Have ever received any letters to
21 your file that you consider to be a criticism
22 of you?
23    A.    No.
24    Q.    Other than what Ms. McCarthy may
25 be alleging in this case, has any employee of

5 (Pages 14 - 17)

Page 18

EDITH HIGGINS

1
2 the Roosevelt Union Free School District ever
3 claimed, to your knowledge, that you
4 discriminated against him or her?
5    A.    No.
6    Q.    Have you yourself ever believed
7 that you were discriminated against by the
8 Roosevelt Union Free School District?
9    A.    No.
10    Q.    Has any employee of the Roosevelt
11 Union Free School District, to your
12 knowledge, ever claimed that you mistreated
13 him or her?
14    A.    No.
15    Q.    Have you ever believed that you
16 have been mistreated as an employee of the
17 Roosevelt Union Free School District by any
18 of its administrators?
19    A.    No.
20    Q.    What do consider your race to be?
21    A.    Black.
22    Q.    What month and year were you
23 born?
24    A.    July, 1971.
25    Q.    Do you know Susan McCarthy, the

Page 19

EDITH HIGGINS

1
2 plaintiff in this case?
3    A.    Yes.
4    Q.    And was Ms. McCarthy a teacher in
5 Washington Rose when you became the assistant
6 principal?
7    A.    Yes.
8    Q.    As the assistant principal at
9 Washington Rose, were you considered Ms.
10 McCarthy's immediate supervisor?
11    A.    One of her immediate supervisors.
12    Q.    During your tenure at Washington
13 Rose, who else had been considered her
14 immediate supervisor or supervisors?
15    A.    Mr. Braswell.
16    Q.    He's the principal?
17    A.    Yes, sir.
18    Q.    Anyone else?
19    A.    No.
20    Q.    And does Ms. McCarthy continue to
21 be a teacher at Washington Rose today?
22    A.    Yes.
23    Q.    And you continue to have the
24 teacher-assistant principal relationship
25 today as you have had since you became the

Page 20

EDITH HIGGINS

1
2 assistant principal there?
3    A.    Yes.
4    Q.    Now, based upon your testimony,
5 is it a fact that you and Ms. McCarthy were
6 both teachers at Washington Rose for some
7 time prior to you becoming the assistant
8 principal?
9    A.    Yes.  For two years.
10    Q.    During the time that you were a
11 teacher at Washington Rose, I believe you
12 testified that you taught the third grade?
13    A.    Second grade.
14    Q.    Second grade.  I'm sorry.
15        During the time that you taught
16 the second grade, what grade or grades did
17 Ms. McCarthy teacher?
18    A.    First grade.
19    Q.    Did Ms. McCarthy continue
20 teaching first grade after you became
21 assistant principal?
22    A.    Yes.
23    Q.    Does she continue teaching first
24 grade at the current time?
25    A.    Yes.

Page 21

EDITH HIGGINS

1
2    Q.    Has she always, to your
3 knowledge, taught first grade at Washington
4 Rose, since at least the time that you became
5 a classroom teacher at Washington Rose?
6    A.    Yes.
7    Q.    Prior to the time you became a
8 assistant principal, during the time you were
9 both teachers at Washington Rose, how did you
10 and she get along?
11    A.    Very well.
12    Q.    Can you elaborate on what you
13 mean by very well?
14    A.    Well, we had a very healthy
15 collegial relationship.
16    Q.    Did you, prior to you becoming
17 assistant principal, have any type of social
18 relationship?
19    A.    Well, not outside of school.
20    Q.    Not outside?
21    A.    No.
22    Q.    Just typical school related
23 functions; am I correct?
24    A.    Yes, uh-huh.
25    Q.    When you were both teachers, did

6 (Pages 18 - 21)

Page 22

EDITH HIGGINS

1
2 you and she ever have any disagreements that
3 you recall?
4    A.    No.
5    Q.    Now, other than the fact that you
6 and she were coworkers for a period of time
7 before you became a assistant principal, at
8 the time you became assistant principal, did
9 you know anything about her work history?
10    A.    No.
11    Q.    Do you know how many years she
12 had been employed for the district prior to
13 the time you became assistant principal?
14    A.    No.
15    Q.    Now, I want to direct your
16 attention to September of 2013. She was
17 teaching first grade in September of 2013,
18 correct?
19    A.    Yes.
20    Q.    That's approximately when you
21 became assistant principal, correct?
22    A.    Yes.
23    Q.    Now, in September of 2013, who
24 were the other first grade teachers, if you
25 recall?

Page 23

EDITH HIGGINS

1
2    A.    I'm sorry, I don't recall.
3    Q.    Do you recall the names of any of
4 them?
5    A.    Ms. Yedin and I know we had a
6 substitute teacher.
7    Q.    A permanent sub?
8    A.    I can't recall if she was per
9 diem or permanent.
10    Q.    Do you recall how many first
11 grade teachers there were?
12    A.    Three or four.
13    Q.    And were any of them considered
14 bilingual classes?
15    A.    One was.
16    Q.    One?
17    A.    Yes.
18    Q.    What is the difference --
19    A.    No, not bilingual. It wasn't
20 bilingual. We have bilingual now. I forgot
21 the name that particular class. I think it
22 was dual language, dual language.
23    Q.    What's the difference between
24 dual language and bilingual?
25    A.    Well, the dual language, the

Page 24

EDITH HIGGINS

1
2 children were between two classrooms and one
3 part of the day they spoke all English and
4 the other part of the day they spoke Spanish.
5 The bilingual is what we have now. The
6 children -- it's a self-contained and that
7 teacher has a special bilingual license.
8 They are taught in the classroom part of the
9 day in English, part of the day in Spanish,
10 but they are not traveling between two
11 classrooms. They just remain in one room.
12    Q.    In September of 2013, what type
13 of first grade class did Ms. McCarthy teach?
14    A.    Monolingual.
15    Q.    Has she continued teaching
16 monolingual?
17    A.    Yes.
18    Q.    In September of 2013, did you
19 know Ms. McCarthy's age?
20    A.    No.
21    Q.    Did you form any opinion as to
22 her age?
23    A.    No.
24    Q.    Did you believe that she was over
25 the age of forty?

Page 25

EDITH HIGGINS

1
2    A.    Possibly.
3    Q.    Now, I wanted to ask you about a
4 couple of allegations in the complaint.
5 During the 2013-2014 school year, did Ms.
6 McCarthy ever state that she was not being
7 provided with necessary support in the
8 classroom, to your knowledge?
9        MR. SMITH: Objection.
10    Q.    You can answer it.
11        MR. SMITH: You can answer.
12    A.    Can you repeat that question?
13    Q.    Sure. Let me be a little
14 specific. Did she ever complain that she
15 wasn't receiving necessary supplies during
16 the 2013-2014 school year?
17    A.    I don't recall.
18    Q.    Do you remember any teacher in
19 the school complaining during 2013-2014 that
20 he or she was not receiving sufficient amount
21 of supplies?
22    A.    No.
23    Q.    To your knowledge, during the
24 2013-2014 school year, did Ms. McCarthy ever
25 state that she was not being provided with

7 (Pages 22 - 25)

Page 26

1           EDITH HIGGINS
2 appropriate professional development?
3      A.    No.
4      Q.    What is generally meant by
5 professional development?
6      A.    Professional development, the
7 teachers are given an on-line catalog and my
8 learning plan and they can go on and look for
9 workshops, seminars that they would like to
10 attend and they apply and it's approved and
11 they go. But then there are instances where
12 like today, for instance, the entire first
13 grade, they are here in library and they are
14 receiving training on a new program that's
15 being implemented in first grade.
16         So during that year, you know, I
17 don't recall any complaints about not having
18 sufficient professional development.
19      Q.    Back in 2013-2014, did a teacher
20 have to request a specific type of training
21 or professional development or whether at
22 times that the district provided it?
23      A.    Well, both. The teachers, if
24 they would like to go, they can apply, you
25 know, through my learning plan and I don't

Page 27

1           EDITH HIGGINS
2 recall anyone ever being denied. Like I
3 said, there are times when the district will
4 require teachers to come for the day for
5 training and like today they'll just report
6 in and go for training for the day.
7      Q.    Does the district maintain
8 records enumerating the professional
9 development that each teacher receives?
10      A.    I believe that record is kept on
11 my learning plan.
12      Q.    What do you mean on your learn
13 plan?
14      A.    It's my learning plan. It's in
15 our computer base. It's an application on
16 our site and, like I said, that's where the
17 teachers go to apply. So that information is
18 stored there and I believe human resources
19 may have that information.
20      Q.    As far as you know, would the
21 records concerning the professional
22 development that each teacher receives during
23 any given school year be readily accessible
24 within the records of the school district?
25      A.    I believe so.

Page 28

1           EDITH HIGGINS
2      Q.    Do you know offhand what
3 professional development Ms. McCarthy
4 received during the 2013-2014 school year?
5      A.    No.
6      Q.    What is the common core
7 curriculum?
8      A.    Common core curriculum is a
9 curriculum that has been composed by New York
10 State Education Department. They put
11 together simple standards for grades, for all
12 of our grade levels and expectations for the
13 students to meet within a school year. I
14 believe in 2013 is when they put out a
15 curriculum in ELA and a math curriculum for
16 districts that, you know, opted to adopt.
17      Q.    Was the common core curriculum
18 something that the teachers had to be taught?
19      A.    They -- the teachers did receive
20 training on the curriculum, how to implement
21 it inside of the classroom and, you know, the
22 grade levels met several times a week to
23 discuss and to collaborate the implementation
24 of the curriculum.
25      Q.    Did that go on during the

Page 29

1           EDITH HIGGINS
2 2013-2014 school year?
3      A.    Yes.
4      Q.    So can you elaborate, if you can,
5 on the efforts that the district made to
6 teach or to train its teachers in the common
7 core curriculum?
8      A.    Similar to the settings of
9 professional development, whereas, the
10 teachers were called in, there were days set
11 aside for teachers to -- days and periods
12 where the teachers -- that would set aside
13 time, to set aside for teachers to be trained
14 on the different components of the curriculum
15 and how to implement.
16      Q.    And what was the first school
17 year that common core curriculum was actually
18 implemented?
19      A.    I believe it was 2013, I believe.
20 I'm not one hundred percent sure.
21      Q.    To your knowledge, did Ms.
22 McCarthy ever claim that she was not being
23 given adequate training with reference to the
24 common core curriculum?
25      A.    No.

8 (Pages 26 - 29)

Page 30

1           EDITH HIGGINS
2       Q.    To your knowledge, did any
3   teacher in Washington Rose complain that he
4   or she was not being given adequate training
5   in common core?
6       A.    Not that I recall.
7       Q.    And is it also fair to say that
8   the evaluations that teachers received during
9   the 2013-2014 school year reflected the
10  common core curriculum?
11          MR. SMITH: Objection.
12          MR. WOLIN: Let me withdraw the
13      question.
14      Q.    How, if at all, did the
15  observations that a teacher received during
16  the 2013-2014 school year differ in form or
17  substance from prior observations?
18          MR. SMITH: Objection.
19      A.    I wouldn't know, because, you
20  know, I've only had -- I've only had the
21  experience of the -- the rubric that we
22  currently use, I have only had that to use
23  for observation.
24      Q.    Is the rubric that you currently
25  use under common core different the rubrics

Page 31

1           EDITH HIGGINS
2   that were used prior to common core?
3       A.    Yes.
4       Q.    And that difference started in
5   2013-2014; am I correct?
6       A.    Right. The district adopted Kim
7   Marshal, the Kim Marshal rubric. So that's
8   all I have had to use. That's the only
9   instrument that I have had to us to measure.
10      Q.    And that rubric is utilized to
11  measure or evaluate a teacher's performance?
12      A.    In all subject areas.
13      Q.    In all subject areas, started
14  with the 2013-2014 school year; is that
15  correct?
16      A.    No, no. It was prior.
17      Q.    How much prior?
18      A.    I started in the fall of 2013, so
19  it was the fall of 2012, because it was used
20  when I was a classroom teacher also.
21      Q.    At some point in time the
22  observation reports had the ratings I guess
23  they call H-E-D-I?
24      A.    HEDI.
25      Q.    Highly effective, effective

Page 32

1           EDITH HIGGINS
2   developing and ineffective, correct?
3       A.    Yes.
4       Q.    When did that start?
5       A.    2012.
6       Q.    2012-2013?
7       A.    Yeah, to my recall.
8       Q.    So to your recall 2013-2014 would
9   have been the second year that that system
10  was in place; is that correct?
11      A.    Yes.
12      Q.    Now, how are classroom
13  assignments made within a particular grade at
14  Washington Rose?
15          MR. SMITH: Objection.
16          MR. WOLIN: Let me withdraw
17      that.
18      Q.    How is classroom size determined
19  in Washington Rose?
20      A.    The classroom size is
21  contractual. It's not, you know, confined
22  just to Washington Rose.
23      Q.    And what is that contractual
24  provision?
25      A.    K through 2 -- K through 1 or K

Page 33

1           EDITH HIGGINS
2   through 2 is twenty-eight students. Then 3
3   through 6 is thirty-three.
4       Q.    And when you say twenty-eight, is
5   that the maximum number?
6       A.    That's the maximum?
7       Q.    At any one time?
8       A.    Yes.
9       Q.    Students may come in and out of a
10  classroom during the course of a year, right,
11  students are transferred in and out, am I
12  correct, occasionally?
13      A.    Yes.
14      Q.    So it's twenty-eight at any one
15  time, correct?
16      A.    Yes.
17      Q.    Now, during the 2013-2014 school
18  year, to your knowledge, did Ms. McCarthy
19  complain about the size of her classroom?
20  When I say size of the classroom, I mean the
21  number of students in the classroom?
22      A.    Not to my recall.
23      Q.    Do you have any reason to believe
24  that she complained to Mr. Braswell about
25  that issue?

Page 34

```
1              EDITH HIGGINS
2    A.   Not to my recall.
3    Q.   During the 2013-2014 school year,
4  if you know, was Ms. McCarthy, in fact,
5  assigned as many as twenty-eight students at
6  anyone time?
7    A.   Not to my recall.
8    Q.   Were there first grade classrooms
9  teachers in 2013-2014 who had less than
10 twenty-eight students assigned to the
11 classroom?
12   A.   Not to my recall.
13   Q.   Were any of the students, if you
14 know, who were assigned to Ms. McCarthy's
15 classroom during 2013-2014 considered special
16 needs students?
17   A.   No. Not to my recall.
18   Q.   Is there a definition that the
19 district uses of what constitutes a special
20 needs student?
21   A.   Special needs students are
22 normally classified as such and they receive
23 special education services.
24   Q.   Right.
25   A.   And they'll receive a special
```

Page 35

```
1              EDITH HIGGINS
2  class as well.
3    Q.   So it's your testimony that a
4  student has to be classified?
5    A.   To be considered special needs,
6  yeah.
7    Q.   And did Ms. McCarthy, to your
8  knowledge, have any of those students?
9    A.   Not to my knowledge.
10   Q.   Did she ever, in fact, complain
11 or let me ask you this. Is there any
12 classification between special needs and just
13 regular students?
14   A.   Yes. You have gen ed students,
15 general education students and special
16 education students.
17   Q.   So you are equating special ed
18 with special needs; am I correct?
19   A.   Yes.
20   Q.   Then there's gen ed?
21   A.   General ed.
22   Q.   That's in between.
23   A.   No. A general ed student is an
24 unclassified student. I would say I'm am
25 certified in special education and I taught
```

Page 36

```
1              EDITH HIGGINS
2  special education self-contained for several
3  years and I have two children who are special
4  needs.
5         So you have general ed students
6  who are not classified, they're not special
7  needs then you have general ed students.
8    Q.   What about students who are not
9  classified that are considered to have
10 behavioral issues?
11   A.   The students who are not
12 classified that have behavioral issues?
13   Q.   Right. Does the district
14 identify any general ed students as having
15 behavioral issues?
16   A.   Not to my knowledge.
17   Q.   Did Ms. McCarthy, during the
18 2013-2014 school year, to your knowledge,
19 complain that she was being given an
20 excessive student load?
21       MR. SMITH: Objection.
22   A.   Not to my knowledge.
23   Q.   Did she ever complain, to your
24 knowledge, that she was being given students
25 who were more challenged than the other first
```

Page 37

```
1              EDITH HIGGINS
2  grade teachers were being given?
3       MR. SMITH: Objection.
4    A.   Can you -- I don't --
5    Q.   Did Ms. McCarthy ever, to your
6  knowledge, complain that she was being given
7  more students who perhaps were more
8  challenged than other teachers were being
9  given?
10       MR. SMITH: Objection.
11   A.   I don't recall that.
12   Q.   Let's take a two second break.
13       MR. SMITH: Sure.
14       (Whereupon, at this time, a brief
15   recess was taken.)
16   Q.   What is a formal observation?
17   A.   A formal observation is when the
18 administrator will make an appointment to
19 meet with the teacher to discuss lesson --
20 we'll do a pre-observation conference where
21 we sit with the teacher and she'll walk us
22 through her intended lesson and, you know, we
23 give feedback and so forth. Then we schedule
24 to come in for an entire forty-minute period
25 to observe her doing the lesson. Then we
```

10 (Pages 34 - 37)

Page 38

EDITH HIGGINS

1 will schedule a post-observation conference
2 to discuss the lesson.
3    Q.    And as the assistant principal,
4 do you conduct formal observations of
5 teachers?
6    A.    Yes.
7    Q.    And is here any policy in
8 practice in the district as to the number of
9 formal observations a tenured teacher
10 receives during any school year?
11    A.    There's one formal.
12    Q.    Did Ms. McCarthy, in fact,
13 receive one formal observation during the
14 2013-2014 school year?
15    A.    Yes.
16    Q.    Who issued it to her?
17    A.    I'm not -- I don't know if it was
18 me or Mr. Braswell.
19    Q.    I'm sorry?
20    A.    I don't recall if it was me or
21 Mr. Braswell.
22    Q.    I show what we just marked as
23 Exhibit 1; have you ever seen that document
24 before?

Page 39

EDITH HIGGINS

1    A.    Yes.
2    Q.    What is it?
3    A.    This is an observation rubric.
4    Q.    Is that an observation rubric
5 that was issued to anyone?
6    A.    Yes.
7    Q.    To whom was it issued.
8    A.    I'm reading Ms. McCarthy on the
9 top.
10    Q.    Did someone issue it to you her?
11    A.    Yes.
12    Q.    Who issued it to her?
13    A.    Me, Edith Higgins. I'm on the
14 top.
15    Q.    So this document, in fact,
16 refreshes your recollection that you issued
17 Ms. McCarthy's observation report that she
18 received during the 2013-2014 school year?
19    A.    Yes.
20    Q.    And on what date did you observe
21 Ms. McCarthy?
22    A.    The date reads, "April 8th,
23 2014."
24    Q.    And what is the date of this

Page 40

EDITH HIGGINS

1 report?
2    A.    Excuse me?
3    Q.    The date of the report.
4    A.    It says here that it was
5 conducted on April 8th, 2014.
6    Q.    Okay.  And on the right-hand
7 portion on the top it says, "Date completed
8 4/22/14," what is meant by date completed?
9 Do you see what I'm referring to?
10    A.    That is probably the date that I
11 typed it and put it in the system.
12    Q.    So you actually performed the
13 observation on April 8th?
14    A.    Yes.
15    Q.    And you completed the actual
16 written report on April 22nd?
17    A.    Yes.
18    Q.    Now, does Mr. Braswell also issue
19 observations to teachers?
20    A.    Yes.
21    Q.    How is it determined when he will
22 do so and you will do so?
23    A.    We share in it.
24    Q.    And how is it determined who is

Page 41

EDITH HIGGINS

1 going to observe a particular teacher?
2    A.    We -- well, I develop a chart so
3 that we can keep track of everyone's
4 observations and who goes in, so that we can
5 go in an even amount of times.
6    Q.    At some point in the school year
7 do you and he collaborate and formulate an
8 observation schedule or how does work?
9    A.    Yes.  That's developed at the
10 beginning of the year.
11    Q.    Now, according to this you
12 observed Ms. McCarthy on April 8th?
13    A.    Yes.
14    Q.    When was it determined that Ms.
15 McCarthy would be observed on April 8th?
16    A.    I don't recall.
17    Q.    But sometime prior thereto?
18    A.    Yeah, yeah.
19    Q.    And with reference to a formal
20 observation, is there some type of what's
21 called a pre-observation conference done with
22 the teacher?
23    A.    Yes.
24    Q.    Was that done here?

11 (Pages 38 - 41)

Page 42

EDITH HIGGINS

1
2   A.   Yes.
3   Q.   Do you remember when you did it?
4   A.   No.
5   Q.   Do you have any policy concerning
6   how much before the formal observation you
7   hold the pre-observation conference?
8   A.   We try to do it as short as
9   possible and then sometimes the teacher will
10  ask for more time or whatever the case might
11  be. So we try to be accommodating, but the
12  pre-observation conference and the
13  observation, they are not too far apart.
14  Q.   Does the teacher have to provide
15  you with a lesson plan in advance of the
16  lesson?
17  A.   Yes.
18  Q.   And is that done at the
19  pre-observation conference?
20  A.   Yes.
21  Q.   Did Ms. McCarthy do that here?
22  A.   I don't recall, but I'm pretty
23  sure she did.
24  Q.   This report has, as we identified
25  it, the highly effective, effective,

Page 43

EDITH HIGGINS

1
2   developing and ineffective criteria; is that
3   correct?
4   A.   Yes.
5   Q.   Is it your testimony that this
6   was the second year that this criteria was
7   implemented?
8   A.   To my knowledge.
9   Q.   And prior to the implementation
10  of this type of evaluation, what was the
11  rating scale on the prior ones?
12  A.   I'm not aware.
13  Q.   Did you receive them prior to
14  being an assistant principal?
15  A.   This Kim Marshall rubric was
16  introduced when I became the assistant
17  principal, to me. I have never used
18  anything, other than the Kim Marshall rubric.
19  Q.   During the 2012-2013 school year
20  when you were still a teacher, did you
21  receive an observation report of this type?
22  A.   Yes.
23  Q.   So when you were a teacher or the
24  last year you were a teacher, you received an
25  observation report of this type; is that

Page 44

EDITH HIGGINS

1
2   correct?
3   A.   Yes.
4   Q.   Now, in prior years you also
5   received observation reports, before you
6   became the assistant principal.
7   A.   At the end of the year, yes.
8   Q.   So you received one observation
9   at the end of the year?
10  A.   Yes.
11  Q.   And what was the rubric on that?
12  A.   I don't recall.
13  Q.   Now, is there a rubric score
14  that's given to a teacher pursuant to such an
15  observation that we have before us?
16  A.   Can you rephrase that?
17  Q.   Is there something called a
18  rubric score that's given to a teacher
19  pursuant to the observation that we have
20  before us?
21  A.   A rubric score?
22  Q.   Yes.
23  A.   I know at the end of the -- I
24  don't see it there. At the end, when you go
25  on-line. I don't see it here.

Page 45

EDITH HIGGINS

1
2   Q.   Let's go through it.
3   A.   At the end.
4   Q.   Look at page 2, actually page 1,
5   which is at the end of A, it says, "Rubric
6   score 30 out of 40"; do you see that?
7   A.   Yes.
8   Q.   And that's something that you
9   formulate; is that correct?
10  A.   Yeah.
11  Q.   And based upon what do you
12  formulate a rubric score?
13  A.   Well, this is the total of points
14  that she got. She got all effective for
15  planning and preparation and so with all
16  effective she got thirty out of forty.
17  Q.   So that's with reference to A,
18  you see it says A here, planning and
19  preparation?
20  A.   Yes.
21  Q.   With reference TO planning and
22  preparation she got thirty out OF forty,
23  right.
24  A.   Out of forty, uh-huh.
25  Q.   So theoretically if there are ten

12 (Pages 42 - 45)

Page 46

EDITH HIGGINS

2 categories and someone receives all
3 effectives that would translate to being
4 thirty over forty, correct?
5     A.    Yes.
6     Q.    Then there's the next rating
7 category called classroom management; do you
8 see that?
9     A.    Yes.
10    Q.    And on that she received what?
11    A.    Twenty-nine out of the forty.
12    Q.    And that's because she received
13 one developing in that category; is that
14 correct?
15    A.    Yes.
16    Q.    And what is meant by developing?
17    A.    Developing means that we're just
18 giving attention, we're going to work and
19 give more attention to that element.
20    Q.    So does that mean that the
21 teacher in that particular element is less
22 than effective?
23    A.    That means that it wasn't seen.
24 I only could write what I see and it wasn't
25 seen and we need to work on that. The

Page 47

EDITH HIGGINS

2 criteria for effective was not there. So we
3 need to work on that area.
4     Q.    Now, the next category C on page
5 2, which by the way also is Bathe stamped
6 McCarthy 65, indicates --
7     A.    Sorry, sir?
8         MR. SMITH: Don't worry about
9     that.
10    Q.    Exhibit C, delivery of
11 instruction?
12    A.    Yes.
13    Q.    And with reference to that, C,
14 delivery of instruction, she received a
15 rubric score of 26 out of 40; is that
16 correct?
17    A.    Yes.
18    Q.    So that means that with reference
19 to delivery and instruction, on an overall
20 basis she was less than effective; is that
21 correct.
22    A.    In three elements.
23        MR. SMITH: Objection.
24    Q.    But on an overall basis it
25 totaled less than effective, because

Page 48

EDITH HIGGINS

2 effective would be thirty out of forty; is
3 that correct?
4         MR. SMITH: Objection.
5     A.    No, not necessary, sir. Because
6 at the end of every observation, and I don't
7 see it here, but it will give an overall.
8 Like now when teachers go on to see their
9 eval -- to see the rubric. At the end it
10 will total all the points and it will give a
11 range of effective, overall effective,
12 overall developing.
13        So in looking at this
14 observation, Ms. McCarthy was given a lot of
15 effective. So based on the scale, the
16 district scale and my assumption, this
17 overall observation would still be rated
18 effective.
19    Q.    Even though it was --
20    A.    So even though she's developing
21 in certain elements, which means that we just
22 need you to give more attention to this, not
23 saying that your horrible, but just give
24 attention. Because, you know, if you don't
25 get some type of a -- just pulling of a

Page 49

EDITH HIGGINS

2 coattail, they are not -- no one will stop to
3 think about that or to put some more effort
4 there or to put some more time into those
5 particular elements. So that's developing.
6 It's not a bad thing --
7        I explain it to the teachers all
8 the time. We all get developing. Myself as
9 an administrator, when I'm evaluated, I will
10 get a developing. That means that's an area
11 that I am going to work on. That's an area
12 that I need to grow in.
13    Q.    But you will state that effective
14 is thirty out of forty; is that correct?
15    A.    I don't know about this element.
16 I don't know about -- I don't know about this
17 particular section. This particular section,
18 what are we looking at he?
19    Q.    C, which she received twenty-six
20 out of forty.
21    A.    Delivery of instruction. So it
22 would be forty, forty would be the highest.
23    Q.    Right. You will state, will you,
24 with reference to C there are a ten
25 categories?

13 (Pages 46 - 49)

Page 50

1        EDITH HIGGINS
2    A.    I believe so. Yeah.
3    Q.    Are there in fact ten categories
4 with reference to each of these heading is
5 that correct?
6    A.    Yes.
7    Q.    And so effective would be three
8 times ten or thirty out of forty is that
9 correct?
10    A.    I don't know, sir.
11        MR. SMITH:   Objection.
12    A.    I didn't orchestrate the scale.
13    Q.    But the bottom-line is, with
14 reference to C, she received a rubric of
15 twenty-six out of forty; is that correct?
16    A.    Yes.
17    Q.    Now, moving onto D, which is
18 entitled, "Monitoring, assessment and
19 follow-up; do you see that?
20    A.    Yes.
21    Q.    And with reference to that, she
22 received a rubric score of thirty out of
23 forty; is that correct?
24    A.    Yes.
25    Q.    So in total with reference to

Page 51

1        EDITH HIGGINS
2 this observation, she received eight
3 categories of developing; is that correct?
4 Can you confirm that for me?
5    A.    Yes.
6    Q.    Now, moving right along to the
7 page that's numbered McCarthy 67, I'm looking
8 at a zero; do you have any idea why there's a
9 zero there?
10    A.    No.
11    Q.    What is supposed to be in that
12 box?
13    A.    Based on what we have now, the
14 system has been -- is better now in terms of
15 it gives the teacher's overall score for
16 their observation.  It will tell them based
17 on their score if you are effective,
18 developing, ineffective, highly effective.
19 And based on how the scores are now, the
20 scale, it's very hard to get an overall
21 developing.
22        In looking at this and completing
23 many observations, looking at this, I'm
24 almost positive that the overall score for
25 this would be effective.  She would still be

Page 52

1        EDITH HIGGINS
2 in the effective range.
3    Q.    Where does it say that?
4    A.    I'm saying based on my experience
5 for the past three years and now what
6 teachers are able to do as of last year when
7 they go to the end -- to the end of the
8 bottom end, it will have an overall score for
9 the observation.  Based on that overall score
10 they'll give you a overall rating of highly
11 effective, effective developing, ineffective.
12        So based on what I'm seeing here
13 with Ms. McCarthy, I would assume, I'm not
14 saying it's definite, but I would strongly
15 assume that the overall rating for this
16 observation would be in the effective range,
17 which is not ineffective, she's just
18 developing.
19    Q.    But developing is less than
20 effective, correct?
21    A.    Okay.
22    Q.    Do you see any overall score
23 here?
24    A.    I don't see it, but as I stated,
25 based on my experience with completing these

Page 53

1        EDITH HIGGINS
2 for the past three years, I would say that
3 overall she would -- if there was a score at
4 the bottom of this observation, the overall
5 would be -- this would be considered an
6 effective observation.
7    Q.    Effective in your opinion?
8    A.    Yes.
9    Q.    I'm still a little confused as to
10 what the significance of that zero is?
11    A.    And so am I.
12    Q.    So you don't know?
13    A.    I don't know.
14    Q.    Now, during this 2013-2014 school
15 year, did you observe the other first grade
16 teachers?
17    A.    Yes.
18    Q.    So is it fair to say or is it a
19 fact that in collaborating with Mr. Braswell
20 in determining who observes who that you
21 break it down by grades or am I wrong?
22    A.    No.  We observe, he and myself
23 observe all the grade levels.
24    Q.    So did you not observe all of the
25 first grade teachers?

14 (Pages 50 - 53)

Page 54

EDITH HIGGINS

1
2    A.    I did.
3    Q.    You did?
4    A.    Uh-huh, yes.
5    Q.    Was that by design between you
6 and Mr. Braswell that you would observe all
7 of the particular grade teachers?
8    A.    Both Mr. Braswell and myself
9 observe all of the teachers in the building.
10 We develop a chart, all of the teachers get a
11 number of observations. We take turns going
12 in to see all of the teachers.
13    Q.    I thought you said teachers get
14 one formal?
15    A.    They get one formal, one informal
16 and five mini observations.
17    Q.    Now, I think we established that
18 you gave Ms. McCarthy eight developing in
19 this observation; is that correct?
20    A.    She received eight, yes.
21    Q.    Did any other first grade teacher
22 in 2013-2014 receive as many as eight
23 developing in the observation that you
24 provided?
25    A.    I don't recall.

Page 55

EDITH HIGGINS

1
2    Q.    Sitting here today, do you
3 remember giving any first grade teacher as
4 many as eight developing in their observation
5 during 2013-2014?
6    A.    I don't recall.
7    Q.    Now, a time came, am I correct,
8 that Ms. McCarthy complained about this
9 observation; is that correct?
10        MR. SMITH: Objection.
11    A.    I don't recall her complaining
12 about this observation.
13    Q.    Did you and Mr. Braswell ever
14 communicate concerning this particular
15 observation?
16    A.    I don't recall.
17    Q.    Did Ms. McCarthy, to your
18 knowledge, agree with this observation?
19    A.    I don't recall.
20    Q.    Did she ever furnish any writing
21 evidencing her disagreement with it?
22    A.    Any writing?
23    Q.    Yes.
24    A.    I don't see anything.
25    Q.    Did she ever submit, to your

Page 56

EDITH HIGGINS

1
2 knowledge, a written rebuttal to this
3 observation and report?
4    A.    I don't see any rebuttal here, so
5 I don't recall receiving anything.
6        MR. WOLIN: Mark this and maybe
7     it which will refresh your
8     recollection.
9        (Whereupon, at this time, the
10     above-mentioned observation report
11     was marked by the reporter as
12     Plaintiff's Exhibit 2, for
13     identification, as of this date.)
14    Q.    I show what we have marked as
15 Exhibit 2; have you ever seen that document
16 before?
17    A.    I don't recall seeing this. Who
18 was this addressed to?
19    Q.    Well, it speaks for itself.
20 There's no one specifically here that it's
21 addressed to, but it says, "This is a
22 rebuttal in reference to my observation of
23 April 8, 2014," so all I'm asking you is if
24 you have ever seen it before?
25    A.    Not that I recall. I don't

Page 57

EDITH HIGGINS

1
2 recall that.
3    Q.    A moment ago you also referred to
4 a mini observation; what is a mini
5 observation?
6    A.    That's when we go in for fifteen
7 minutes.
8    Q.    And is there any policy or
9 practice concerning the number of mini
10 observations that a tenured teacher receives
11 in any school year?
12    A.    Yes.
13    Q.    What is that policy or practice?
14    A.    Five.
15    Q.    And as the assistant principal,
16 do you do mini observations?
17    A.    Yes.
18    Q.    And does Mr. Braswell also do
19 mini observations?
20    A.    Yes.
21    Q.    How is it determined who would do
22 what when?
23    A.    It's the chart that I explained
24 earlier.
25    Q.    Are the mini observations planned

15 (Pages 54 - 57)

Page 58

EDITH HIGGINS

1
2  in advance?
3      A.    Yeah.
4      Q.    How far in advance?
5      A.    Well in advance. I can't give
6  you a time.
7      Q.    So you say well in advance. Are
8  you saying that a fifteen mini visit to a
9  classroom on a particular day is planned well
10 in advance of that particular day?
11     A.    Yes. As I explained earlier a
12 chart is made, all teachers are on the chart
13 with the number of observations and Mr.
14 Braswell and I will converse in terms of who
15 is next and so forth. We take turns going
16 in.
17     Q.    Do you still have that chart from
18 2013-2014?
19     A.    I'm not sure.
20     Q.    And during the 2013-2014 school
21 year, did you conduct mini observations of
22 Ms. McCarthy.
23     A.    I'm sure I did.
24     Q.    Does the teacher receive notice
25 of the mini observation?

Page 59

EDITH HIGGINS

1
2      A.    No.
3      Q.    How does the rubric with
4  reference to a mini observation differ, if at
5  all, from the rubric that we have just seen
6  on the formal observation?
7      A.    Well, for the mini we are just
8  completing A, B, C and D, so there's just
9  four. Wait a minute. This is not a formal
10 observation that I'm looking at. This is a
11 mini.
12     Q.    Well, it says formal on it. Is
13 that the one that we just marked?
14     A.    Exhibit 1 is not a formal.
15     Q.    So you're saying it's not a
16 formal?
17     A.    No.
18     Q.    Even though it says observation
19 1?
20     A.    Right. It's not a formal.
21     Q.    So what type of this observation
22 is it?
23     A.    This is a mini.
24     Q.    It's a mini?
25     A.    Yes.

Page 60

EDITH HIGGINS

1
2      Q.    So if it says observation 1,
3  would that indicate that on April 8th that
4  was the first mini that she received?
5      A.    No. I wouldn't say that's the
6  first one, if the school year was -- started
7  in September of 2013.
8      Q.    It's your testimony that Exhibit
9  1 is a mini observation; is that correct.
10     A.    Yes.
11         MR. WOLIN: Why don't we mark
12     this as Exhibit 3.
13         (Whereupon, at this time, the
14     above-mentioned observation report
15     was marked by the reporter as
16     Plaintiff's Exhibit 3, for
17     identification, as of this date.)
18     Q.    I show you what we just marked as
19 Exhibit 3; have you ever seen that document
20 before.
21     A.    Yes.
22     Q.    What is it?
23     A.    This is a mini observation.
24     Q.    Is this a mini observation that
25 you conducted of Ms. McCarthy?

Page 61

EDITH HIGGINS

1
2      A.    Yes.
3      Q.    And when did you conduct this
4  mini observation?
5      A.    February 6th, 2014.
6      Q.    And this document is, in fact,
7  entitled mini observation 1; is that correct.
8      A.    Yes.
9      Q.    Well, if this is entitled mini
10 observation 1e and if that one was in
11 February, which predated April, then how do
12 you say that Exhibit 1 is a mini observation?
13     A.    Because the formal observation
14 has additional categories. The mini
15 observation only goes up to D. A, B, C, and
16 D.
17     Q.    So how do you reconcile the fact
18 that Exhibit 3 says mini observation 1 and
19 that's in April and Exhibit 1 is just
20 entitled observation 1?
21     A.    Sir, I don't know.
22     Q.    I'm sorry. I misspoke.
23         How do you reconcile the fact
24 that Exhibit 3, which is entitle mini
25 observation 1 is dated in February and

16 (Pages 58 - 61)

Page 62

EDITH HIGGINS

1
2 Exhibit 1, which you have before you, is
3 entitled observation 1 and that's dated in
4 April, so how do you reconcile that?
5      A.    I don't know. I don't know why
6 it says that. But I know if this is just A,
7 B, C, D, whereas if it was a formal the
8 formal goes up to F. It's two additional
9 categories on the formal, yeah.
10     Q.    Now, I want to direct your
11 attention to Exhibit 3; do you see that?
12     A.    Yes.
13     Q.    Even though you can't reconcile
14 it, that is entitled mini observation 1; is
15 that correct?
16     A.    Yes.
17     Q.    So would you state that Exhibit 3
18 is, in fact, the first mini observation that
19 you made of Ms. McCarthy during the 2013-2014
20 school year?
21     A.    No, I can't. I can't.
22     Q.    You can't? So then why is it
23 labeled mini observation 1 if you can't say
24 that this is the first observation that you
25 performed of Ms. McCarthy during the 13-14

Page 63

EDITH HIGGINS

1
2 school year?
3           MR. SMITH: Objection.
4      Q.    You can still answer.
5      A.    Okay. Maybe this was. I'm not
6 recalling.
7      Q.    Maybe this was what?
8      A.    Because it says mini observation
9 1. I don't recall the format. So with the
10 other document -- I guess mini observation
11 2 -- I don't know. I'm sorry. I don't
12 recall.
13     Q.    Now, with reference to Exhibit 3,
14 what was the rating rubric in Exhibit 3?
15     A.    What was the rating rubric?
16     Q.    Yes?
17           MR. SMITH: Objection.
18     Q.    What was the rubric?
19     A.    It's still Kim Marshall.
20     Q.    How was Ms. McCarthy rated in
21 Exhibit 3?
22     A.    Well, I can't see it. They are
23 not darkened, so I can't really speak to
24 them.
25     Q.    Are there any scores?

Page 64

EDITH HIGGINS

1
2      A.    I don't see any scores, sir.
3      Q.    How about on the top of page 2,
4 McCarthy 41, does it say rubric score twenty
5 out of thirty?
6      A.    Yes, it does.
7      Q.    And how about on the top of page
8 3, McCarthy 42, does it say rubric score 14
9 out of 24?
10     A.    Yes.
11     Q.    And on the top of page four does
12 it say rubric score 14 out of 21?
13     A.    Yes.
14     Q.    And on the bottom of page 4 does
15 it say rubric score 14 out of 24?
16     A.    Yes?
17     Q.    So it does have rubric scores; am
18 I correct?
19     A.    It has scores, but the ratings
20 are not there. That's what I was referring
21 to.
22     Q.    Now, with reference to mini
23 observation A, which is A, planning and
24 preparation, if she received a twenty out the
25 of thirty, what would that tell you as far as

Page 65

EDITH HIGGINS

1
2 her rating is concerned?
3           MR. SMITH: Objection.
4      A.    I don't know.
5      Q.    What --
6      A.    I can't speak to that, because
7 the ratings are not here.
8      Q.    Do you know on the top of page 3
9 where it says rubric score 14 out of 24, do
10 you know how that was determined?
11     A.    No.
12     Q.    Do you know how any of these
13 rubric scores were determined?
14     A.    I don't see the ratings, sir.
15     Q.    You mean you don't see the
16 darkened block?
17     A.    Those are the ratings, yeah,
18 those are the ratings.
19     Q.    And just to identify the other
20 ones, did you issue any other mini
21 observations to Ms. McCarthy during the
22 2013-2014 school year?
23     A.    Possibly.
24           MR. WOLIN: Why don't we mark
25     this.

17 (Pages 62 - 65)

Page 66

EDITH HIGGINS

1
2     (Whereupon, at this time, the
3     above-mentioned observation report
4     was marked by the reporter as
5     Plaintiff's Exhibit 4, for
6     identification, as of this date.)
7     Q.    I show you Exhibit 4; have you
8 ever seen that document before?
9     A.    Yes.
10    Q.    Is this another mini observation
11 that you issued to Ms. McCarthy?
12    A.    Yes.
13    Q.    What is the date of this mini
14 observation?
15    A.    March 31st, 2014.
16    Q.    Is this labeled mini observation
17 2?
18    A.    Yes.
19          MR. WOLIN: Let's mark this
20    Exhibit 5.
21          (Whereupon, at this time, the
22    above-mentioned Observation report
23    was were marked by the reporter as
24    Plaintiff's Exhibit s 5, for
25    identification, as of this date.)

Page 67

EDITH HIGGINS

1
2     Q.    I show you Exhibit 5; have you
3 ever seen this document before?
4     A.    Yes.
5     Q.    Is this another mini observation
6 that you issued for Ms. McCarthy?
7     A.    Yes.
8     Q.    And what is the date of this mini
9 observation?
10    A.    May 19th, 2014.
11    Q.    Now, is there any policy and
12 practice concerning how long in between
13 observations should a teacher receive another
14 one?
15    A.    No.
16    Q.    Now, you indicated that these
17 mini observations are scheduled well in
18 advance; is that correct?
19    A.    Well, not so much scheduled, but
20 we have a chart that we use and upon the
21 availability of my schedule and what's going
22 on in our building, we will conduct mini
23 observations.
24    Q.    Could there be circumstances
25 under which a teacher is given two mini

Page 68

EDITH HIGGINS

1
2 observations within one week of each other?
3     A.    Can you say again?
4     Q.    Are there circumstances whereby a
5 teacher is given a mini observation within
6 one week of each other?
7     A.    Possibly.
8     Q.    What circumstances?
9     A.    Within one week of each other?
10    Q.    Within one week, yes? Could a
11 teach receive two mini observations within a
12 week?
13    A.    No, no.
14          MR. WOLIN: Why don't we mark
15    this.
16          (Whereupon, at this time, the
17    above-mentioned Observation report
18    was were marked by the reporter as
19    Plaintiff's Exhibit s 6, for
20    identification, as of this date.)
21    Q.    I show you what was marked
22 Exhibit 6; have you ever seen that document
23 before, which indicates a mini observation
24 issued by Mr. Braswell?
25    A.    No.

Page 69

EDITH HIGGINS

1
2     Q.    Now, do you have any explanation
3 as to why you issued a mine observation of
4 Ms. McCarthy, I believe on May 25th, 2014,
5 which is Exhibit 5 and that he issued one on
6 May 26th; do you have any explanation as to
7 that?
8     A.    No. You asked me do I -- do I
9 conduct two with one teacher in a week. No,
10 I don't do that myself. We have two
11 administrators in the building.
12    Q.    But you indicated that the
13 schedule is predetermined; is that correct?
14          MR. SMITH: Objection.
15    A.    We have a schedule. I told you
16 earlier, we have a schedule, it has the
17 teacher's name and it has their amount of
18 observations. We don't have dates next to
19 them in terms of the mini.
20    Q.    Well, be that as it may, do you
21 have any explanation as to why Mr. Braswell
22 conducted a mini observation within two days
23 of yours?
24    A.    No.
25          MR. SMITH: Objection. That's

18 (Pages 66 - 69)

Page 70

EDITH HIGGINS

1
2 actually not what the document said.
3 You have to look at the dates of the
4 observation, not the dates that they
5 were submitted.
6    Q.    So it was still within one week
7 of each other. So do you have any belief as
8 to why you did a mini observation on May 19,
9 2014 and Mr. Braswell would have done one on
10 May 13th, 2014 --
11    A.    No.
12    Q.    -- all within the same week?
13    A.    No.
14          MR. SMITH: Objection.
15    Q.    Do you have any idea why?
16    A.    Is that within the same week?
17    Q.    Well, May 13th and May 19, I
18 would assume it's within seven days of each
19 other.
20    A.    Right. Well, I --
21    Q.    As an math teacher you should
22 know that.
23          MR. SMITH: Okay, Alan.
24          MR. WOLIN: I'm sorry. Go
25    ahead.

Page 71

EDITH HIGGINS

1
2    A.    Me myself, you asked if I go in
3 twice within a week and I said no. There are
4 two administrators in the building.
5    Q.    Do you have any idea why you
6 conducted one within six days of Mr. Braswell
7 conducting one?
8    A.    Well, we have five-day weeks.
9 Our days are five. We have five-day weeks so
10 it sounds like -- I don't know -- I can't
11 say.
12    Q.    So you don't know why Mr.
13 Braswell would have done an observation on
14 May 13th and you would have done one
15 approximately six days later on May 19th?
16    A.    No.
17    Q.    When you did your mini
18 observation on May 19th, did you know that
19 Mr. Braswell had done one on May 13th?
20    A.    I don't recall.
21    Q.    Now, I also notice here all of
22 these mini observations that we have seen
23 were all in the second half of the school
24 year of 2013-2014. I think we have seen that
25 your earliest one was in February. Is there

Page 72

EDITH HIGGINS

1
2 any policy or practice concerning when the
3 mini observations are performed on teachers?
4    A.    No. Not that I am aware of.
5    Q.    Was there any reason why, with
6 reference to Ms. McCarthy, they all were
7 performed from February on?
8    A.    No.
9    Q.    I would like to direct your
10 attention to May 28th, 2014; was there some
11 kind of incident involving Ms. McCarthy that
12 occurred on that day?
13    A.    What date was that?
14    Q.    May 28th, 2014?
15    A.    I believe so.
16    Q.    And were you working on that day?
17    A.    Yes.
18    Q.    What were your work hours that
19 day?
20    A.    Our work hours? Well, I normally
21 arrive to work between 7:15 and 7:30. So it
22 could be anywhere in between there.
23    Q.    At some point during that school
24 day, did you become aware of an incident
25 involving Ms. McCarthy?

Page 73

EDITH HIGGINS

1
2    A.    Yes.
3    Q.    And how did you become aware of
4 that?
5    A.    What incident would you be
6 referring to?
7    Q.    Well, why don't we mark this?
8          MR. WOLIN: Well then, why don't
9    we mark this.
10          (Whereupon, at this time, the
11    above-mentioned letter was marked by
12    the reporter as Plaintiff's Exhibit
13    7, for identification, as of this
14    date.)
15    Q.    I am showing you Exhibit 7; have
16 you ever seen that document before?
17    A.    Yes.
18    Q.    And what is this document?
19    A.    My summary.
20    Q.    Summary of what?
21    A.    Of what took place in the nurse's
22 suite.
23    Q.    And that involved an incident
24 involving Ms. McCarthy; is that correct?
25    A.    Yes.

19 (Pages 70 - 73)

Page 74

EDITH HIGGINS

1
2    Q.    Just so that we're on the same
3  wavelength, this is the incident that I'm
4  talking about, okay?
5    A.    Uh-huh.
6    Q.    So do you remember the incident
7  that I'm talking about?
8    A.    Yes.
9    Q.    So my question was to backup, you
10  indicated that at some point during the day
11  you became aware of an incident involving Ms.
12  McCarthy; is that correct?
13    A.    Yes.
14    Q.    When I asked you how did you
15  become aware of that incident and you asked
16  me what incident are you talking about, so
17  that's the incident I'm talking about.
18    A.    Thank you, sir.
19    Q.    So the question is, how did you
20  become aware of that?
21    MR. SMITH:  Objection.  Go
22    ahead.
23    A.    I was called, according to my
24  summary --
25    Q.    Well, I would like you to testify

Page 75

EDITH HIGGINS

1
2  from your own recollection, rather than
3  reading from the document?
4    A.    Uh-huh.  The nurse called me out
5  of the conference room.
6    Q.    Approximately what time were you
7  called by the nurse out of the conference
8  room?
9    A.    I don't recall what time.
10    Q.    Now, in Exhibit 7 you indicate
11  that it was approximately 9:10 a.m.; does
12  that sound right?
13    A.    Yes.
14    Q.    Now, you said you were called out
15  of the conference room by the nurse?
16    A.    Yes.
17    Q.    Who was the nurse?
18    A.    Mrs. Chester.
19    Q.    How did she call you out of the
20  conference room?
21    A.    She waved her hand to me and
22  asked me to come out.
23    Q.    Did she come to you while you
24  were in the conference room?
25    A.    She opened the door and she waved

Page 76

EDITH HIGGINS

1
2  to me to come out.
3    Q.    Who else was in the conference
4  room at that time?
5    A.    Mr. Braswell, Ms. Wilks and the
6  first grade teachers.
7    Q.    Does that include Ms. McCarthy?
8    A.    She wasn't in the conference
9  room.
10    Q.    Do you know why she was not in
11  the conference room?
12    A.    She stormed out.
13    Q.    Now, for what purpose were you in
14  the conference room at that time?
15    A.    For a Math meeting.
16    Q.    What had occurred at that Math
17  meeting prior to the nurse arriving?
18    A.    The math curriculum specialist
19  was talking, meeting with the teachers and
20  Mr. Braswell about the math curriculum for
21  first grade.
22    Q.    And did you observe some type of
23  dialogue between Mr. Braswell and Ms.
24  McCarthy.
25    A.    Yes.

Page 77

EDITH HIGGINS

1
2    Q.    Could you describe that dialogue?
3    A.    That we were -- the teachers and
4  Ms. Wilks and Mr. Braswell -- I was sitting
5  as an administrator, just attending the
6  meeting.  They were discussing math, where we
7  were, where we are going to go and the
8  conversation had taken a turn.  Ms. McCarthy
9  began to discuss one of her students and had
10  become emotional.  I know Mr. Braswell had
11  told her that that student loved her
12  teacher -- that she loved her teacher and
13  that was when Ms. McCarthy became very upset
14  and she began to cry and she stormed out of
15  the room.
16    Q.    Based upon what have you drawn
17  the conclusion that she was upset?
18    A.    She was crying.
19    Q.    Anything else?
20    A.    She was crying and she stormed
21  out of the room.
22    Q.    Now, you indicated that the
23  subject matter turned to a student of Ms.
24  McCarthy's; is that correct?
25    A.    Yes.

20 (Pages 74 - 77)

Page 78

EDITH HIGGINS

1
2    Q.    Can you tell us, as best you can
3  recollect, what the actual conversation was
4  between Mr. Braswell and Ms. McCarthy as you
5  overheard it?
6    A.    Well, it wasn't so much a
7  conversation. We were talking about math and
8  Ms. McCarthy began to talk about one of her
9  students in the room.
10   Q.    What did she say about the
11  student?
12   A.    She was talking about how the --
13  the difficulty I believe she was having with
14  the student, a young female student, first
15  grade. She was talk -- she began to speak
16  about the difficulty she was having with that
17  student.
18   Q.    What did she say about the
19  difficulty?
20   A.    I don't recall specifically. I
21  don't recall specifically. I remember her
22  saying something about she stole some
23  stickers from her. That's all I basically
24  can recall about it. But she was going on
25  about the difficulty she was having and she

Page 79

EDITH HIGGINS

1
2  had her time to speak. And Mr. Braswell's
3  response was that the child really loved her
4  teacher, she really loved her teacher and
5  that was when Ms. McCarthy just stormed out
6  of the room.
7    Q.    Do you remember if Ms. McCarthy
8  was talking about having this student be
9  reassigned into her classroom after the
10  student had been assigned out of the
11  classroom?
12   A.    No.
13   Q.    So you say Ms. McCarthy was
14  crying?
15   A.    Yes.
16   Q.    And you perceived her to be
17  upset?
18   A.    Yes.
19   Q.    And she, to use your language,
20  stormed out of the room?
21   A.    Yes.
22   Q.    Did the meeting continue after
23  Ms. McCarthy left?
24   A.    Not -- no, no.
25   Q.    So what did you and the other

Page 80

EDITH HIGGINS

1
2  people present do, if anything, after Ms.
3  McCarthy left?
4    A.    We sat and her colleagues was
5  just saying, they made reference to her just
6  being upset.
7    Q.    Was there any specific discussion
8  that you recall concerning what had just
9  happened after Ms. McCarthy left?
10       MR. SMITH: Objection.
11   A.    Her first grade colleagues, they
12  were just feeling really bad for her.
13   Q.    After Ms. McCarthy left, did you
14  say anything about what had happened?
15   A.    No.
16   Q.    Did Mr. Braswell say anything
17  about what had just happened?
18   A.    No. I don't recall.
19   Q.    How long after Ms. McCarthy
20  stormed out, to use your expression, did the
21  nurse come to the conference room?
22   A.    I don't know. Maybe -- I don't
23  know how much time past. It wasn't an hour.
24  It was like maybe minutes.
25   Q.    How many minutes; can you

Page 81

EDITH HIGGINS

1
2  approximate?
3    A.    Five.
4    Q.    And did the nurse knock on the
5  door, was the door closed?
6    A.    The door was closed.
7    Q.    Did the nurse knock on the door?
8    A.    She gently knocked, but then she
9  just opened.
10   Q.    And then was there some type of
11  conversation?
12   A.    No. She waved for me to come
13  out.
14   Q.    She didn't say anything?
15   A.    Mrs. Higgins, please come?
16   Q.    Did she say why?
17   A.    No.
18   Q.    Did you leave the conference
19  room?
20   A.    Yes. That's when I left.
21   Q.    Did anyone else leave the
22  conference room?
23   A.    No.
24   Q.    Approximately what time of day
25  was it that you left the conference room at

21 (Pages 78 - 81)

Page 82

EDITH HIGGINS

1 nurse's behest?
2    A.    Shortly -- well, you know, it was
3 still morning.
4    Q.    Your statement says 9:10 a.m, so
5 would you stand by that?
6    A.    Okay. Well, you asked me not to
7 read, so I am reading.
8    Q.    That's fine. So after you left
9 the conference room, did the nurse accompany
10 you?
11    A.    The nurse asked me if I would
12 please go back, come back to her area,
13 because Ms. McCarthy was there she had been
14 screaming and then, you know, we were in the
15 conference room. So she just asked me to
16 come back to help to console her.
17    Q.    And did you then go to the
18 nurse's office?
19    A.    Yes.
20    Q.    And was anyone else there?
21    A.    Yes.
22    Q.    Who was there?
23    A.    Ms. McCarthy was there and I
24 believe Mrs. Swinkin.

Page 83

EDITH HIGGINS

1    Q.    She's the school psychologist?
2    A.    Yes.
3    Q.    Anyone else?
4    A.    You don't want me to read, right?
5    Q.    If you have to refresh your
6 recollection, fine.
7    A.    Thank you, sir. So I believe
8 Ms -- I just recall Ms. Swinkin.
9    Q.    And when you arrived in the
10 nurse's office, was Ms. McCarthy seated?
11    A.    Yes.
12    Q.    And she was in close proximity to
13 the school psychologist?
14    MR. SMITH: Objection.
15    Q.    When you entered the nurse's
16 office, where was the school psychologist
17 with reference to where Ms. McCarthy was
18 situated?
19    A.    She was -- she was right next to
20 her.
21    Q.    Was she standing?
22    A.    No. Sitting.
23    Q.    So they were both sitting next to
24 each other?

Page 84

EDITH HIGGINS

1    A.    Yes.
2    Q.    So then you entered the nurse's
3 office with the nurse; is that correct?
4    A.    Yes.
5    Q.    And then the four of you were
6 there?
7    A.    Yes.
8    Q.    And you don't recall anyone else
9 being there?
10    A.    No, not really.
11    Q.    While you were in the nurse's
12 office, did anyone else enter the nurse's
13 office?
14    A.    Not that I recall, because we had
15 the curtains drawn for privacy.
16    Q.    I assume at some point in time
17 you left the nurse's office; is that correct?
18    A.    No. I stayed with her.
19    Q.    At some point in time you left,
20 right?
21    A.    Eventually.
22    Q.    Eventually you left?
23    A.    Yes.
24    Q.    Before you left, did Ms. Swinkin

Page 85

EDITH HIGGINS

1 leave or was she there the entire time you
2 were there?
3    A.    I believe she was.
4    Q.    What about the nurse, had the
5 nurse ever left at any time before you left?
6    A.    No. We were basically with Ms.
7 McCarthy.
8    Q.    So from the time you got there
9 until the time you left, the nurse and the
10 psychologist were there the whole time; is
11 that correct?
12    A.    I believe so.
13    Q.    And you don't recall anyone else
14 entering?
15    A.    No. Well, of course her -- her
16 sister.
17    Q.    The sister eventually got there?
18    A.    Yeah. And her sister's boyfriend
19 something like that.
20    Q.    Anybody else?
21    A.    Not that I recall.
22    Q.    So when you arrived in the
23 nurse's office, what happened; did you say
24 something?

22 (Pages 82 - 85)

Page 86

1 EDITH HIGGINS
2    A.    Yeah.  Ms. McCarthy was crying,
3 she was very upset.  She was sitting in the
4 wheelchair and we were --
5    Q.    It was a wheelchair that she was
6 sitting in?
7    A.    Yeah.  I believe it was the
8 wheelchair.  I was giving her like a cold
9 compress and she was talking, you know, just
10 like talking, telling me how much she loved
11 the children.  I don't know -- strike that.
12 She was just talking, yeah.  And we would
13 just consoling her and I was giving her cold
14 compresses.
15    Q.    Did you say anything to her?
16    A.    She was, Ms. McCarthy was talking
17 and I believe I was the one who told her --
18 because she was wondering why her sister was
19 taking so long.  I told -- I had said, I
20 remember saying to her, oh, maybe -- I said,
21 "Well, give your sister some time, you know,
22 you woke her up -- you know, it was early,
23 you woke up.  She probably has to get dressed
24 and everything.
25       She made a joke about, you know,

Page 87

1 EDITH HIGGINS
2 her sister, oh, she's my sister, she doesn't
3 have to get dressed, she sleeps in the nude.
4 She should hurry up or something.  She said
5 and we laughed and then she began to talk
6 about -- she was explaining to us that she
7 was on medication and someone had said to
8 her, you know, well maybe after this you
9 could see your doctor and maybe some
10 adjustments can be made.  She told us no,
11 she's on the highest dosage.  If he increased
12 it anymore that she would be in a comatose
13 state.
14       So we just like, you know, "Oh,
15 Ms. McCarthy," you know.  Then she was -- she
16 mentioned, "Oh, I just want to kill myself."
17 And someone said, "No, you don't mean that,"
18 you know.  And then she says, "Yeah, I guess
19 not, because then my family and friends would
20 be upset."  So we were just basically making
21 small talk like that until her sister came.
22    Q.    Now, did Ms. Swinkin say anything
23 during that time?
24    A.    Yeah.  Ms. Swinkin told her it
25 wouldn't solve anything.

Page 88

1 EDITH HIGGINS
2    Q.    Did she say anything else?
3    A.    Not that I recall, because it was
4 all four of us.  We were just making small
5 talk until her sister arrived.
6    Q.    Now, have you ever seen a
7 statement that Ms. Swinkin gave of what
8 happened?
9    A.    No.
10    Q.    Now, in her statement Ms. Swinkin
11 says that Ms. Beno and Ms. St Luis arrived;
12 do you remember either of them arriving?
13    A.    No.
14       MR. SMITH:  Objection.
15    Q.    So Ms. Beno is another teacher in
16 the school?
17    A.    Yes.
18    Q.    Do you remember her being in the
19 room?
20    A.    No.  I don't recall.
21    Q.    Is Ms. St. Luis another teacher?
22    A.    St. Louie?
23    Q.    Luis, L-U-I-S?  Do you know who
24 that is?
25    A.    That -- it may have been the sub,

Page 89

1 EDITH HIGGINS
2 the substitute teacher.
3    Q.    Did she arrive in the nurse's
4 office?
5    A.    No.  I don't recall that.
6    Q.    Did you ever hear Ms. McCarthy
7 say that years ago she was going through a
8 similar experience and Dr. Wright, who I
9 guess was the principal at the time, used to
10 joke with her that even if she wanted to kill
11 herself, the windows in the classroom aren't
12 high enough to jump out; do you remember that
13 conversation?
14    A.    Yeah.  She was making -- yeah.
15    Q.    And that Ms. McCarthy's statement
16 that presently there are days when she feels
17 similar and that she stated she knows this
18 would hurt her family and she would not do
19 it; do you remember a conversation like that
20 have taken place?
21    A.    That was like kind of two things.
22 I know that when she stated to us, you know,
23 "I fell like killing myself," and Ms. Swinkin
24 said, you know, "that wouldn't solve
25 anything," that's when she said it would hurt

23 (Pages 86 - 89)

Page 90

1          EDITH HIGGINS
2 her family and friends. But I know when she
3 mentioned the Dr. Wright thing jokingly, she
4 was saying she told Dr. Wright all the time
5 she was going to jump out the window and Dr.
6 Wright would say, Oh, well, you don't have
7 far to jump, because you're only on the first
8 floor.
9      Q.   So when you say in your statement
10 that Ms. McCarthy casually stated that she
11 wanted to kill herself, were you referring to
12 the Dr. Wright reference?
13     A.   No. The Dr. Wright reference was
14 the jumping out the window.
15     Q.   Now, when you say here or you
16 claim here that Ms. McCarthy casually stated
17 that she wanted to kill herself, what do you
18 contend she said which supported that
19 assertion that you wrote?
20          MR. SMITH: Objection.
21     Q.   What did she say?
22     A.   She said, "I feel like killing
23 myself."
24     Q.   So it's your testimony that's
25 what she said?

Page 91

1          EDITH HIGGINS
2     A.   Yes.
3     Q.   Was Ms. Swinkin there at the
4 time, the school psychologist?
5     A.   Yes.
6     Q.   Did you speak to Ms. Swinkin
7 about what happened in the nurse's office at
8 that time?
9          MR. SMITH: Objection.
10     A.   Yes.
11     Q.   When did you speak to her?
12     A.   That day.
13     Q.   And did she say anything to you
14 about having heard Ms. McCarthy say that she
15 wanted to kill herself?
16     A.   Yes.
17     Q.   When were you asked to give this
18 statement, dated May 28, 2014; on the same
19 day?
20     A.   Yes.
21     Q.   Did you write it on the same day?
22     A.   Excuse me?
23     Q.   Did you write this document on
24 the same day or type it?
25     A.   Yes.

Page 92

1          EDITH HIGGINS
2     Q.   But you composed it on May 28th,
3 2014; is that correct?
4     A.   Yes.
5     Q.   And was anyone present with you
6 when you composed this statement?
7     A.   No.
8     Q.   And do you know that Ms. Swinkin
9 also gave a statement?
10     A.   I know she was asked to.
11     Q.   Who asked her?
12     A.   I'm not sure.
13     Q.   Who ask you to write the
14 statement?
15     A.   My supervisor.
16     Q.   Mr. Braswell?
17     A.   Yes.
18     Q.   Do you know if anyone had asked
19 Mr. Braswell to obtain a statement?
20     A.   No.
21     Q.   Did you ever speak to Ms. Swinkin
22 about the statements that you and she were
23 writing?
24     A.   No.
25     Q.   Do you have any explanation as to

Page 93

1          EDITH HIGGINS
2 why Ms. Swinkin in her statement omits any
3 reference to Ms. McCarthy stating that she
4 wanted to kill herself?
5          MR. SMITH: Objection. If you
6          are not going to show her the
7          statement, how can she opine on
8          what's in there.
9
10          MR. WOLIN: Sure. Well, I don't
11          have to show her the statement. She
12          said she has never seen it. I'm just
13          asking if she has any explanation?
14          MR. SMITH: So objection to the
15          extent you are representing that --
16          MR. WOLIN: Okay, I will show it
17          to her. Why don't we mark this?
18          (Whereupon, at this time, the
19          above-mentioned statement was marked
20          by the reporter as Plaintiff's
21          Exhibit 8, for identification, as of
22          this date.)
23     Q.   I show you what we mark as
24 Exhibit 8; have you ever seen that document
25 before?

24 (Pages 90 - 93)

Page 94

EDITH HIGGINS

1
2    A.    No.
3    Q.    Now, why don't you take a look at
4  it. Do you see there's a certain reference
5  in it to you?
6    A.    Excuse me?
7    Q.    She refers to you at several
8  junctures in this document; do you see that?
9        MR. SMITH: Objection.
10    A.    I just see --
11    Q.    Do you see your name mentioned
12  several times?
13    A.    I didn't reach that area yet,
14  sir.
15    Q.    Take your time.
16        MR. SMITH: Let her read it.
17        (Wherefore, at this time, a brief
18      recess was taken.)
19    Q.    Now, your statement, which is
20  Exhibit 7, that claims that, "Ms. McCarthy
21  casually stated she wanted to kill herself,"
22  did that occur before the reference
23  concerning Principal Wright or after the
24  reference concerning Principal Wright?
25    A.    I'm not sure.

Page 95

EDITH HIGGINS

1
2    Q.    How far apart was the statement
3  that she wanted to kill herself made from the
4  Principal Wright reference?
5    A.    I'm not sure.
6    Q.    Can you approximate?
7    A.    No.
8    Q.    How long did this encounter in
9  the nurse's office take?
10    A.    Maybe, anywhere from a half-hour
11  to an hour or so.
12    Q.    Were you there the whole time?
13    A.    Yes.
14    Q.    And was there conversation taking
15  place the whole time?
16    A.    Small talk and comforting her and
17  so forth, waiting for her sister. Maybe like
18  thirty minutes I guess.
19    Q.    Whose idea was it to call her
20  sister?
21    A.    I don't know. I wasn't there.
22    Q.    And what do you mean you weren't
23  there; you weren't there when the sister was
24  called?
25    A.    No.

Page 96

EDITH HIGGINS

1
2    Q.    Do you know who called her
3  sister?
4    A.    No.
5    Q.    Did the sister appear?
6    A.    Yes.
7    Q.    And then when the sister
8  appeared, what happened?
9    A.    When her sister came, I left to
10  help her boyfriend or fiance to bring his car
11  around to the side of the building so that
12  Ms. McCarthy could go out quietly, you know,
13  versus going out the front, you know, and a
14  lot of people like seeing her and so forth,
15  because she was upset. So just out going
16  through the side would be more private.
17        So I helped her sister's
18  boyfriend to bring his car around to the side
19  door. Then the nurse and -- I believe it was
20  the nurse and her sister who brought her out
21  to the car.
22    Q.    And how was she brought out to
23  the car?
24    A.    I believe, I believe it was in
25  the wheelchair. I believe it was.

Page 97

EDITH HIGGINS

1
2    Q.    Did you see Ms. McCarthy getting
3  into the car?
4    A.    Yes.
5    Q.    And describe her demeanor as she
6  was leaving the nurse's office and going into
7  the car?
8    A.    Well, I didn't see her leave the
9  nurse's office. I was still with the
10  boyfriend on Washington Avenue. They came
11  out the side door with her to the car and she
12  got into the car. So she still seemed a
13  little -- she wasn't cheerful, but, you know,
14  she wasn't as upset as she was when I
15  initially came on the scene.
16    Q.    So she was calmer?
17    A.    She was calmer.
18    Q.    Less emotional?
19    A.    Less emotional, yes.
20    Q.    Had you ever seen Ms. McCarthy in
21  such an emotional state previously?
22    A.    No.
23    Q.    Now, did you see Ms. McCarthy
24  depart in that vehicle?
25    A.    Yes.

25 (Pages 94 - 97)

Page 98

1    EDITH HIGGINS
2    Q.    Approximately, what time was that
3 she departed?
4    A.    Oh, boy.  It was still morning.
5    Q.    Before --
6    A.    It was before noon.
7    Q.    Before noon?
8    A.    Yes.
9    Q.    Was it before eleven or after
10 eleven?
11    A.    It may have been -- it may have
12 been like close to eleven.  Maybe a little
13 bit before, maybe a little bit after.
14    Q.    And then after you observed her
15 depart, did you have any further interaction
16 involving Ms. McCarthy that day?
17        MR. SMITH: Objection.
18    Q.    Or involving what had happened?
19    A.    What do you mean?
20    Q.    What was the next thing that
21 happened that day involving what had just
22 happened that you participated in?
23        MR. SMITH: Objection.
24    Q.    You can answer it.
25    A.    Well, I came back in the

Page 99

1    EDITH HIGGINS
2 building.
3    Q.    Right.
4    A.    And I had to review with my
5 supervisor, Mr. Braswell, what had taken
6 place in the back.  Then I went about my
7 regular -- I believe I went about my regular
8 business.
9    Q.    What did you say Mr. Braswell and
10 what did Mr. Braswell say to you about what
11 had just happened?
12    A.    I don't recall what he said.
13    Q.    Do you remember what you said?
14    A.    I had to recall the event what
15 took place in the back.
16    Q.    What did you say?
17    A.    I explained to him exactly what
18 I -- exactly what the summary states.  I just
19 recalled the sequence of events of what took
20 place in the nurse's office.
21    Q.    Do you remember Mr. Braswell
22 saying anything to you?
23    A.    No.
24    Q.    Is that when Mr. Braswell asked
25 you to write a statement?

Page 100

1    EDITH HIGGINS
2    A.    No.  It was later in the day.
3    Q.    Did you speak to Mr. Braswell in
4 person or by telephone?
5    A.    In person.
6    Q.    Was anyone else present?
7    A.    No.
8    Q.    Do you know where Mr. Braswell
9 was during the time that you were in the
10 nurse's office?
11    A.    No.
12    Q.    After Mr. Braswell left that
13 conference room earlier that morning, do you
14 know where he went?
15    A.    No.
16    Q.    Do you know how long he remained
17 in the conference room after you left with
18 the nurse?
19    A.    No.
20    Q.    Did you at any time observe Mr.
21 Braswell while you were interacting with Ms.
22 McCarthy that day?
23    A.    Say that again?
24    Q.    Did you see Mr. Braswell during
25 the period of time that you were interacting

Page 101

1    EDITH HIGGINS
2 Ms. McCarthy, after you left the conference
3 room?
4        MR. SMITH: Objection.
5    Q.    Did you see Mr. Braswell at any
6 time while you were interacting with Ms.
7 McCarthy, after you left the conference room?
8    A.    No.
9    Q.    Now, after you had this
10 conversation with Mr. Braswell, what was the
11 next thing that happened with reference to
12 Ms. McCarthy?
13    A.    I'm not aware.
14    Q.    Now, Ms. Swinkin in her statement
15 states that after Ms. McCarthy left she spoke
16 to you and Mr. Braswell; do you remember
17 that?
18    A.    I'm not recalling, but I mean --
19 well, you know, I'm trying to recall that
20 day, but I believe so, yes.
21    Q.    Was that the same conversation
22 that you just testified you had with Mr.
23 Braswell or was that a different one?
24    A.    No.  I guess to recall the event,
25 to update him of what took place in the

26 (Pages 98 - 101)

Page 102

1       EDITH HIGGINS
2 nurse's office.
3       Q.   When I asked you a moment ago if
4 anyone else was present while you were
5 speaking to Mr. Braswell, you said, "No," but
6 was, in fact, Ms. Swinkin present?
7       A.   I believe I met with Mr. Braswell
8 by myself and then Ms. Swinkin joined.  I
9 believe so.
10      Q.   But it was the same conversation?
11      A.   It was a continuation of the
12 conversation.
13      Q.   How after Ms. McCarthy left did
14 that conversation take place?
15      A.   I'm not sure, sir.
16      Q.   Now, Ms. Swinkin in her
17 statement, which you have in front of you,
18 says, "I stated a numerous times that I am
19 not trained to work with adults in situations
20 like this one and I am not sure how to
21 properly handle a situation like this"; do
22 you remember Ms. Swinkin saying that in your
23 presence?
24      A.   I remember hearing her saying it
25 like later in the day.

Page 103

1       EDITH HIGGINS
2       Q.   Later in the day?
3       A.   Yes.
4       Q.   It was at different conversation?
5       A.   I'm not sure.
6       Q.   But at some point that day she
7 said that; is that correct?
8       A.   Uh-huh, yes.
9       Q.   Now, Ms. Swinkin says, "We
10 decided that human resources department
11 needed to be contacted"; do you remember
12 agreeing that HR had to be contacted?
13      A.   That may have been a conversation
14 between Swinkin and Mr. Braswell.  I don't
15 recall that.
16      Q.   Now, it says that, "Further, we
17 decided to call Ms. McCarthy to check on
18 her."
19      A.   Yes.
20      Q.   Were you a participant in any
21 discussion about calling Ms. McCarthy?
22      A.   No.
23      Q.   Did you call Ms. McCarthy that
24 day after she left?
25      A.   I believe I did.  I think I tried

Page 104

1       EDITH HIGGINS
2 to reach her on her cell or something.
3       Q.   Approximately, what time did you
4 try calling her?
5       A.   I'm not sure, but I know it was
6 after she left.
7       Q.   Did you speak to her?
8       A.   No.
9       Q.   Did you speak to anybody?
10      A.   No.
11      Q.   Did you leave a message?
12      A.   No.  Oh, maybe I did.  Maybe.
13 I'm not sure.
14      Q.   Would that have been on her voice
15 mail?
16      A.   Yeah.  Maybe, maybe.  I'm not
17 recalling a hundred percent.
18      Q.   But whether you tried to call or
19 not, did you actually speak to Ms. McCarthy
20 that day?
21      A.   No.
22      Q.   Do you know if anyone in the
23 school tried to call Ms. McCarthy that day,
24 anyone else besides you?
25      A.   Yes.

Page 105

1       EDITH HIGGINS
2       Q.   Who?
3       A.   Ms. Beno.
4       Q.   And is she one of the teachers?
5       A.   Yes.
6       Q.   Did she actually speak to Ms.
7 McCarthy?
8       A.   Yes.
9       Q.   How do you know that?
10      A.   Because I asked her.
11      Q.   And what did she tell you?
12      A.   She told me that Ms. McCarthy was
13 home -- well, she was with her sister at her
14 sister's house and that she was fine, she was
15 doing, you know, she was doing much better.
16      Q.   Do you remember approximately
17 what time that conversation took place?
18      A.   That may have been like around
19 noon-ish.
20      Q.   So sometime after Ms. McCarthy
21 left, correct?
22      A.   Yeah.
23      Q.   But not a long time after she
24 left?
25      A.   Right.

27 (Pages 102 - 105)

Page 106

EDITH HIGGINS

1
2    Q.    Who is Ms. Emmanuel.
3    A.    She is a social worker.
4    Q.    Did you speak to her at all that
5    day concerning Ms. McCarthy?
6    A.    I don't recall.
7    Q.    Did you speak to Ms. McCarthy's
8    sister at all that day after she left?
9    A.    No.
10   Q.    Now, Ms. Swinkin says and that's
11   at the bottom of that page 1, "Further, we
12   decided to call Ms. McCarthy to check on her
13   and suggest that she calls employee
14   assistance program, EAP, to receive guidance.
15   M.s Emmanuel (School social worker), Ms.
16   Chester and I made the phone call. Ms.
17   McCarthy's sister confirmed that Ms. McCarthy
18   is now relaxed and doing well." Did you have
19   any knowledge of that phone call on May 28,
20   2014?
21   A.    No.
22   Q.    Other than speaking to Ms. Beno
23   who had spoken to Ms. McCarthy, did you have
24   any knowledge on May 28th, 2014, of anyone
25   else speaking to Ms. McCarthy to see how she

Page 107

EDITH HIGGINS

1
2    was doing?
3    A.    No.
4    Q.    Now, what other interactions did
5    you have on May 28th, 2014, concerning Ms.
6    McCarthy?
7          MR. SMITH: Objection. Go
8    ahead.
9    A.    What other interactions?
10   Q.    Right.
11   A.    Well, the SROs, they came.
12   Q.    So at some point an SRO came?
13   A.    Yes.
14   Q.    Prior to the SRO coming, other
15   than what you testified thus far, did you
16   speak to anyone else that day about Ms.
17   McCarthy?
18   A.    No.
19   Q.    You indicated that you spoke to
20   Mr. Braswell?
21   A.    Yes.
22   Q.    And you spoke to Ms. Swinkin?
23   A.    Right.
24   Q.    Did those conversations take
25   place before the SRO arrived?

Page 108

EDITH HIGGINS

1
2    A.    Yes.
3    Q.    You said you spoke to Ms. Beno?
4    A.    Yes.
5    Q.    Did that conversation also take
6    place before the SRO arrived?
7    A.    Yes.
8    Q.    Now, do you remember speaking to
9    anyone else about what had happened, prior to
10   the arrival of the SRO?
11   A.    The nurse most likely, because we
12   were all together.
13   Q.    So you spoke to the nurse after
14   Ms. McCarthy left?
15   A.    Yes.
16   Q.    And can you recount that
17   conversation?
18   A.    Not really.
19   Q.    Now, sitting here today, you
20   testified that Ms. Beno attempted to call Ms.
21   McCarthy and, in fact, apparently spoke to
22   her according to your testimony, that you
23   unsuccessfully attempted to call her and then
24   there's a reference in Ms.Swinkin's statement
25   about Ms. Emmanuel, Ms. Chester and her

Page 109

EDITH HIGGINS

1
2    making a phone call and speaking to Ms.
3    McCarthy's sister; other than those
4    reference, do you have any other knowledge
5    concerning any other attempted contact that
6    anyone in the school attempted to make with
7    Ms. McCarthy on May 28th?
8    A.    No.
9    Q.    Do you know if Mr. Braswell tried
10   to call Ms. McCarthy?
11   A.    I'm not aware.
12   Q.    You indicated that the next thing
13   that happened, as far as you know, is that
14   the SRO arrived at the school?
15   A.    Well, you were referring to the
16   next incident or the next big thing that
17   happened?
18   Q.    The next thing that happened
19   concerning Ms. McCarthy?
20   A.    Yeah. Well --
21   Q.    As far as you know.
22   A.    The next thing? Well, even
23   before -- before the SROs arrived, my
24   supervisor had directed me to just inform the
25   SROs, who are assigned to the school, of what

28 (Pages 106 - 109)

Page 110

```
 1             EDITH HIGGINS
 2 had taken place. So I placed that phone call
 3 to let them know and then shortly after they
 4 came to the school.
 5      Q.    What time of day did Mr. Braswell
 6 instruct you to call the SRO?
 7      A.    That was afternoon, you know,
 8 after twelve.
 9      Q.    Had you already spoken to Ms.
10 Beno by then?
11      A.    Yes.
12      Q.    Had you already spoken to Ms.
13 Swinkin by then?
14      A.    Yes.
15      Q.    By what method of communication
16 did Mr. Braswell tell you or direct you to
17 call the SRO?
18           MR. SMITH: Objection.
19      Q.    By what mode of communication?
20      A.    Verbal.
21      Q.    Was that in a conversation, other
22 than the ones you have already described?
23      A.    Yes.
24      Q.    And do you remember with any
25 degree of specificity approximately what time
```

Page 111

```
 1             EDITH HIGGINS
 2 in the afternoon did he make this direction
 3 to you?
 4      A.    It was after twelve. I don't
 5 have a specific time.
 6      Q.    Now, you were to leave that day
 7 at what time?
 8      A.    Oh, that day, I don't know what
 9 time I left, because I don't have like hours
10 that I leave.
11      Q.    Was school still in session?
12      A.    Yes.
13      Q.    What time did school end?
14      A.    School ends at 2:15 for children.
15 Staff leaves at 2:30.
16      Q.    So is it fair to say that it was
17 sometime between 12:00 and 2:15 to 2:30?
18      A.    Yes.
19           MR. SCOTT: What was that
20      question in reference to?
21           MR. SMITH: In reference to the
22      conversation she had with Braswell.
23      I asked her when she had spoken to
24      Braswell and she said sometime in the
25      afternoon. I was trying to pin it
```

Page 112

```
 1             EDITH HIGGINS
 2 down to before school end.
 3           MR. SCOTT: I thought you asked
 4      what time she left.
 5           MR. WOLIN: No, no. It was what
 6      time she had the conversation with
 7      Braswell.
 8           MR. SCOTT: I don't know if the
 9      witness understood that.
10      Q.    So mr. Braswell made the
11 direction to you to call the SRO sometime
12 between 12:00 and approximately 2:15 to 2:30;
13 is that correct?
14      A.    Yes.
15      Q.    What did he tell you?
16      A.    To call the SRO, just to inform
17 them of what had taken place.
18      Q.    Did he tell you why he wanted you
19 to do that?
20      A.    No.
21      Q.    Did you ask him why?
22      A.    No.
23      Q.    Did you in your own mind believe
24 it was necessary that the SRO be called?
25           MR. SMITH: Objection.
```

Page 113

```
 1             EDITH HIGGINS
 2      A.    He's my supervisor.
 3      Q.    But did you have any opinion
 4 yourself as to whether or not the SRO should
 5 be called?
 6      A.    No.
 7      Q.    And what is an SRO?
 8      A.    School safety officer -- school
 9 resource officer.
10      Q.    Who are they?
11      A.    Police officers assigned to our
12 district.
13      Q.    So an SRO is a regular Nassau
14 County Police Officer; is that correct.
15      A.    Yes.
16           MR. SMITH: Objection.
17      Q.    Is an SRO an Nassau County Police
18 Officer?
19      A.    Yes.
20      Q.    And who did you call?
21      A.    We called the number that the
22 school has for them, because it's
23 community -- well, it's like a -- they are
24 Nassau County Police Officers, but they are
25 assigned to your school district so we can
```

Page 114

EDITH HIGGINS

1
2 have a line of communication and so forth, so
3 they have a number that we call.
4       I had received it, the number,
5 and I called and I spoke with them to talk to
6 them about what had took place, just to
7 inform them.
8    Q.   Do you know whose telephone
9 number you called?
10    A.   No. I don't recall. Well, it's
11 the number for the SROs.
12    Q.   Right. Is it the number of the
13 police, the number of the police officer's
14 command precinct or something else?
15       MR. SMITH: Objection.
16    A.   It wasn't a precinct.
17    Q.   Did the SRO or actually answer
18 the phone?
19       MR. SMITH: Objection.
20    A.   I can't recall.
21    Q.   Who answered the phone when you
22 called?
23    A.   Someone answered the phone and
24 then I did speak with an SRO. I don't recall
25 if the SRO answered or a secretary answered.

Page 115

EDITH HIGGINS

1
2 I don't recall that.
3    Q.   But you don't know the location
4 that you were calling; is that correct?
5    A.   It was the number for the SROs,
6 to reach them.
7    Q.   Do you know if it was an office
8 that you were calling?
9    A.   No.
10    Q.   Had ever called that number
11 before?
12    A.   No.
13    Q.   So tell me what you said when
14 someone answered on the other side?
15    A.   I identified myself and I asked
16 to speak with an officer.
17    Q.   Did you say why you were calling?
18    A.   No.
19    Q.   And you asked to speak to an
20 officer?
21    A.   Yeah. The SRO, one of the SROs.
22    Q.   Did an officer get on the line?
23    A.   Yes.
24    Q.   Do you know the name of the
25 officer?

Page 116

EDITH HIGGINS

1
2    A.   No.
3    Q.   And what did you say?
4    A.   I told them I was calling from
5 Washington Rose and directed by my principal
6 just to inform them of an incident that had
7 taken place.
8    Q.   Well, did you describe the
9 incident?
10    A.   Yes.
11    Q.   What did you say?
12    A.   Basically what's written in my
13 summary.
14    Q.   Had you written your summary by
15 then?
16    A.   Well, the summary is a reflection
17 of my recall.
18    Q.   Had you written that summary by
19 the time you called the SRO?
20    A.   No.
21    Q.   So I want to know everything that
22 you said to the SRO?
23    A.   Well, I don't remember
24 everything.
25    Q.   Well, do the best you can.

Page 117

EDITH HIGGINS

1
2    A.   The recall, I just recall the
3 sequence of events very similar to what is
4 written here.
5    Q.   But you are summarizing? I have
6 to know what you said.
7    A.   I gave him a summary of what took
8 place.
9    Q.   What did you say took place?
10       MR. SMITH: Objection.
11    A.   That was what, 2014?
12    Q.   Right.
13    A.   Basically, what I said here. If
14 you would like me to read this, I can --
15    Q.   I don't want you to read it, but
16 I would like you to testify as best you can
17 recollect what you said to the SRO?
18    A.   I told them what had taken place
19 in terms of one our teachers was very upset.
20       MR. SCOTT: She's allowed to
21    refresh her recollection, by the way.
22    Q.   Of course you can look at the
23 document.
24    A.   That was two years ago. I don't
25 want to say something that I didn't say

30 (Pages 114 - 117)

Page 118

EDITH HIGGINS

1 either. I can't recall verbatim what you
2 said two years ago, a conversation. This was
3 a -- this was a very unfortunate situation.
4 So I don't remember verbatim everything I
5 said. If I testified to saying something
6 that I didn't say, now I own it, you know
7 what I'm saying?
8     Q.    Well, you can certainly testify
9 generally to what you said, even if you don't
10 remember verbatim?
11     A.    Okay. Well, I let the officer
12 know that one of our teachers was very upset,
13 we had a meeting, so forth, so on. During
14 our -- during, you know, time in the nurse's
15 office, I let him know the conversation,
16 what, you know what had been said.
17        When I mentioned the fact -- when
18 I mention that she had said casually, "Oh, I
19 feel like killing myself," the officer became
20 very upset and was yelling over the phone and
21 he hung the phone up and then shortly after
22 they were there.
23     Q.    What made you say that he was
24 upset?

Page 119

EDITH HIGGINS

1     A.    Because he was yelling.
2     Q.    What did he say?
3     A.    I don't remember what he was
4 saying, but it was in a very loud voice. I
5 don't recall anything he said.
6     Q.    Can you give the substance of
7 what he was saying?
8     A.    No.
9     Q.    So what is the basis of your
10 perception that he was upset?
11        MR. SMITH: Objection.
12     A.    He was yelling and he hung up the
13 phone on me.
14     Q.    Anything else?
15     A.    No.
16     Q.    This was between noon and 2:15?
17     A.    Yes.
18     Q.    Was it closer to 2:15 or closer
19 to noon?
20        MR. SMITH: Objection.
21     A.    I'm not sure.
22     Q.    Other than this Exhibit 7, your
23 statement here, do you have any other written
24 memorialization of what happened that day?

Page 120

EDITH HIGGINS

1     A.    No.
2     Q.    So you say he hung up the phone?
3     A.    Yes.
4     Q.    You said you don't remember who
5 he was, but did he identify himself?
6        MR. SMITH: Objection.
7     A.    I don't recall him identifying
8 himself.
9     Q.    And then what was the next thing
10 that happened?
11     A.    After?
12     Q.    After he hung up the phone?
13     A.    Oh, then shortly after the two
14 officers appeared at the school.
15     Q.    Had you ever seen either of those
16 officers before?
17     A.    I believe one -- yes, the female
18 officer.
19     Q.    Do you know her name?
20     A.    Officer Amodeo.
21     Q.    Did you know what her name was
22 then?
23     A.    No, because I was new to the job.
24     Q.    Do you know the name of the male

Page 121

EDITH HIGGINS

1 officer?
2     A.    No.
3     Q.    How did you know the female
4 officer was named Amodeo?
5     A.    I know it today, because this is
6 my third year in this position. So I've had
7 many encounters with her.
8     Q.    Approximately, what time did the
9 two police officers arrive?
10     A.    I'm not sure. It was before
11 2:15.
12     Q.    Were they in uniform?
13     A.    Yes.
14     Q.    Were they in the uniform of a
15 Nassau County Police Officer?
16     A.    Yes.
17     Q.    Now, how did you know the police
18 officers had arrived at the school?
19     A.    Because I saw them come in the
20 door.
21     Q.    Were you standing by the door?
22     A.    No. It's all glass. The front
23 of our building is all glass.
24     Q.    So from your office you were able

31 (Pages 118 - 121)

Page 122

EDITH HIGGINS

2 to see the front entrance.
3    A.    From where I was standing I could
4 see the front entrance.
5    Q.    Where were you standing?
6    A.    In the main office area.
7    Q.    And then you walked over to the
8 officers?
9    A.    No.
10    Q.    The officers walked over to you?
11    A.    They went into Mr. Braswell's
12 office.
13    Q.    And then what happened?
14    A.    They spoke with Mr. Braswell. I
15 was called in. The officer was yelling about
16 the --
17    Q.    Let me stop you. So they spoke
18 to Mr. Braswell. How do you know they spoke
19 PO Mr. Braswell?
20    A.    Because I saw them go in his
21 office.
22    Q.    Did you hear any of the
23 conversation?
24    A.    I don't believe initially.
25    Q.    How about subsequently, at any

Page 123

EDITH HIGGINS

2 point in time did you hear the conversation?
3    A.    No.
4    Q.    So they arrived, they went into
5 Mr. Braswell's office and they started
6 talking with Mr. Braswell?
7    A.    Right. And then I was called in.
8    Q.    Then at some point you were
9 called in and joined the conversation,
10 correct?
11    A.    I was called in to the office.
12    Q.    Approximately how long had they
13 been speaking to Mr. Braswell before you were
14 called in?
15    A.    Maybe five minutes.
16    Q.    Who called you in?
17    A.    Mr. Braswell, I believe.
18    Q.    How did he call you in?
19    A.    He called my name. I mean, you
20 know, I wasn't too far way.
21    Q.    He was in his office, so where
22 were you at the time he called you?
23    A.    Nearby. I was in the main -- his
24 office is located in the main office. So I'm
25 in the main office area, so I was called into

Page 124

EDITH HIGGINS

2 his office.
3    Q.    Was anyone else present?
4    A.    When I went inside?
5    Q.    Yes.
6    A.    No. It was Mr. Braswell, myself
7 and the two officers.
8    Q.    Was Ms. Swinkin there.
9    A.    I think she was called in later.
10    Q.    And then once you were called in,
11 what happened then?
12    A.    The officers were -- they were
13 talking, but I just recall that the male
14 officer was very upset and angry and yelling
15 about, "Why was she allowed to go home?" You
16 know, he just, you know, harped on that and
17 talked -- began to talk about how dangerous
18 that was.
19        I attempted to tell him that, you
20 know, in my opinion I didn't feel she, you
21 know, that it was anything threatening,
22 because, you know, I know Ms. McCarthy.
23 She's a lovely lady. She does a lot of like
24 joking. You know she's always so jovial and
25 whatnot. So I didn't take what she said as

Page 125

EDITH HIGGINS

2 dangerous or a threat or anything.
3    Q.    Did you tell that to the
4 officers?
5    A.    I attempted to, but they were --
6 the gentleman, he was yelling. And so I had
7 to almost like raise my voice and I said,
8 Well, you know, she's home with her sister
9 and she's okay." You know, I was able to get
10 that in. And he said how do you know she's
11 okay, whatever. I said because I spoke to
12 her friend. Whose her friend? I said Ms.
13 Beno.
14        And then he asked Mr. Braswell to
15 speak to Ms. Beno. And Mr. Braswell asked me
16 to go and get her. I went over to her
17 classroom and I held her class, I held her
18 students while she went inside and she spoke
19 to the officers.
20    Q.    And did you hear ms been talking
21 to the officer?
22    A.    I was inside her classroom
23 holding her students.
24    Q.    Do you know what Ms. Beno told
25 the officer?

32 (Pages 122 - 125)

Page 126

EDITH HIGGINS

1
2     A.    No.
3     Q.    Did you speak to Ms. Beno about
4  what she told the officer?
5     A.    Yes.
6     Q.    What did she say?
7     A.    She told me that she did tell the
8  officers that Ms. McCarthy was okay and that
9  she was at her sister's house.  She told me
10  they asked for her sister's address, the name
11  and address and she gave it to them.
12     Q.    Did she say anything else?
13     A.    That's basically all.  Then, you
14  know, basically saying that she was okay.
15     Q.    Was it that day that you spoke to
16  Mr. Beno?
17     A.    Yes.
18     Q.    Do you know if the police
19  officers spoke to anybody else?
20     A.    They spoke to Ms. Swinkin.
21     Q.    And did they speak to Ms. Swinkin
22  in your presence?
23     A.    Oh, that part, I think I could
24  see from afar or I don't think I was right up
25  on them.  But I do remember she was very,

Page 127

EDITH HIGGINS

1
2  very upset, because they were yelling at her
3  also.  No, you know what, I don't -- I saw it
4  from afar, but I wasn't like actually in the
5  mix.
6     Q.    Did you hear what Ms. Swinkin and
7  the police officers were saying?
8     A.    No?
9     Q.    Getting back to what you just
10  said, you said that you were trying to tell
11  the police officers that you believed that
12  Ms. McCarthy, to paraphrase what you said,
13  was not dangerous that she jokes around?
14     A.    No.  I didn't tell them she jokes
15  around.  I just said that, you know, it
16  didn't -- you know, when she said that it
17  didn't seem like a threat or -- and then he
18  yelled about that.
19     Q.    Did you actually tell the police
20  officer that you didn't believe that it was a
21  threat?
22     A.    Yes.
23     Q.    Did you actually tell the police
24  officer that you didn't believe that Ms.
25  McCarthy was a danger to herself?

Page 128

EDITH HIGGINS

1
2     A.    Paraphrasing, like in that vein,
3  yes.
4     Q.    What did you say to paraphrase?
5     A.    Oh, boy, I know I said something
6  like around, you know, Ms. McCarthy -- yes,
7  she said that, but it didn't -- she didn't
8  seem to be threatening or dangerous or
9  anything like that.  I was trying to explain
10  that to them.
11     Q.    But you were able to say that?
12         MR. SMITH:  Objection.
13     A.    Barely, barely, because he was so
14  angry.
15     Q.    But you said barely; did you say
16  it or didn't you say it.
17     A.    I was saying it.  I was saying
18  it, but he was interrupting.  So I was saying
19  it, but I don't know if he was hearing it.
20  You know, if it was even being processed,
21  because he was insistent upon what he wanted
22  to say or what he, you know, what he come to
23  do, but I definitely said it.
24     Q.    So I am going back to that.  When
25  the police officers spoke to Ms. Swinkin, you

Page 129

EDITH HIGGINS

1
2  didn't hear that conversation, right?
3     A.    No.
4     Q.    Now, when you spoke to the police
5  officers as you just described, was Mr.
6  Braswell there?
7     A.    Yes.
8     Q.    Was anyone else there?
9     A.    No.
10     Q.    What was the next thing that
11  happened concerning Ms. McCarthy?
12     A.    After that the police officers
13  left and then that was that.
14     Q.    As far as you know, that was
15  that?
16     A.    Yeah.
17     Q.    Do you know where the police
18  officers went after they left?
19     A.    No.
20     Q.    Did they say where they were
21  going?
22     A.    No.  Not in my hearing, no.
23     Q.    Now, did they say that they were
24  going to Ms. McCarthy's sister's house?
25     A.    I didn't hear anything like that.

33 (Pages 126 - 129)

Page 130

```
 1              EDITH HIGGINS
 2      Q.   Now, in Ms. Swinkin's statement
 3 that you have before you, she says that the
 4 male police officer said and that's on the
 5 second page, "He then told me that I should
 6 be aware of the consequence of my actions and
 7 that he's going to report me to the state";
 8 do you see that?
 9      A.   Yes.
10      Q.   Do you have any knowledge of Ms.
11 Swinkin ever being reported to the state as a
12 result of what happened that day?
13      A.   No.
14      Q.   And you weren't present for that
15 conversation, correct?
16      A.   No.
17      Q.   Now, at some point in time did
18 you learn that the police officer or police
19 officers went to the sister's house?
20      A.   Say that again.
21      Q.   At some point in time did you
22 learn that the police officers went to Ms.
23 McCarthy's sister's house?
24      A.   Yes.
25      Q.   And when did you learn that?
```

Page 131

```
 1              EDITH HIGGINS
 2      A.   Maybe days after, something.
 3      Q.   How did you learn it?
 4      A.   I don't recall.
 5      Q.   Now, did you learn at that time
 6 that Ms. McCarthy had been transported to
 7 Nassau University Medical Center?
 8      A.   I don't recall.
 9      Q.   Now, at what time during the day
10 as all this was transpiring did you write
11 this statement, Exhibit 7?
12      A.   At the end of the day.
13      Q.   After the police officers had
14 left?
15      A.   Yeah.
16      Q.   And how did it come about that
17 you wrote that statement?
18         MR. SMITH: Objection.
19      A.   Directed by my supervisor, Mr.
20 Braswell.
21      Q.   And he directed you to do it
22 after the police had left?
23      A.   I believe so, yeah. I believe it
24 was after.
25      Q.   When you were having the
```

Page 132

```
 1              EDITH HIGGINS
 2 conversation with Ms. McCarthy in the nurse's
 3 office, did you her words to the effect,
 4 "Would you ever hurt yourself?"
 5      A.   No.
 6      Q.   Now, you have knowledge that the
 7 at some point after this incident Ms.
 8 McCarthy was referred by the district for a
 9 913 examination?
10      A.   No.
11      Q.   Did you have any anything to do
12 with that decision making process?
13      A.   No.
14      Q.   After Ms. McCarthy left that day
15 in that vehicle as you described, when was
16 the next time that you had any interaction
17 with Ms. McCarthy?
18      A.   The following school year.
19      Q.   Now, just getting back for a
20 couple of more questions to your statement,
21 Exhibit 7. Now, you say that, "Ms. McCarthy
22 casually stated she wanted kill herself,"
23 that's your quote?
24      A.   Uh-huh, yes.
25      Q.   What exactly to the best of your
```

Page 133

```
 1              EDITH HIGGINS
 2 recollection did Ms. McCarthy say that
 3 resulted in you making that assertion?
 4      A.   Because during the time we were
 5 consoling her she just sighed, she said,
 6 "Huh, I just fell like killing myself."
 7      Q.   Did she state words to the
 8 effect, "I might as well just kill myself,"
 9 do you remember her saying that?
10      A.   Might as well?
11      Q.   Yes.
12      A.   I just recall, "I just feel like
13 killing myself."
14      Q.   You don't remember her saying, "I
15 might as well just kill myself"?
16      A.   Might as well feel like -- I
17 don't know. I just definitely recall killing
18 myself, yeah.
19      Q.   Right, but do you remember what
20 preceded that in her language?
21      A.   No.
22      Q.   So as you are sitting here today,
23 do you remember her making the statement, "I
24 might as well just kill myself," do you
25 remember it being phrased that way?
```

34 (Pages 130 - 133)

Page 134

```
 1              EDITH HIGGINS
 2         MR. SMITH:  Objection.
 3         MR. SCOTT:  Objection.
 4      A.    "I just feel like killing
 5 myself," that's what I recall.
 6      Q.    That's what you recall?
 7      A.    Yes.
 8         MR. SMITH:  Objection.
 9      Q.    So you recall her saying, "I
10 might as well just kill myself --"
11         MR. SMITH:  Objection.
12         MR. SCOTT:  Objection.
13         MR. SMITH:  She has testified
14      she doesn't recall specifically.
15    . Q.    Well, do you recall specifically?
16      A.    No.
17      Q.    I'm not sure.
18         MR. SCOTT:  She has answered
19      specifically.
20      Q.    Did you ever advise either Ms.
21 McCarthy or her sister that an SRO was coming
22 to her house?
23      A.    No.
24      Q.    Did any of the police officers
25 contact you or attempt to contact you from
```

Page 135

```
 1              EDITH HIGGINS
 2 the sister's house?
 3      A.    No.
 4         MR. SMITH:  Objection.
 5      A.    No.
 6      Q.    Do you know if either of the
 7 police officers, once they arrived at the
 8 sister's house, attempted to contact anybody
 9 in the school?
10      A.    No.
11      Q.    Who is an individual working in
12 the school named Mr. Hamilton or working for
13 the district, did you ever hear that name?
14   .  A.    Yes.
15      Q.    Who is Mr. Hamilton?
16      A.    He's a central office staff
17 member.
18      Q.    Do you know what is job title is?
19      A.    He -- in 2014 I don't recall his
20 job title.  No, I think in 2014 he was human
21 resources, I believe.  His title had -- it
22 changed.
23      Q.    Did you ever speak to
24 Mr. Hamilton about the McCarthy situation?
25      A.    Yes.
```

Page 136

```
 1              EDITH HIGGINS
 2      Q.    When?
 3      A.    I don't recall.
 4      Q.    How long --
 5      A.    He was serving in HR.  I don't
 6 recall whether it was the spring or the fall
 7 of 2014.  I don't recall.
 8      Q.    For what purpose did you speak to
 9 him?
10      A.    To ask, I guess, for a recount of
11 what took place.
12      Q.    What do you mean by a recount of
13 what took place?
14      A.    A summary of what took place.
15      Q.    To ask him?
16      A.    He asked me.
17      Q.    He asked you?
18      A.    Yes, what happened.
19      Q.    And then did you respond?
20      A.    Yes.
21      Q.    What did you say?
22      A.    I just gave him a summation of
23 what took place.
24      Q.    Do you know why he wanted to know
25 what had taken place?
```

Page 137

```
 1              EDITH HIGGINS
 2      A.    Well, at that time he was over at
 3 human resources.
 4      Q.    Do you know for what reason he
 5 contacted you?
 6         MR. SMITH:  Objection.
 7      A.    He's human resources.
 8      Q.    Did he you why he wanted a
 9 recount of what had happened?
10      A.    No.
11      Q.    Other than calling the SRO on
12 this occasion, had you ever before or since
13 called the SRO with reference to any other
14 teacher in the school?
15      A.    No.
16         MR. WOLIN:  I have no further
17      questions.
18         MR. SCOTT:  Good afternoon.
19         THE WITNESS:  Good afternoon.
20         MR. SCOTT:  My name is James
21      Scott, I'm attorney and I represent
22      Nassau County.  I'm not going to
23      through all these questions again,
24      just a few follow-up questions.  The
25      same rules apply.  If you don't
```

35 (Pages 134 - 137)

Page 138

EDITH HIGGINS

1
2 understand my question, please ask me
3 to rephrase it. I will give you all
4 the time you need to answer the
5 question, okay?
6          THE WITNESS: Yes.
7 EXAMINATION BY
8 MR. SCOTT:
9     Q.    Looking at Plaintiff's Exhibit 7,
10 which is your statement, your summary, you
11 wrote that on May 28th, 2014?
12    A.    Yes.
13    Q.    At the end of the day?
14    A.    Yes.
15    Q.    After all the events of the day?
16    A.    I believe so, yeah.
17    Q.    When you wrote this all the
18 events that happened that day were fresh in
19 your mind?
20    A.    Yeah.
21    Q.    And you knew it was important to
22 be as accurate as possible?
23    A.    Yeah.
24    Q.    And that statement as accurate as
25 you remember it?

Page 139

EDITH HIGGINS

1
2    A.    Yes.
3    Q.    What are the SRO officers; what
4 are they, what do they do?
5    A.    They service the school district
6 and they are, as opposed to calling 91 and
7 just getting anybody, we have officers that
8 are assigned here to our district and we have
9 built a rapport with them and so forth.
10    Q.    Are they assigned specifically to
11 the Roosevelt School District?
12    A.    Yes.
13    Q.    They are not assigned
14 specifically to your school?
15    A.    Right.
16    Q.    They only deal with Roosevelt
17 School District problems, is that your
18 understanding?
19    A.    As far as schools are concerned,
20 I think they do take up -- they do address
21 the issues in the community, but as far as a
22 school district is concerned, I think we're
23 the only school district, I believe.
24    Q.    And since that time of May 28th,
25 2014, have you had occasion to call them to

Page 140

EDITH HIGGINS

1
2 come to your school?
3    A.    Yes.
4    Q.    What kind of problems or issues
5 do they deal with?
6    A.    Well, after that we had, you
7 know, there are issues like with child abuse?
8    Q.    In other words, some child
9 reported to you that he or she has been
10 abused at home or by someone outside the
11 home?
12    A.    Right.
13    Q.    And you mentioned the female has
14 responded on occasion?
15    A.    Oh, yes.
16    Q.    What was her name?
17    A.    Amodeo.
18    Q.    How many times has she responded
19 your to school?
20    A.    Many times. Like ninety percent
21 of the time.
22    Q.    How many times a year?
23    A.    A year? Oh, gosh. We have over
24 700 students in my building, so she -- she
25 normally is accompanied by, you know, another

Page 141

EDITH HIGGINS

1
2 officer. I'm sorry, I just have to give a
3 percentage, because, you know --
4    Q.    In a given week, how many times
5 do you think they respond?
6    A.    In a given week? Not even in a
7 given week. Like in a month, maybe twice,
8 twice a month, maybe twice.
9    Q.    For what kind of issues did she
10 respond to your school, besides the abuse?
11    A.    Bullying.
12    Q.    Within the school?
13    A.    Like a bullying situation that it
14 was initiated in the community and then
15 spilled over into the school.
16    Q.    So she responded to your school a
17 number of times and you have gotten to know
18 her?
19    A.    Yes.
20    Q.    Do you call her by her name?
21    A.    Officer Amodeo.
22    Q.    But you know who she is?
23    A.    Yes.
24    Q.    How do you find her in performing
25 her duties when she responded?

36 (Pages 138 - 141)

Page 142

EDITH HIGGINS

1
2     MR. WOLIN: Objection.
3     MR. SMITH: Objection.
4     A.    How does she perform her duties?
5     Q.    Yes.
6     A.    Professionally.
7     Q.    Any problems with her since then?
8     A.    No.
9     Q.    Do you recall on May 28th, 2014,
10 when you called the SRO number, did you speak
11 to a man or a woman about the incident?
12    A.    A man.
13    Q.    And eventually Ms. Amodeo and the
14 man responded?
15    A.    Yes.
16    Q.    And in your telephone
17 conversation with the man, you told the man
18 that the teacher wanted to kill herself?
19    MR. SMITH: Objection.
20    A.    I recalled the events, the
21 sequence of events of what took place and I
22 did mention that that was one of the things
23 that she did say.
24    Q.    But you did tell the police that
25 this teacher threatened to kill herself.

Page 143

EDITH HIGGINS

1
2     A.    Not threatened.
3     Q.    That she wanted to kill herself?
4     A.    Not that she wanted. That she
5 said, you know, in consoling her, she did say
6 that, I feel like killing myself."
7     Q.    And during that conversation over
8 the phone, did you also tell the police that
9 Ms. McCarthy was taking medication?
10    A.    That she was taking medication?
11 I don't recall.
12    Q.    That's something important
13 though, right?
14    MR. WOLIN: Objection.
15    MR. SCOTT: You can answer.
16    MR. WOLIN: Objection. What's
17    important?
18    A.    I'm not sure if I shared that at
19 all during the telephone conversation.
20    Q.    Do you recall if you shared that
21 during the time you met with him in person?
22    A.    No. He barely let me talk.
23    Q.    What was he saying?
24    A.    When?
25    Q.    The male police officer, when he

Page 144

EDITH HIGGINS

1
2 responded?
3     A.    Oh, he was yelling. He was doing
4 a lot of yelling, because, you know, we let
5 her go home.
6     Q.    He was concerned that a woman who
7 had just threatened, who was feeling like
8 killing herself, had been let go?
9     MR. SMITH: Objection.
10    MR. WOLIN: Objection.
11    Q.    Is that what you're saying?
12    A.    Basically, he was very angry.
13    Q.    During your education, did you
14 receive any training in psychological
15 assessment or evaluating an individual's
16 mental health status?
17    MR. SMITH: Objection.
18    A.    No.
19    MR. WOLIN: Same objection.
20    Q.    While you have been a teacher at
21 the school, have you received any training
22 from the school district or the school about
23 accessing an individual's mental health
24 status?
25    MR. WOLIN: Objection.

Page 145

EDITH HIGGINS

1
2     A.    No.
3     Q.    When you were with the principal
4 Mr. Braswell and the officers in the Mr.
5 Braswell's office, you were having a
6 conversation, correct?
7     A.    Say that again.
8     Q.    After the police officers
9 responded, you met with the officers and Mr.
10 Braswell in Mr. Braswell's office?
11    A.    Yes.
12    Q.    And during that conversation, did
13 you repeat to them about the teacher's
14 feeling like killing herself?
15    A.    No.
16    MR. WOLIN: Objection?
17    A.    I don't believe so.
18    Q.    Did Mr. Braswell know that she
19 had said that?
20    A.    Yes.
21    Q.    And did Mr. Braswell talk to the
22 police about that?
23    A.    I wasn't there for his
24 conversation.
25    Q.    When you were there?

37 (Pages 142 - 145)

Page 146

```
1              EDITH HIGGINS
2     A.    No. They were already aware of
3  the statement that she made and that was, you
4  know.
5     Q.    Did Ms. McCarthy complain about
6  any kind of headache at the time you are in
7  the nurse's office?
8     A.    Not to my knowledge. I didn't
9  hear anything like that.
10    Q.    Did you learn she subsequently
11 complained about having a migraine headache
12 while she was in the nurse's office?
13    A.    Yeah. I heard that she had made
14 that statement.
15    Q.    Who told you that?
16    A.    I believe it was the nurse.
17    Q.    When did the nurse tell you that?
18    A.    I can't recall.
19    Q.    Have you ever known Ms. McCarthy
20 to have migraine headaches before May 28th,
21 2014?
22    A.    No.
23    Q.    Do you know if the nurse gave Ms.
24 McCarthy any kind of medication for the
25 headache?
```

Page 147

```
1              EDITH HIGGINS
2     A.    No.
3     Q.    Did the nurse take Ms. McCarthy's
4  blood pressure?
5     A.    I wasn't present for anything
6  like that.
7     Q.    Were you aware that she had done
8  that?
9     A.    No.
10    Q.    One more question. I'm almost
11 done.
12          During the time that you spoke to
13 the principal about the incident without the
14 police present, did you tell the principal
15 that Ms. McCarthy was taking medication for
16 depression?
17    A.    I mentioned to him what she
18 stated, but she didn't -- what I heard her
19 say, she just said that she was on
20 medication. She just said she was on
21 medication. You know, she had told us, "You
22 know I'm on medication," and then someone
23 said well, you know, after everything maybe
24 you will see a doctor and he'll adjust it.
25 Then she says, "Oh, no. He said that -- she
```

Page 148

```
1              EDITH HIGGINS
2  said that, "If he makes it any higher I will
3  be comatose."
4          So, you know, I don't recall her
5  specifying what the medication was actually
6  for.
7     Q.    At the end of the day you wrote
8  out your summary, right?
9     A.    Yes.
10    Q.    You did use the word that she was
11 on medication for the depression, right?
12    A.    Okay, maybe --
13    Q.    Does that refresh your
14 recollection as to what she said?
15    A.    Yes.
16    Q.    So Ms. McCarthy did say that she
17 was on medication for depression?
18    A.    Medication for depression, yeah.
19    Q.    And if it got any stronger she'd
20 be comatose?
21    A.    Be comatose, yeah if he increased
22 it, the dosage, she would be comatose.
23    Q.    Does that refresh your
24 recollection as to whether or not you told
25 that to Mr. Braswell?
```

Page 149

```
1              EDITH HIGGINS
2     A.    Yeah.
3     Q.    You did tell him that?
4     A.    Yes.
5     Q.    And does that refresh your
6  recollection as to whether or not you told
7  the police about her taking medication for
8  the depression?
9     A.    Possibly over the phone.
10         MR. SCOTT: Thank you. Nothing
11    further.
12         MR. WOLIN: I just have a couple
13    of more follow-ups.
14 EXAMINATION BY
15 MR.WOLIN:
16    Q.    You indicated that these SROs had
17 come to the school on several occasions. To
18 your knowledge, have they ever come to the
19 school with reference to the conduct of a
20 teacher before or since?
21    A.    Not to my knowledge.
22         MR. SMITH: Objection.
23    Q.    You indicated that you have
24 interacted with these two police officers
25 subsequently to May 28th, 2014; is that
```

38 (Pages 146 - 149)

Page 150

```
 1            EDITH HIGGINS
 2 correct?
 3    A.   Not the two.  Only Ms. Amodeo.
 4         MR. SMITH:  Objection.
 5    Q.   Only the female?
 6    A.   Yeah.
 7    Q.   Have spoken to the female about
 8 the McCarthy incident subsequent to May 28th,
 9 2014?
10    A.   No.
11         MR. WOLIN:  I have nothing
12    further.
13         MR. SMITH:  I have a couple of
14    questions, Ms. Higgins.
15 EXAMINATION BY
16 MR. SMITH:
17    Q.   I want to go back first.  Mr.
18 Wolin asked you earlier this morning about
19 observations and we looked at some of those
20 observation reports.  You don't need to look
21 at them.  When you conducted observations of
22 Ms. McCarthy, was there anything in the way
23 you conducted those observations that was
24 different from the way you conducted
25 observations of other teachers?
```

Page 151

```
 1            EDITH HIGGINS
 2         MR. WOLIN:  Objection.
 3    A.   No.
 4    Q.   You were asked questions earlier
 5 about the frequency and the scheduling of
 6 these observations.  Were Ms. McCarthy's
 7 observations scheduled or arranged in way
 8 that was any different from the way the
 9 observations took place for other teachers?
10         MR. WOLIN:  Objection?
11    A.   No.
12    Q.   And when you contacted the SROs,
13 why did you contact the SROs that day?
14    A.   My supervisor Mr. Braswell
15 directed me to do that.
16    Q.   And did he indicate to you who
17 had instructed him to tell you to do that?
18    A.   I don't recall.
19    Q.   And what was your intent in
20 calling the SROs that day?
21         MR. WOLIN:  Objection.
22    A.   Just to inform them of what had
23 taken place.
24    Q.   In the observation reports that
25 were shown to you earlier, when you completed
```

Page 152

```
 1            EDITH HIGGINS
 2 those evaluations or when you put any of the
 3 feedback that are in those reports, did Ms.
 4 McCarthy's age or race play any role in your
 5 decision as to what to put into her
 6 observation reports?
 7         MR. WOLIN:  Objection.
 8    A.   No.
 9    Q.   And on the day you contacted the
10 SROs, did Ms. McCarthy's age or race play any
11 role in your decision to contact the SROs?
12    A.   No.
13         MR. SCOTT:  Objection.
14         MR. SMITH:  I have nothing
15    further.
16         (Whereupon, at 12:54 p.m.
17    these proceedings were
18    concluded.)
19
20
          ------------------------
21
   EDITH HIGGINS
22
   Subscribed and sworn to
23
   before me on this _____day
24
   of _____, 2016.
25
         NOTARY PUBLIC
```

Page 153

```
 1
 2            I N D E X
 3 WITNESS      EXAMINATION BY    PAGE LINE
 4 EDITH HIGGINS MR. WOLIN        6   12
            MR. SCOTT    138    9
 5          MR. WOLIN    149    16
            MR. SMITH    150    17
 6
 7     INDEX TO PLAINTIFF'S EXHIBITS
 8 EXHIBIT      DESCRIPTION    PAGE LINE
 9 2      Observation report 56   14
10 3      Observation report 60   18
11 4      Observation report 66   7
12 5      Observation report 67   2
13 6      Observation report 68   21
14 7      Letter        73   15
15 8      Statement      93   23
16
17
18
19
20
21
22
23
24
25
```

39 (Pages 150 - 153)

Page 154

1
2         CERTIFICATION
3
4       I, RAYMOND P. STALKER, a notary public in and
5  for the State of New York, do hereby certify:
6       THAT the witness whose testimony is hereby
7  before set forth, was duly sworn by me; and
8  that the within transcript is a true record of the
9  testimony given by said witness.  I further certify
10 that I am not related, either by blood or marriage,
11 to any of the parties to this action; and
12      THAT I am in no way interested in the outcome
13 of this matter.
14      IN witness whereof, I have hereunto set my
15 hand this 20th day of May, 2016.
16
17

18  _____
         RAYMOND P. STALKER
19
20
21
22
23
24
25

Page 155

1
2         ERRATA SHEET
          VERITEXT/NEW YORK REPORTING, LLC
3            1-800-727-6376
4  330 Old Country Road,   1250 Broadway
   Mineola New York        New York, New York
5
6  Name of Case: McCARTHY v ROOSEVELT ET AL
   Date of Deposition: 5/12/16
7  Name of DEPONENT:  EDITH HIGGINS
8  PAGE LINE        CHANGE        REASON
9  --- --- ----------------------- ----------
10 --- --- ----------------------- ----------
11 --- --- ----------------------- ----------
12 --- --- ----------------------- ----------
13 --- --- ----------------------- ----------
14 --- --- ----------------------- ----------
15 --- --- ----------------------- ----------
16 --- --- ----------------------- ----------
17 --- --- ----------------------- ----------
18 --- --- ----------------------- ----------
19 --- --- ----------------------- ----------
20 _____
              EDITH HIGGINS
21
22 SUBSCRIBED AND SWORN TO BEFORE
23 ME THIS ___DAY OF_____, 2016.
24 _____
   NOTARY PUBLIC        COMMISSION EXPIRES
25

40 (Pages 154 - 155)

[& - administrator]

| & |
| --- |
| & 3:3,7 |

| 1 |
| --- |
| 1 32:25 38:24 45:4 59:14,19 60:2,9 61:7,12,18,19,20,25 62:2,3,14,23 63:9 106:11 |
| 1-10 1:9 |
| 1-800-727-6376 155:3 |
| 10601 3:10 |
| 10:07 1:20 |
| 11-20 1:15 |
| 11501 3:16 |
| 11575 6:18 |
| 11753 3:4 |
| 12 1:20 153:4 |
| 1250 155:4 |
| 12:00 111:17 112:12 |
| 12:54 152:16 |
| 13-14 62:25 |
| 138 153:4 |
| 13th 70:10,17 71:14 71:19 |
| 14 64:8,12,15 65:9 153:9 |
| 149 153:5 |
| 15 153:14 |
| 150 153:5 |
| 16 153:5 |
| 17 153:5 |
| 18 153:10 |
| 19 70:8,17 |
| 1971 18:24 |
| 19th 67:10 71:15,18 |
| 1e 61:10 |

| 2 |
| --- |
| 2 6:17 32:25 33:2 45:4 47:5 56:12,15 63:11 64:3 66:17 153:9,12 |

| 2003 10:25 11:2,3,6 |
| --- |
| 2004 11:17 |
| 2012 11:18 31:19 32:5 |
| 2012-2013 32:6 43:19 |
| 2013 10:25 11:9 13:25 22:16,17,23 24:12,18 28:14 29:19 31:18 60:7 |
| 2013-2014 25:5,16 25:19,24 26:19 28:4 29:2 30:9,16 31:5 31:14 32:8 33:17 34:3,9,15 36:18 38:15 39:19 53:14 54:22 55:5 58:18,20 62:19 65:22 71:24 |
| 2014 39:24 40:6 56:23 61:5 66:15 67:10 69:4 70:9,10 72:10,14 91:18 92:3 106:20,24 107:5 117:11 135:19,20 136:7 138:11 139:25 142:9 146:21 149:25 150:9 |
| 2016 1:20 152:23 154:15 155:23 |
| 20th 154:15 |
| 21 64:12 153:13 |
| 22nd 40:17 |
| 23 153:15 |
| 24 64:9,15 65:9 |
| 240 1:18 |
| 25th 69:4 |
| 26 47:15 |
| 26th 69:6 |
| 28 91:18 106:19 |
| 28th 72:10,14 92:2 106:24 107:5 109:7 138:11 139:24 142:9 146:20 149:25 150:8 |

| 2:15 111:14,17 112:12 119:17,19 121:12 |
| --- |
| 2:30 111:15,17 112:12 |

| 3 |
| --- |
| 3 33:2 60:12,16,19 61:18,24 62:11,17 63:13,14,21 64:8 65:8 153:10 |
| 30 45:6 |
| 31st 66:15 |
| 330 155:4 |

| 4 |
| --- |
| 4 64:14 66:5,7 153:11 |
| 4/22/14 40:9 |
| 40 45:6 47:15 |
| 41 64:4 |
| 42 64:8 |
| 420 3:4 |
| 445 3:9 |

| 5 |
| --- |
| 5 66:20,24 67:2 69:5 153:12 |
| 5/12/16 155:6 |
| 56 153:9 |

| 6 |
| --- |
| 6 33:3 68:19,22 153:4,13 |
| 60 153:10 |
| 65 47:6 |
| 66 153:11 |
| 67 51:7 153:12 |
| 68 153:13 |
| 6th 61:5 |

| 7 |
| --- |
| 7 73:13,15 75:10 94:20 119:23 131:11 132:21 138:9 153:11,14 |

| 700 140:24 |
| --- |
| 73 153:14 |
| 7:15 72:21 |
| 7:30 72:21 |

| 8 |
| --- |
| 8 56:23 93:21,24 153:15 |
| 8th 39:23 40:6,14 41:13,16 60:3 |

| 9 |
| --- |
| 9 153:4 |
| 91 139:6 |
| 913 132:9 |
| 93 153:15 |
| 9:10 75:11 82:5 |

| a |
| --- |
| a.m 82:5 |
| a.m. 1:20 75:11 |
| able 52:6 121:25 125:9 128:11 |
| abuse 140:7 141:10 |
| abused 140:10 |
| accessible 27:23 |
| accessing 144:23 |
| accommodating 42:11 |
| accompanied 140:25 |
| accompany 82:10 |
| accurate 138:22,24 |
| action 154:11 |
| actions 130:6 |
| actual 40:16 78:3 |
| additional 61:14 62:8 |
| address 6:16 126:10 126:11 139:20 |
| addressed 56:18,21 |
| adequate 29:23 30:4 |
| adjust 147:24 |
| adjustments 87:10 |
| administrator 37:18 49:9 77:5 |

[administrators - belief]

administrators 15:4 18:18 69:11 71:4
adopt 28:16
adopted 31:6
adults 102:19
advance 42:15 58:2 58:4,5,7,10 67:18
advise 134:20
afar 126:24 127:4
afternoon 110:7 111:2,25 137:18,19
age 24:19,22,25 152:4,10
ago 57:3 89:7 102:3 117:24 118:3
agree 55:18
agreed 4:5,9,12
agreeing 103:12
ahead 70:25 74:22 107:8
al 155:6
alan 3:5 5:7 70:23
allegations 25:4
alleging 17:25
allowed 117:20 124:15
amodeo 1:12 3:15 120:21 121:5 140:17 141:21 142:13 150:3
amount 25:20 41:6 69:17
angela 13:13
angry 124:14 128:14 144:12
answer 6:7 14:16 25:10,11 63:4 98:24 114:17 138:4 143:15
answered 114:21,23 114:25,25 115:14 134:18
answers 5:21
anybody 85:21 104:9 126:19 135:8

139:7
anymore 87:12
apart 42:13 95:2
apparently 108:21
appear 7:19 96:5
appeared 96:8 120:15
appearing 7:9,13
application 27:15
applied 11:24 12:4
apply 14:18,22 26:10,24 27:17 137:25
appointment 37:18
appropriate 26:2
approved 26:10
approximate 81:2 95:6
approximately 8:10 11:11,18 22:20 71:15 75:6,11 81:24 98:2 104:3 105:16 110:25 112:12 121:9 123:12
april 39:23 40:6,14 40:17 41:13,16 56:23 60:3 61:11,19 62:4
area 47:3 49:10,11 82:13 94:13 122:6 123:25
areas 31:12,13
arranged 151:7
arrival 108:10
arrive 72:21 89:3 121:10
arrived 83:10 85:23 88:5,11 107:25 108:6 109:14,23 121:19 123:4 135:7
arriving 76:17 88:12
aside 29:11,12,13
asked 69:8 71:2 74:14,15 75:22 82:7

82:12,16 91:17 92:10,11,18 99:24 102:3 105:10 111:23 112:3 115:15,19 125:14 125:15 126:10 136:16,17 150:18 151:4
asking 5:10 56:23 93:13
assertion 90:19 133:3
assessment 50:18 144:15
assigned 12:17 34:5 34:10,14 79:10 109:25 113:11,25 139:8,10,13
assignment 12:23
assignments 32:13
assist 9:22
assistance 106:14
assistant 8:12,13,18 8:22,25 9:25 10:2,6 10:7,11,16 11:7 12:5 13:22,24 14:6 14:14 15:10 19:5,8 19:24 20:2,7,21 21:8,17 22:7,8,13 22:21 38:4 43:14,16 44:6 57:15
associates 3:7
assume 52:13,15 70:18 84:17
assumption 48:16
attempt 5:15 134:25
attempted 108:20 108:23 109:5,6 124:19 125:5 135:8
attend 26:10
attending 77:5
attention 22:16 46:18,19 48:22,24 62:11 72:10

attorney 5:8 6:22,24 137:21
attorney's 3:13
attorneys 3:3,7,13
august 13:25,25
availability 67:21
avenue 3:9 6:17 97:10
aware 43:12 72:4,24 73:3 74:11,15,20 101:13 109:11 130:6 146:2 147:7

**b**

b 59:8 61:15 62:7
back 11:18 12:3 26:19 82:13,13,17 98:25 99:6,15 127:9 128:24 132:19 150:17
backup 74:9
bad 49:6 80:12
barely 128:13,13,15 143:22
base 27:15
based 20:4 45:11 48:15 51:13,16,19 52:4,9,12,25 77:16
basically 9:13 78:23 85:7 87:20 116:12 117:13 126:13,14 144:12
basis 47:20,24 119:10
bathe 47:5
becoming 10:11,16 20:7 21:16
began 77:9,14 78:8 78:15 87:5 124:17
beginning 41:11
behavioral 36:10,12 36:15
behest 82:2
belief 70:7

**believe** 11:3 14:2,10
20:11 24:24 27:10
27:18,25 28:14
29:19,19 33:23 50:2
69:4 72:15 78:13
82:25 83:8 85:4,13
86:7,17 96:19,24,24
96:25 99:7 101:20
102:7,9 103:25
112:23 120:18
122:24 123:17
127:20,24 131:23
131:23 135:21
138:16 139:23
145:17 146:16
**believed** 18:6,15
127:11
**beno** 88:11,15 105:3
106:22 108:3,20
110:10 125:13,15
125:24 126:3,16
**best** 5:15 78:2
116:25 117:16
132:25
**better** 51:14 105:15
**big** 109:16
**bilingual** 23:14,19
23:20,20,24 24:5,7
**bit** 98:13,13
**black** 18:21
**block** 65:16
**blood** 147:4 154:10
**born** 18:23
**bottom** 50:13 52:8
53:4 64:14 106:11
**box** 51:12
**boy** 13:13 98:4
128:5
**boyfriend** 85:19
96:10,18 97:10
**braswell** 1:7 3:8
7:12,24 9:16,17,21
13:15,17 14:3 19:15
33:24 38:19,22
40:19 53:19 54:6,8

55:13 57:18 58:14
68:24 69:21 70:9
71:6,13,19 76:5,20
76:23 77:4,10 78:4
80:16 92:16,19 99:5
99:9,10,21,24 100:3
100:8,12,21,24
101:5,10,16,23
102:5,7 103:14
107:20 109:9 110:5
110:16 111:22,24
112:7,10 122:14,18
122:19 123:6,13,17
124:6 125:14,15
129:6 131:20 145:4
145:10,18,21
148:25 151:14
**braswell's** 79:2
122:11 123:5 145:5
145:10
**break** 37:12 53:21
**brief** 37:14 94:17
**bring** 96:10,18
**broadway** 155:4
**brought** 96:20,22
**building** 9:8 54:9
67:22 69:11 71:4
96:11 99:2 121:24
140:24
**built** 139:9
**bullying** 141:11,13
**business** 6:15 99:8
**byas** 12:8,15

**c**

**c** 3:2 47:4,10,13
49:19,24 50:14 59:8
61:15 62:7
**call** 31:23 75:19
95:19 103:17,23
104:18,23 106:12
106:16,19 108:20
108:23 109:2,10
110:2,6,17 112:11
112:16 113:20

114:3 123:18
139:25 141:20
**called** 29:10 41:22
44:17 46:7 74:23
75:4,7,14 95:24
96:2 112:24 113:5
113:21 114:5,9,22
115:10 116:19
122:15 123:7,9,11
123:14,16,19,22,25
124:9,10 137:13
142:10
**calling** 103:21 104:4
115:4,8,17 116:4
137:11 139:6
151:20
**calls** 106:13
**calmer** 97:16,17
**candidates** 15:2
**capacity** 1:7,8,9,12
1:13,14 16:8
**car** 96:10,18,21,23
97:3,7,11,12
**case** 5:12 7:21,25
15:19,21,22 16:19
17:25 19:2 42:10
155:6
**casually** 90:10,16
94:21 118:19
132:22
**catalog** 26:7
**categories** 46:2
49:25 50:3 51:3
61:14 62:9
**category** 46:7,13
47:4
**cell** 9:5 104:2
**center** 131:7
**central** 135:16
**certain** 48:21 94:4
**certainly** 118:9
**certification** 4:7
154:2
**certified** 35:25

**certify** 154:5,9
**challenged** 36:25
37:8
**change** 155:8
**changed** 135:22
**chart** 41:3 54:10
57:23 58:12,12,17
67:20
**check** 103:17 106:12
**cheerful** 97:13
**chester** 75:18
106:16 108:25
**child** 79:3 140:7,8
**children** 24:2,6 36:3
86:11 111:14
**circumstances** 5:12
14:13 67:24 68:4,8
**civil** 2:8
**claim** 29:22 90:16
**claimed** 18:3,12
**claims** 94:20
**class** 23:21 24:13
35:2 125:17
**classes** 23:14
**classification** 35:12
**classified** 34:22 35:4
36:6,9,12
**classroom** 9:12,13
9:14 10:18,20,22
11:4,11,19,22,24
12:3,14,22 13:10
21:5 24:8 25:8
28:21 31:20 32:12
32:18,20 33:10,19
33:20,21 34:11,15
46:7 58:9 79:9,11
89:11 125:17,22
**classrooms** 24:2,11
34:8
**close** 83:13 98:12
**closed** 81:5,6
**closer** 119:19,19
**clyde** 1:7 3:8
**coattail** 49:2

Veritext Legal Solutions
www.veritext.com

[cold - date]

cold  86:8,13
collaborate  28:23
  41:8
collaborating  53:19
colleagues  80:4,11
collegial  21:15
comatose  87:12
  148:3,20,21,22
come  27:4 33:9
  37:24 75:22,23 76:2
  80:21 81:12,15
  82:13,17 121:20
  128:22 131:16
  140:2 149:17,18
comforting  95:16
coming  107:14
  134:21
command  114:14
commission  155:24
common  28:6,8,17
  29:6,17,24 30:5,10
  30:25 31:2
communicate  55:14
communication
  110:15,19 114:2
community  113:23
  139:21 141:14
compete  15:9
competed  15:13
complain  25:14 30:3
  33:19 35:10 36:19
  36:23 37:6 146:5
complained  33:24
  55:8 146:11
complaining  25:19
  55:11
complaint  25:4
complaints  26:17
completed  40:8,9,16
  151:25
completing  51:22
  52:25 59:8
components  29:14
composed  28:9 92:2
  92:6

compress  86:9
compresses  86:14
computer  27:15
concerned  65:2
  139:19,22 144:6
concerning  5:11
  27:21 42:5 55:14
  57:9 67:12 72:2
  80:8 94:23,24 106:5
  107:5 109:5,19
  129:11
concluded  152:18
conclusion  77:17
conduct  38:5 58:21
  61:3 67:22 69:9
  149:19
conducted  40:6
  60:25 69:22 71:6
  150:21,23,24
conducting  71:7
conference  37:20
  38:2 41:22 42:7,12
  42:19 75:5,7,15,20
  75:24 76:3,8,11,14
  80:21 81:18,22,25
  82:10,16 100:13,17
  101:2,7
confined  32:21
confirm  51:4
confirmed  106:17
confused  53:9
consequence  130:6
consider  17:21
  18:20
considered  13:5
  19:9,13 23:13 34:15
  35:5 36:9 53:5
console  82:17
consoling  86:13
  133:5 143:5
constitutes  34:19
contact  109:5
  134:25,25 135:8
  151:13 152:11

contacted  103:11,12
  137:5 151:12 152:9
contained  24:6 36:2
contend  90:18
continuation  102:11
continue  19:20,23
  20:19,23 79:22
continued  24:15
contractual  32:21
  32:23
conversation  77:8
  78:3,7 81:11 89:13
  89:19 95:14 101:10
  101:21 102:10,12
  102:14 103:4,13
  105:17 108:5,17
  110:21 111:22
  112:6 118:3,16
  122:23 123:2,9
  129:2 130:15 132:2
  142:17 143:7,19
  145:6,12,24
conversations
  107:24
converse  58:14
convicted  17:13
core  28:6,8,17 29:7
  29:17,24 30:5,10,25
  31:2
correct  9:18 10:8
  12:11 21:23 22:18
  22:21 31:5,15 32:2
  32:10 33:12,15
  35:18 43:3 44:2
  45:9 46:4,14 47:16
  47:21 48:3 49:14
  50:5,9,15,23 51:3
  52:20 54:19 55:7,9
  60:9 61:7 62:15
  64:18 67:18 69:13
  73:24 74:12 77:24
  84:4,18 85:12 92:3
  103:7 105:21
  112:13 113:14
  115:4 123:10

  130:15 145:6 150:2
counsel  4:6
country  155:4
county  1:11,11,14
  3:13,14,14 113:14
  113:17,24 121:16
  137:22
couple  25:4 132:20
  149:12 150:13
course  33:10 85:16
  117:22
court  1:2 4:15 5:2
cover  14:24
coworkers  22:6
crime  17:14
criteria  43:2,6 47:2
criticism  17:21
cry  77:14
crying  77:18,20
  79:14 86:2
current  8:11 20:24
currently  8:4 30:22
  30:24
curriculum  11:13
  11:16,20,25 12:7
  28:7,8,9,15,15,17,20
  28:24 29:7,14,17,24
  30:10 76:18,20
curtains  84:16

d

d  5:2 31:23 50:17
  59:8 61:15,16 62:7
  153:2
danger  127:25
dangerous  124:17
  125:2 127:13 128:8
darkened  63:23
  65:16
date  39:21,23,25
  40:4,8,9,11 56:13
  60:17 66:6,13,25
  67:8 68:20 72:13
  73:14 93:22 155:6

[dated - edith]

| | | | |
|---|---|---|---|
| **dated** 61:25 62:3 91:18<br>**dates** 69:18 70:3,4<br>**day** 24:3,4,9,9 27:4 27:6 58:9,10 71:8,9 72:12,16,19,24 74:10 81:24 91:12 91:19,21,24 98:16 98:21 100:2,22 101:20 102:25 103:2,6,24 104:20 104:23 106:5,8 107:16 110:5 111:6 111:8 119:25 126:15 130:12 131:9,12 132:14 138:13,15,18 148:7 151:13,20 152:9,22 154:15 155:23<br>**days** 29:10,11 69:22 70:18 71:6,9,15 89:16 131:2<br>**deal** 139:16 140:5<br>**death** 16:6,14<br>**deborah** 1:6 3:8<br>**decided** 103:10,17 106:12<br>**decision** 132:12 152:5,11<br>**defendant** 5:2 15:19 15:22<br>**defendants** 1:17 2:6 2:7 3:7,13<br>**definite** 52:14<br>**definitely** 128:23 133:17<br>**definition** 34:18<br>**degree** 110:25<br>**delivery** 47:10,14,19 49:21<br>**demeanor** 97:5<br>**denied** 27:2<br>**denton** 1:18<br>**depart** 97:24 98:15 | **departed** 98:3<br>**department** 1:11 3:14 28:10 103:10<br>**deponent** 155:7<br>**deposition** 2:5 4:8 4:13 6:20 7:6,9,13 16:21 17:3,6 155:6<br>**depression** 147:16 148:11,17,18 149:8<br>**describe** 14:12 77:2 97:5 116:8<br>**described** 110:22 129:5 132:15<br>**description** 153:8<br>**design** 54:5<br>**determined** 32:18 40:22,25 41:15 57:21 65:10,13<br>**determining** 53:20<br>**develop** 41:3 54:10<br>**developed** 41:10<br>**developing** 32:2 43:2 46:13,16,17 48:12,20 49:5,8,10 51:3,18,21 52:11,18 52:19 54:18,23 55:4<br>**development** 26:2,5 26:6,18,21 27:9,22 28:3 29:9<br>**dialogue** 76:23 77:2<br>**diem** 23:9<br>**differ** 30:16 59:4<br>**difference** 23:18,23 31:4<br>**different** 29:14 30:25 101:23 103:4 150:24 151:8<br>**difficulty** 78:13,16 78:19,25<br>**direct** 22:15 62:10 72:9 110:16<br>**directed** 109:24 116:5 131:19,21 151:15 | **direction** 111:2 112:11<br>**directly** 9:15<br>**disagreement** 55:21<br>**disagreements** 22:2<br>**disciplined** 17:18<br>**discriminated** 18:4 18:7<br>**discuss** 7:17,20 28:23 37:19 38:3 77:9<br>**discussed** 5:20<br>**discussing** 77:6<br>**discussion** 80:7 103:21<br>**district** 1:2,2,6,9 3:8 8:7,9 10:13 12:11 12:19 17:11,17 18:2 18:8,11,17 22:12 26:22 27:3,7,24 29:5 31:6 34:19 36:13 38:9 48:16 113:12,25 132:8 135:13 139:5,8,11 139:17,22,23 144:22<br>**districts** 28:16<br>**doctor** 87:9 147:24<br>**document** 38:24 39:16 56:15 60:19 61:6 63:10 66:8 67:3 68:22 70:2 73:16,18 75:3 91:23 93:24 94:8 117:23<br>**doe** 1:9,10,15,15<br>**doing** 37:25 105:15 105:15 106:18 107:2 144:3<br>**door** 75:25 81:5,5,6 81:7 96:19 97:11 121:21,22<br>**dosage** 87:11 148:22<br>**dr** 13:11 89:8 90:3,4 90:5,12,13 | **drawn** 77:16 84:16<br>**dressed** 86:23 87:3<br>**dual** 23:22,22,24,25<br>**duly** 5:3 154:7<br>**duties** 8:24 141:25 142:4<br>**e**<br>**e** 3:2,2,5 5:2 31:23 153:2<br>**eap** 106:14<br>**earlier** 57:24 58:11 69:16 100:13 150:18 151:4,25<br>**earliest** 71:25<br>**early** 86:22<br>**eastern** 1:2<br>**ed** 35:14,17,20,21,23 36:5,7,14<br>**edith** ·1:8,23 2:5 3:9 5:1 6:1,14 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1,14 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 |

[edith - first]

103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1,20
153:4 155:7,20
**education** 28:10
34:23 35:15,16,25
36:2 144:13
**effect** 4:14 132:3
133:8
**effective** 31:25,25
42:25,25 45:14,16
46:22 47:2,20,25
48:2,11,11,15,18
49:13 50:7 51:17,18
51:25 52:2,11,11,16
52:20 53:6,7
**effectives** 46:3
**effort** 49:3
**efforts** 29:5
**eight** 33:2,4,14 34:5
34:10 51:2 54:18,20
54:22 55:4
**either** 88:12 118:2
120:16 134:20
135:6 154:10
**ela** 28:15
**elaborate** 21:12
29:4
**element** 46:19,21
49:15

**elementary** 8:15
12:8,10,15
**elements** 47:22
48:21 49:5
**eleven** 98:9,10,12
**emmanuel** 106:2,15
108:25
**emotional** 77:10
97:18,19,21
**employed** 8:5,8
10:12,24 22:12
**employee** 12:18
17:25 18:10,16
106:13
**employees** 1:9,14
**encounter** 95:8
**encounters** 121:8
**ends** 111:14
**english** 24:3,9
**enter** 84:13
**entered** 83:16 84:3
**entering** 85:15
**entire** 8:21 9:21
26:12 37:24 85:2
**entitle** 61:24
**entitled** 50:18 61:7,9
61:20 62:3,14
**entrance** 122:2,4
**enumerating** 27:8
**equating** 35:17
**errata** 155:2
**esq** 3:5,11,17
**established** 54:17
**estate** 16:12,16
**et** 155:6
**eval** 48:9
**evaluate** 31:11
**evaluated** 49:9
**evaluating** 144:15
**evaluation** 43:10
**evaluations** 30:8
152:2
**event** 99:14 101:24
**events** 99:19 117:3
138:15,18 142:20

142:21
**eventually** 84:22,23
85:18 142:13
**everyone's** 41:4
**evidencing** 55:21
**exactly** 99:17,18
132:25
**examination** 6:10
132:9 138:7 149:14
150:15 153:3
**examined** 5:4
**excessive** 36:20
**excuse** 40:3 91:22
94:6
**exhibit** 38:24 47:10
56:12,15 59:14 60:8
60:12,16,19 61:12
61:18,19,24 62:2,11
62:17 63:13,14,21
66:5,7,20,24 67:2
68:19,22 69:5 73:12
73:15 75:10 93:21
93:24 94:20 119:23
131:11 132:21
138:9 153:8
**exhibits** 153:7
**expectations** 28:12
**experience** 30:21
52:4,25 89:8
**expires** 155:24
**explain** 49:7 128:9
**explained** 14:8
57:23 58:11 99:17
**explaining** 87:6
**explanation** 69:2,6
69:21 92:25 93:13
**expression** 80:20
**expressions** 6:2,3
**extent** 93:15

**f**

**f** 62:8
**fact** 20:5 22:5 34:4
35:10 38:13 39:16
50:3 53:19 61:6,17

61:23 62:18 102:6
108:21 118:18
**facts** 5:11
**fair** 11:10 16:9 30:7
53:18 111:16
**fall** 11:3,17 31:18,19
136:6
**family** 87:19 89:18
90:2
**far** 27:20 42:13 58:4
64:25 90:7 95:2
107:15 109:13,21
123:20 129:14
139:19,21
**father** 16:6,9,15
**father's** 16:11,16
**february** 61:5,11,25
71:25 72:7
**federal** 2:7
**feedback** 37:23
152:3
**feel** 90:22 118:20
124:20 133:12,16
134:4 143:6
**feeling** 80:12 144:7
145:14
**feels** 89:16
**fell** 89:23 133:6
**female** 78:14 120:18
121:4 140:13 150:5
150:7
**fiance** 96:10
**fictitious** 1:10,15
**field** 1:13 3:15
**fifteen** 57:6 58:8
**file** 17:21
**find** 141:24
**fine** 82:9 83:7
105:14
**first** 5:3 13:11 20:18
20:20,23 21:3 22:17
22:24 23:10 24:13
26:12,15 29:16 34:3
36:25 53:15,25
54:21 55:3 60:4,6

[first - higgins]                                                      Page 7

| | | | |
|---|---|---|---|
| 62:18,24 76:6,21 78:14 80:11 90:7 150:17<br>**five** 54:16 57:14 71:8,9,9 81:3 123:15<br>**floor** 90:8<br>**follow** 50:19 137:24 149:13<br>**following** 13:25 132:18<br>**follows** 5:5<br>**force** 4:14<br>**forget** 13:13<br>**forgot** 23:20<br>**form** 4:10 24:21 30:16<br>**formal** 37:16,17 38:5,10,12,14 41:20 42:6 54:14,15 59:6 59:9,12,14,16,20 61:13 62:7,8,9<br>**format** 63:9<br>**formulate** 41:8 45:9 45:12<br>**forth** 37:23 58:15 95:17 96:14 114:2 118:14 139:9 154:7<br>**forty** 24:25 37:24 45:16,22,24 46:4,11 48:2 49:14,20,22,22 50:8,15,23<br>**four** 23:12 59:9 64:11 84:6 88:4<br>**free** 1:6,9 3:8 8:6,9 12:18 17:17 18:2,8 18:11,17<br>**frequency** 151:5<br>**fresh** 138:18<br>**friend** 125:12,12<br>**friends** 87:19 90:2<br>**front** 96:13 102:17 121:23 122:2,4<br>**full** 6:12 | **functions** 21:23<br>**furnish** 55:20<br>**further** 4:9,12 98:15 103:16 106:11 137:16 149:11 150:12 152:15 154:9<br><br>**g**<br>**g** 5:2,2<br>**gen** 35:14,20<br>**general** 35:15,21,23 36:5,7,14<br>**generally** 26:4 118:10<br>**gentleman** 125:6<br>**gently** 81:8<br>**gerald** 3:11<br>**getting** 97:2 127:9 132:19 139:7<br>**give** 37:23 46:19 48:7,10,22,23 52:10 58:5 86:21 91:17 119:7 138:3 141:2<br>**given** 16:21 17:3 26:7 27:23 29:23 30:4 36:19,24 37:2 37:6,9 44:14,18 48:14 67:25 68:5 141:4,6,7 154:9<br>**gives** 51:15<br>**giving** 46:18 55:3 86:8,13<br>**glass** 121:23,24<br>**go** 26:8,11,24 27:6 27:17 28:25 41:6 44:24 45:2 48:8 52:7 57:6 70:24 71:2 74:21 77:7 82:13,18 96:12 107:7 122:20 124:15 125:16 144:5,8 150:17<br>**goes** 9:12,13 41:5 61:15 62:8 | **going** 5:9 7:9,18 41:2 46:18 49:11 54:11 58:15 67:21 77:7 78:24 89:7 90:5 93:6 96:13,15 97:6 128:24 129:21 129:24 130:7 137:22<br>**good** 5:6,22 137:18 137:19<br>**gosh** 9:4 140:23<br>**gotten** 141:17<br>**grade** 12:24 13:3,6 20:12,13,14,16,16 20:18,20,24 21:3 22:17,24 23:11 24:13 26:13,15 28:12,22 32:13 34:8 37:2 53:15,23,25 54:7,21 55:3 76:6 76:21 78:15 80:11<br>**grades** 20:16 28:11 53:21<br>**ground** 5:18<br>**grow** 49:12<br>**guess** 31:22 63:10 87:18 89:9 95:18 101:24 136:10<br>**guidance** 106:14<br><br>**h**<br>**h** 5:2,2 31:23<br>**half** 13:14,20 71:23 95:10<br>**halfway** 14:10,10<br>**hamilton** 3:9 135:12 135:15,24<br>**hand** 40:7 75:21 154:15<br>**handle** 102:21<br>**happened** 80:9,14 80:17 85:24 88:8 91:7 96:8 98:18,21 98:22 99:11 101:11 108:9 109:13,17,18 | 119:25 120:11 122:13 124:11 129:11 130:12 136:18 137:9 138:18<br>**hard** 51:20<br>**harped** 124:16<br>**he'll** 147:24<br>**head** 5:24<br>**headache** 146:6,11 146:25<br>**headaches** 146:20<br>**heading** 50:4<br>**health** 144:16,23<br>**healthy** 21:14<br>**hear** 89:6 122:22 123:2 125:20 127:6 129:2,25 135:13 146:9<br>**heard** 91:14 146:13 147:18<br>**hearing** 102:24 128:19 129:22<br>**hedi** 31:24<br>**held** 2:8 125:17,17<br>**help** 82:17 96:10<br>**helped** 96:17<br>**hereto** 4:6<br>**hereunto** 154:14<br>**higgins** 1:8,23 2:5 3:9 5:1,7 6:1,14 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 39:14 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 |

[higgins - junctures]

62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 81:15 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 150:14 151:1 152:1 152:20 153:4 155:7 155:20

**high** 89:12

**higher** 148:2

**highest** 49:22 87:11

**highly** 31:25 42:25 51:18 52:10

**history** 22:9

**hold** 42:7

**holding** 125:23

**home** 105:13 124:15 125:8 140:10,11 144:5

**horrible** 48:23

**hour** 80:23 95:10,11

**hours** 72:18,20 111:9

**house** 105:14 126:9 129:24 130:19,23 134:22 135:2,8

**hr** 103:12 136:5

**huh** 21:24 45:24 54:4 74:5 75:4 103:8 132:24 133:6

**human** 27:18 103:10 135:20 137:3,7

**hundred** 29:20 104:17

**hung** 118:22 119:13 120:3,13

**hurry** 87:4

**hurt** 89:18,25 132:4

**i**

**idea** 51:8 70:15 71:5 95:19

**identification** 56:13 60:17 66:6,25 68:20 73:13 93:21

**identified** 17:7 42:24 115:15

**identify** 36:14 65:19 120:6

**identifying** 120:8

**immediate** 19:10,11 19:14

**immediately** 10:10 10:16 11:21,23

**implement** 28:20 29:15

**implementation** 28:23 43:9

**implemented** 26:15 29:18 43:7

**important** 138:21 143:12,17

**incident** 72:11,24 73:5,23 74:3,6,11 74:15,16,17 109:16 116:6,9 132:7 142:11 147:13

150:8

**include** 9:4 76:7

**increased** 87:11 148:21

**index** 153:7

**indicate** 60:3 75:10 151:16

**indicated** 67:16 69:12 74:10 77:22 107:19 109:12 149:16,23

**indicates** 47:6 68:23

**individual** 135:11

**individual's** 144:15 144:23

**individually** 1:6,7,8 1:12,13,14

**ineffective** 32:2 43:2 51:18 52:11,17

**inform** 109:24 112:16 114:7 116:6 151:22

**informal** 54:15

**information** 27:17 27:19

**initial** 12:13

**initially** 97:15 122:24

**initiated** 141:14

**inside** 28:21 124:4 125:18,22

**insistent** 128:21

**instance** 26:12

**instances** 26:11

**instruct** 110:6

**instructed** 151:17

**instruction** 12:24 13:3 47:11,14,19 49:21

**instructional** 9:14

**instrument** 31:9

**intended** 37:22

**intent** 151:19

**interacted** 149:24

**interacting** 100:21 100:25 101:6

**interaction** 98:15 132:16

**interactions** 107:4,9

**interested** 154:12

**interpret** 6:3

**interrupting** 128:18

**interviewed** 14:24 15:5

**introduced** 43:16

**involved** 73:23

**involving** 72:11,25 73:24 74:11 98:16 98:18,21

**ish** 105:19

**issue** 33:25 39:11 40:19 65:20

**issued** 38:17 39:6,8 39:13,17 66:11 67:6 68:24 69:3,5

**issues** 36:10,12,15 139:21 140:4,7 141:9

**j**

**james** 3:17 137:20

**jericho** 3:4,4

**job** 8:11,18 10:15 120:24 135:18,20

**john** 1:9,10,15,15

**joined** 102:8 123:9

**joke** 86:25 89:10

**jokes** 127:13,14

**joking** 124:24

**jokingly** 90:3

**joseph** 1:11 3:14

**jovial** 124:24

**july** 18:24

**jump** 89:12 90:5,7

**jumping** 90:14

**junctures** 94:8

[k - mccarthy]

| k |
| --- |
| k  32:25,25,25 |
| keep  41:4 |
| kept  27:10 |
| kill  87:16 89:10 |
| 90:11,17 91:15 93:4 |
| 94:21 95:3 132:22 |
| 133:8,15,24 134:10 |
| 142:18,25 143:3 |
| killing  89:23 90:22 |
| 118:20 133:6,13,17 |
| 134:4 143:6 144:8 |
| 145:14 |
| kim  31:6,7 43:15,18 |
| 63:19 |
| kind  72:11 89:21 |
| 140:4 141:9 146:6 |
| 146:24 |
| knew  138:21 |
| knock  81:4,7 |
| knocked  81:8 |
| know  13:20 15:12 |
| 15:15 18:25 22:9,11 |
| 23:5 24:19 26:16,25 |
| 27:20 28:2,16,21 |
| 30:19,20 32:21 34:4 |
| 34:14 37:22 38:18 |
| 44:23 48:24 49:15 |
| 49:16,16 50:10 |
| 53:12,13 61:21 62:5 |
| 62:5,6 63:11 65:4,8 |
| 65:10,12 70:22 |
| 71:10,12,18 76:10 |
| 77:10 80:22,23 82:3 |
| 82:15 86:9,11,21,22 |
| 86:25 87:8,14,15,18 |
| 88:23 89:22,22,24 |
| 90:2 92:8,10,18 |
| 95:21 96:2,12,13 |
| 97:13 100:8,14,16 |
| 101:19 104:5,22 |
| 105:9,15 109:9,13 |
| 109:21 110:3,7 |
| 111:8 112:8 114:8 |

| 115:3,7,24 116:21 |
| --- |
| 117:6 118:7,13,15 |
| 118:16,17 120:20 |
| 120:22,25 121:4,6 |
| 121:18 122:18 |
| 123:20 124:16,16 |
| 124:20,21,22,22,24 |
| 125:8,9,10,24 |
| 126:14,18 127:3,15 |
| 127:16 128:5,6,19 |
| 128:20,22 129:14 |
| 129:17 133:17 |
| 135:6,18 136:24,24 |
| 137:4 140:7,25 |
| 141:3,17,22 143:5 |
| 144:4 145:18 146:4 |
| 146:23 147:21,22 |
| 147:23 148:4 |
| knowledge  18:3,12 |
| 21:3 25:8,23 29:21 |
| 30:2 33:18 35:8,9 |
| 36:16,18,22,24 37:6 |
| 43:8 55:18 56:2 |
| 106:19,24 109:4 |
| 130:10 132:6 146:8 |
| 149:18,21 |
| known  146:19 |
| knows  89:17 |

| l |
| --- |
| l  1:6 3:8 88:23 |
| labeled  62:23 66:16 |
| lady  124:23 |
| language  23:22,22 |
| 23:24,25 79:19 |
| 133:20 |
| laughed  87:5 |
| lawsuit  5:9 |
| learn  27:12 130:18 |
| 130:22,25 131:3,5 |
| 146:10 |
| learning  26:8,25 |
| 27:11,14 |
| leave  81:18,21 85:2 |
| 97:8 104:11 111:6 |

| 111:10 |
| --- |
| leaves  111:15 |
| leaving  97:6 |
| left  79:23 80:3,9,13 |
| 81:20,25 82:9 84:18 |
| 84:20,23,25 85:6,6 |
| 85:10 96:9 100:12 |
| 100:17 101:2,7,15 |
| 102:13 103:24 |
| 104:6 105:21,24 |
| 106:8 108:14 111:9 |
| 112:4 129:13,18 |
| 131:14,22 132:14 |
| legal  16:8 |
| lesson  37:19,22,25 |
| 38:3 42:15,16 |
| letter  14:24 73:11 |
| 153:14 |
| letters  17:20 |
| levels  28:12,22 |
| 53:23 |
| library  26:13 |
| license  24:7 |
| line  26:7 44:25 |
| 50:13 114:2 115:22 |
| 153:3,8 155:8 |
| litigation  16:25 |
| little  25:13 53:9 |
| 97:13 98:12,13 |
| llc  155:2 |
| load  36:20 |
| located  123:24 |
| location  115:3 |
| long  8:8,17 10:19 |
| 67:12 80:19 86:19 |
| 95:8 100:16 105:23 |
| 123:12 136:4 |
| look  26:8 45:4 70:3 |
| 94:3 117:22 150:20 |
| looked  150:19 |
| looking  48:13 49:18 |
| 51:7,22,23 59:10 |
| 138:9 |
| lot  48:14 96:14 |
| 124:23 144:4 |

| loud  119:5 |
| --- |
| louie  88:22 |
| loved  77:11,12 79:3 |
| 79:4 86:10 |
| lovely  124:23 |
| luis  88:11,21,23 |

| m |
| --- |
| m.s  106:15 |
| mail  104:15 |
| main  122:6 123:23 |
| 123:24,25 |
| maintain  27:7 |
| making  87:20 88:4 |
| 89:14 109:2 132:12 |
| 133:3,23 |
| male  120:25 124:13 |
| 130:4 143:25 |
| man  142:11,12,14 |
| 142:17,17 |
| management  46:7 |
| managing  9:8 |
| march  66:15 |
| mark  56:6 60:11 |
| 65:24 66:19 68:14 |
| 73:7,9 93:17,23 |
| marked  38:23 56:11 |
| 56:14 59:13 60:15 |
| 60:18 66:4,23 68:18 |
| 68:21 73:11 93:19 |
| marriage  154:10 |
| marshal  31:7,7 |
| marshall  43:15,18 |
| 63:19 |
| math  11:13,15,20,25 |
| 12:7 28:15 70:21 |
| 76:15,16,18,20 77:6 |
| 78:7 |
| matter  7:21,24 17:4 |
| 77:23 154:13 |
| matthew  1:13 3:15 |
| maximum  33:5,6 |
| mccarthy  1:3 5:9 |
| 17:24 18:25 19:4,20 |
| 20:5,17,19 24:13 |

Veritext Legal Solutions
www.veritext.com

25:6,24 28:3 29:22
33:18 34:4 35:7
36:17 37:5 38:13
39:9,22 41:13,16
42:21 47:6 48:14
51:7 52:13 54:18
55:8,17 58:22 60:25
62:19,25 63:20 64:4
64:8 65:21 66:11
67:6 69:4 72:6,11
72:25 73:24 74:12
76:7,24 77:8,13
78:4,8 79:5,7,13,23
80:3,9,13,19 82:14
82:24 83:11,18 85:8
86:2,16 87:15 89:6
90:10,16 91:14 93:3
94:20 96:12 97:2,20
97:23 98:16 100:22
101:2,7,12,15
102:13 103:17,21
103:23 104:19,23
105:7,12,20 106:5
106:12,17,23,25
107:6,17 108:14,21
109:7,10,19 124:22
126:8 127:12,25
128:6 129:11 131:6
132:2,8,14,17,21
133:2 134:21
135:24 143:9 146:5
146:19,24 147:15
148:16 150:8,22
155:6
**mccarthy's** 19:10
24:19 34:14 39:18
77:24 89:15 106:7
106:17 109:3
129:24 130:23
147:3 151:6 152:4
152:10
**mean** 21:13 27:12
33:20 46:20 65:15
87:17 95:22 98:19
101:18 123:19

136:12
**meaning** 15:25
**means** 46:17,23
47:18 48:21 49:10
**meant** 26:4 40:9
46:16
**measure** 31:9,11
**medic** 1:13 3:15
**medical** 131:7
**medication** 87:7
143:9,10 146:24
147:15,20,21,22
148:5,11,17,18
149:7
**meet** 6:23 28:13
37:19
**meeting** 7:4 76:15
76:17,19 77:6 79:22
118:14
**member** 135:17
**memorialization**
119:25
**mental** 144:16,23
**mention** 118:19
142:22
**mentioned** 2:8
56:10 60:14 66:3,22
68:17 73:11 87:16
90:3 93:19 94:11
118:18 140:13
147:17
**message** 104:11
**met** 6:21 28:22
102:7 143:21 145:9
**method** 110:15
**migraine** 146:11,20
**mind** 112:23 138:19
**mine** 69:3
**mineola** 3:16 155:4
**mini** 54:16 57:4,4,9
57:16,19,25 58:8,21
58:25 59:4,7,11,23
59:24 60:4,9,23,24
61:4,7,9,12,14,18,24
62:14,18,23 63:8,10

64:22 65:20 66:10
66:13,16 67:5,8,17
67:22,25 68:5,11,23
69:19,22 70:8 71:17
71:22 72:3
**minute** 37:24 59:9
**minutes** 57:7 80:24
80:25 95:18 123:15
**misspoke** 61:22
**mistreated** 18:12,16
**mix** 127:5
**mode** 110:19
**moment** 57:3 102:3
**monique** 1:12 3:15
**monitoring** 50:18
**monolingual** 24:14
24:16
**month** 18:22 141:7
141:8
**morning** 5:6 7:16
82:4 98:4 100:13
150:18
**moving** 50:17 51:6
**mr.wolin** 149:15
153:5
**ms.swinkin's** 108:24

| n |
|---|

**n** 3:2 5:2 153:2
**name** 1:10,15 5:7
6:12 13:14 23:21
69:17 94:11 115:24
120:20,22,25
123:19 126:10
135:13 137:20
140:16 141:20
155:6,7
**named** 12:16 121:5
135:12
**names** 1:10,15 15:12
15:15 23:3
**nassau** 1:11,11,14
3:13,14,14 113:13
113:17,24 121:16
131:7 137:22

**nearby** 123:23
**necessary** 25:7,15
48:5 112:24
**need** 46:25 47:3
48:22 49:12 138:4
150:20
**needed** 103:11
**needs** 34:16,20,21
35:5,12,18 36:4,7
**never** 43:17 93:12
**new** 1:2,19 2:10 3:4
3:10,16 5:4 6:17
26:14 28:9 120:24
154:5 155:2,4,4,4
**nine** 46:11
**ninety** 140:20
**nods** 5:24
**nonverbal** 5:25 6:3
**noon** 98:6,7 105:19
119:17,20
**normally** 34:22
72:20 140:25
**notary** 2:9 4:13 5:3
152:25 154:4
155:24
**notice** 58:24 71:21
**nude** 87:3
**number** 12:2 33:5
33:21 38:9 54:11
57:9 58:13 113:21
114:3,4,9,11,12,13
115:5,10 141:17
142:10
**numbered** 51:7
**numerous** 102:18
**nurse** 75:4,7,15,17
76:17 80:21 81:4,7
82:10,12 84:4 85:5
85:6,10 96:19,20
100:18 108:11,13
146:16,17,23 147:3
**nurse's** 73:21 82:2
82:19 83:11,16 84:3
84:12,13,18 85:24
89:3 91:7 95:9 97:6

[nurse's - period]

97:9 99:20 100:10
102:2 118:15 132:2
146:7,12

**o**

oath 17:8
objection 8:2 14:15
25:9 30:11,18 32:15
36:21 37:3,10 47:23
48:4 50:11 55:10
63:3,17 65:3 69:14
69:25 70:14 74:21
80:10 83:15 88:14
90:20 91:9 93:5,14
94:9 98:17,23 101:4
107:7 110:18
112:25 113:16
114:15,19 117:10
119:12,21 120:7
128:12 131:18
134:2,3,8,11,12
135:4 137:6 142:2,3
142:19 143:14,16
144:9,10,17,19,25
145:16 149:22
150:4 151:2,10,21
152:7,13
objections 4:10
observation 30:23
31:22 37:16,17,20
38:2,14 39:4,5,18
40:14 41:9,21,22
42:6,7,12,13,19
43:21,25 44:5,8,15
44:19 48:6,14,17
51:2,16 52:9,16
53:4,6 54:19,23
55:4,9,12,15,18
56:3,10,22 57:4,5
58:25 59:4,6,10,18
59:21 60:2,9,14,23
60:24 61:4,7,10,12
61:13,15,18,20,25
62:3,14,18,23,24
63:8,10 64:23 66:3

66:10,14,16,22 67:5
67:9 68:5,17,23
69:3,22 70:4,8
71:13,18 150:20
151:24 152:6 153:9
153:10,11,12,13
observations 30:15
30:17 38:5,10 40:20
41:5 51:23 54:11,16
57:10,16,19,25
58:13,21 65:21
67:13,17,23 68:2,11
69:18 71:22 72:3
150:19,21,23,25
151:6,7,9
observe 37:25 39:21
41:2 53:15,22,23,24
54:6,9 76:22 100:20
observed 41:13,16
98:14
observes 53:20
obtain 92:19
occasion 137:12
139:25 140:14
occasionally 33:12
occasions 149:17
occur 94:22
occurred 72:12
76:16
offhand 28:2
office 3:13 82:19
83:11,17 84:4,13,14
84:18 85:24 89:4
91:7 95:9 97:6,9
99:20 100:10 102:2
115:7 118:16
121:25 122:6,12,21
123:5,11,21,24,24
123:25 124:2 132:3
135:16 145:5,10
146:7,12
officer 1:11,12 3:14
3:15 113:8,9,14,18
115:16,20,22,25
118:12,20 120:19

120:21 121:2,5,16
122:15 124:14
125:21,25 126:4
127:20,24 130:4,18
141:2,21 143:25
officer's 114:13
officers 113:11,24
120:15,17 121:10
121:19 122:8,10
124:7,12 125:4,19
126:8,19 127:7,11
128:25 129:5,12,18
130:19,22 131:13
134:24 135:7 139:3
139:7 145:4,8,9
149:24
official 1:7,8,8,12,13
1:14
oh 9:4 13:13 86:20
87:2,14,16 90:6
98:4 104:12 111:8
118:19 120:14
126:23 128:5
140:15,23 144:3
147:25
okay 5:16 6:4 40:7
52:21 63:5 70:23
74:4 82:7 93:16
118:12 125:9,11
126:8,14 138:5
148:12
old 155:4
omits 93:2
once 124:10 135:7
ones 43:11 65:20
110:22
opened 75:25 81:9
opine 93:7
opinion 24:21 53:7
113:3 124:20
opposed 139:6
opted 28:16
orchestrate 50:12
outcome 154:12

outside 21:19,20
140:10
overall 47:19,24
48:7,11,12,17 51:15
51:20,24 52:8,9,10
52:15,22 53:3,4
overheard 78:5

**p**

p 3:2,2 154:4,18
p.c. 3:3
p.m. 152:16
page 45:4,4 47:4
51:7 64:3,7,11,14
65:8 106:11 130:5
153:3,8 155:8
panel 14:24 15:4,7
paraphrase 127:12
128:4
paraphrasing 128:2
part 24:3,4,8,9
126:23
participant 103:20
participated 98:22
particular 23:21
32:13 41:2 46:21
49:5,17,17 54:7
55:14 58:9,10
parties 4:6 154:11
pearletta 13:11
people 15:9,13 80:2
96:14
perceived 79:16
percent 29:20
104:17 140:20
percentage 141:3
perception 119:11
perform 142:4
performance 31:11
performed 40:13
62:25 72:3,7
performing 141:24
period 22:6 37:24
100:25

[periods - read]

**periods** 29:11
**permanent** 23:7,9
**person** 100:4,5
    143:21
**phone** 9:5 106:16,19
    109:2 110:2 114:18
    114:21,23 118:21
    118:22 119:14
    120:3,13 143:8
    149:9
**phrased** 133:25
**pin** 111:25
**place** 1:18 2:9 32:10
    73:21 89:20 95:15
    99:6,15,20 101:25
    102:14 105:17
    107:25 108:6 110:2
    112:17 114:6 116:7
    117:8,9,18 136:11
    136:13,14,23,25
    142:21 151:9,23
**placed** 110:2
**plains** 3:10
**plaintiff** 1:4 2:6 3:3
    15:24 16:7,19 19:2
**plaintiff's** 56:12
    60:16 66:5,24 68:19
    73:12 93:20 138:9
    153:7
**plan** 26:8,25 27:11
    27:13,14 42:15
**planned** 57:25 58:9
**planning** 45:15,18
    45:21 64:23
**play** 152:4,10
**please** 6:12 81:15
    82:13 138:2
**po** 122:19
**point** 31:21 41:7
    72:23 74:10 84:17
    84:20 103:6 107:12
    123:2,8 130:17,21
    132:7
**points** 45:13 48:10

**police** 1:11,11,12
    3:14,14,15 113:11
    113:14,17,24
    114:13,13 121:10
    121:16,18 126:18
    127:7,11,19,23
    128:25 129:4,12,17
    130:4,18,18,22
    131:13,22 134:24
    135:7 142:24 143:8
    143:25 145:8,22
    147:14 149:7,24
**policy** 38:8 42:5
    57:8,13 67:11 72:2
**portion** 40:8
**position** 14:19,22
    15:10 121:7
**positive** 51:24
**possible** 42:9 138:22
**possibly** 25:2 65:23
    68:7 149:9
**post** 38:2
**practice** 38:9 57:9
    57:13 67:12 72:2
**practices** 9:14
**pre** 37:20 41:22 42:7
    42:12,19
**preceded** 133:20
**precinct** 114:14,16
**predated** 61:11
**predetermined**
    69:13
**preparation** 45:15
    45:19,22 64:24
**prepare** 6:20 7:6
**presence** 102:23
    126:22
**present** 6:15 80:2
    92:5 100:6 102:4,6
    124:3 130:14 147:5
    147:14
**presently** 1:10,16
    89:16
**pressure** 147:4

**pretty** 42:22
**previous** 14:4,5
**previously** 97:21
**principal** 8:12,14,18
    8:22,25 9:18,22,25
    10:6,7,11,17 11:8
    12:5 13:8,12,18,22
    13:24 14:4,6,9,14
    15:10 19:6,8,16,24
    20:2,8,21 21:8,17
    22:7,8,13,21 38:4
    43:14,17 44:6 57:15
    89:9 94:23,24 95:4
    116:5 145:3 147:13
    147:14
**principals** 10:3
**prior** 10:10,16 16:22
    20:7 21:7,16 22:12
    30:17 31:2,16,17
    41:18 43:9,11,13
    44:4 76:17 107:14
    108:9
**privacy** 84:16
**private** 96:16
**probably** 40:11
    86:23
**problems** 139:17
    140:4 142:7
**procedure** 2:8
**proceeding** 17:11
**proceedings** 152:17
**process** 132:12
**processed** 128:20
**professional** 26:2,5
    26:6,18,21 27:8,21
    28:3 29:9
**professionally** 142:6
**program** 26:14
    106:14
**properly** 102:21
**provide** 42:14
**provided** 25:7,25
    26:22 54:24
**provision** 32:24

**proximity** 83:13
**psychological**
    144:14
**psychologist** 83:2,14
    83:17 85:11 91:4
**public** 2:10 4:14 5:4
    152:25 154:4
    155:24
**pulling** 48:25
**purpose** 76:13 136:8
**pursuant** 2:7 44:14
    44:19
**put** 9:5 28:10,14
    40:12 49:3,4 152:2
    152:5

**q**

**question** 4:10 5:13
    14:17 25:12 30:13
    74:9,19 111:20
    138:2,5 147:10
**questions** 5:11 6:7
    132:20 137:17,23
    137:24 150:14
    151:4
**quietly** 96:12
**quote** 132:23

**r**

**r** 3:2
**race** 18:20 152:4,10
**raise** 125:7
**range** 48:11 52:2,16
**rapport** 139:9
**rated** 48:17 63:20
**rating** 43:11 46:6
    52:10,15 63:14,15
    65:2
**ratings** 31:22 64:19
    65:7,14,17,18
**raymond** 2:9 154:4
    154:18
**reach** 94:13 104:2
    115:6
**read** 82:8 83:5 94:16
    117:14,15

[readily - room]

readily 27:23
reading 39:9 75:3
  82:8
reads 39:23
really 63:23 79:3,4
  80:12 84:11 108:18
reason 33:23 72:5
  137:4 155:8
reassigned 79:9
rebuttal 56:2,4,22
recall 8:3 13:19 22:3
  22:25 23:2,3,8,10
  25:17 26:17 27:2
  30:6 32:7,8 33:22
  34:2,7,12,17 37:11
  38:21 41:17 42:22
  44:12 54:25 55:6,11
  55:16,19 56:5,17,25
  57:2 63:9,12 71:20
  75:9 78:20,21,24
  80:8,18 83:9 84:9
  84:15 85:14,22 88:3
  88:20 89:5 99:12,14
  101:19,24 103:15
  106:6 114:10,20,24
  115:2 116:17 117:2
  117:2 118:2 119:6
  120:8 124:13 131:4
  131:8 133:12,17
  134:5,6,9,14,15
  135:19 136:3,6,7
  142:9 143:11,20
  146:18 148:4
  151:18
recalled 99:19
  142:20
recalling 63:6
  101:18 104:17
receive 28:19 34:22
  34:25 38:14 43:13
  43:21 54:22 58:24
  67:13 68:11 106:14
  144:14
received 17:20 28:4
  30:8,15 39:19 43:24

44:5,8 46:10,12
  47:14 49:19 50:14
  50:22 51:2 54:20
  60:4 64:24 114:4
  144:21
receives 27:9,22
  38:11 46:2 57:10
receiving 25:15,20
  26:14 56:5
recess 37:15 94:18
recollect 78:3
  117:17
recollection 39:17
  56:8 75:2 83:7
  117:21 133:2
  148:14,24 149:6
reconcile 61:17,23
  62:4,13
record 6:13 27:10
  154:8
records 27:8,21,24
recount 108:16
  136:10,12 137:9
reference 9:10
  13:21 16:24 17:4
  29:23 41:20 45:17
  45:21 47:13,18
  49:24 50:4,14,21,25
  56:22 59:4 63:13
  64:22 72:6 80:5
  83:18 90:12,13 93:3
  94:4,22,24 95:4
  101:11 108:24
  109:4 111:20,21
  137:13 149:19
referred 57:3 132:8
referring 40:10
  64:20 73:6 90:11
  109:15
refers 94:7
reflected 30:9
reflection 116:16
refresh 56:7 83:6
  117:21 148:13,23
  149:5

refreshes 39:17
regular 35:13 99:7,7
  113:13
regularly 12:17
related 17:11 21:22
  154:10
relationship 19:24
  21:15,18
relaxed 106:18
remain 24:11
remainder 13:16
remained 100:16
remember 15:6
  25:18 42:3 55:3
  74:6 78:21 79:7
  86:20 88:12,18
  89:12,19 99:13,21
  101:16 102:22,24
  103:11 105:16
  108:8 110:24
  116:23 118:5,11
  119:4 120:5 126:25
  133:9,14,19,23,25
  138:25
repeat 25:12 145:13
rephrase 5:14 14:17
  16:10 44:16 138:3
report 9:15 27:5
  39:18 40:2,4,17
  42:24 43:21,25 56:3
  56:10 60:14 66:3,22
  68:17 130:7 153:9
  153:10,11,12,13
reported 9:20
  130:11 140:9
reporter 5:22 56:11
  60:15 66:4,23 68:18
  73:12 93:20
reporting 155:2
reports 31:22 44:5
  150:20 151:24
  152:3,6
represent 5:8 16:11
  137:21

representative 16:8
  16:16
representing 93:15
request 26:20
require 27:4
reserved 4:11
resource 113:9
resources 27:18
  103:10 135:21
  137:3,7
respective 4:6
respond 136:19
  141:5,10
responded 140:14
  140:18 141:16,25
  142:14 144:2 145:9
response 79:3
responsibilities 8:25
  9:3,10
result 130:12
resulted 133:3
resume 14:23
review 99:4
right 31:6 33:10
  34:24 36:13 40:7
  45:23 49:23 51:6
  59:20 70:20 75:12
  83:5,20 84:21 99:3
  105:25 107:10,23
  114:12 117:12
  123:7 126:24 129:2
  133:19 139:15
  140:12 143:13
  148:8,11
rings 9:5
road 155:4
role 152:4,11
room 24:11 75:5,8
  75:15,20,24 76:4,9
  76:11,14 77:15,21
  78:9 79:6,20 80:21
  81:19,22,25 82:10
  82:16 88:19 100:13
  100:17 101:3,7

roosevelt  1:6,9,19
  3:8 6:17 8:6,9 10:12
  10:20,21,24 11:5,12
  12:18 17:17 18:2,8
  18:10,17 139:11,16
  155:6
rose  6:17 8:15,21
  9:2 10:2,6,12 12:3
  12:23 13:9,18,23
  14:9,14 19:5,9,13
  19:21 20:6,11 21:4
  21:5,9 30:3 32:14
  32:19,22 116:5
rpr  2:9
rubric  30:21,24 31:7
  31:10 39:4,5 43:15
  43:18 44:11,13,18
  44:21 45:5,12 47:15
  48:9 50:14,22 59:3
  59:5 63:14,15,18
  64:4,8,12,15,17
  65:9,13
rubrics  30:25
rules  2:7 5:19
  137:25

            s

s  3:2,11 5:2,2 66:24
  68:19 88:23
safety  113:8
sat  80:4
saw  121:20 122:20
  127:3
saying  48:23 52:4
  52:14 58:8 59:15
  78:22 80:5 86:20
  90:4 99:22 102:22
  102:24 118:6,8
  119:5,8 126:14
  127:7 128:17,17,18
  133:9,14 134:9
  143:23 144:11
says  40:5,8 45:5,18
  56:21 59:12,18 60:2
  61:18 62:6 63:8

65:9 82:5 87:18
  88:11 102:18 103:9
  103:16 106:10
  130:3 147:25
scale  43:11 48:15,16
  50:12 51:20
scene  97:15
schedule  37:23 38:2
  41:9 67:21 69:13,15
  69:16
scheduled  67:17,19
  151:7
scheduling  151:5
school  1:6,9 3:8 8:6
  8:9,16 9:17 10:13
  12:9,10,15,19 14:4
  14:5 17:17 18:2,8
  18:11,17 21:19,22
  25:5,16,19,24 27:23
  27:24 28:4,13 29:2
  29:16 30:9,16 31:14
  33:17 34:3 36:18
  38:11,15 39:19 41:7
  43:19 53:14 57:11
  58:20 60:6 62:20
  63:2 65:22 71:23
  72:23 83:2,14,17
  88:16 91:4 104:23
  106:15 109:6,14,25
  110:4 111:11,13,14
  112:2 113:8,8,22,25
  120:15 121:19
  132:18 135:9,12
  137:14 139:5,11,14
  139:17,22,23 140:2
  140:19 141:10,12
  141:15,16 144:21
  144:22,22 149:17
  149:19
schools  12:16
  139:19
score  44:13,18,21
  45:6,12 47:15 50:22
  51:15,17,24 52:8,9
  52:22 53:3 64:4,8

64:12,15 65:9
scores  51:19 63:25
  64:2,17,19 65:13
scott  3:17 111:19
  112:3,8 117:20
  134:3,12,18 137:18
  137:20,21 138:8
  143:15 149:10
  152:13 153:4
screaming  82:15
sealing  4:7
seated  83:11
second  12:24 13:3,5
  13:12 14:11 20:13
  20:14,16 32:9 37:12
  43:6 71:23 130:5
secretary  114:25
section  49:17,17
see  40:10 44:24,25
  45:6,18 46:8,24
  48:7,8,9 50:19
  52:22,24 54:12
  55:24 56:4 62:11
  63:22 64:2 65:14,15
  87:9 94:4,8,10,11
  97:2,8,23 100:24
  101:5 106:25 122:2
  122:4 126:24 130:8
  147:24
seeing  52:12 56:17
  96:14
seen  38:24 46:23,25
  56:15,24 59:5 60:19
  66:8 67:3 68:22
  71:22,24 73:16 88:6
  93:12,24 97:20
  120:16
selected  14:25 15:3
self  24:6 36:2
seminars  26:9
september  22:16,17
  22:23 24:12,18 60:7
sequence  99:19
  117:3 142:21

series  5:10
serve  8:13 10:19
  11:15 12:6,13
served  8:17,20,21
  9:21,25 10:21 11:25
  12:22 13:10,14
service  139:5
services  34:23
serving  136:5
session  111:11
set  29:10,12,13
  154:7,14
settings  29:8
seven  70:18
share  40:24
shared  143:18,20
she'd  148:19
she'll  37:21
sheet  155:2
short  42:8
shortly  82:3 110:3
  118:22 120:14
shoulder  5:25
show  38:23 56:14
  60:18 66:7 67:2
  68:21 93:6,11,16,23
showing  73:15
shown  151:25
shrugs  5:24
side  96:11,16,18
  97:11 115:14
sighed  133:5
signature  154:17
signed  4:13,14
significance  53:10
silverman  3:7
similar  29:8 89:8,17
  117:3
simple  28:11
sir  7:7,11,22 9:19
  10:9 12:12,20 14:20
  15:8,11 19:17 47:7
  48:5 50:10 61:21
  64:2 65:14 74:18
  83:8 94:14 102:15

[sister - subscribed]

sister  85:17,18
  86:18,21 87:2,2,21
  88:5 95:17,20,23
  96:3,5,7,9,20
  105:13 106:8,17
  109:3 125:8 134:21
sister's  85:19 96:17
  105:14 126:9,10
  129:24 130:19,23
  135:2,8
sit  37:21
site  27:16
sitting  55:2 77:4
  83:23,24 86:3,6
  108:19 133:22
situated  83:19
situation  102:21
  118:4 135:24
  141:13
situations  102:19
six  49:19 50:15 71:6
  71:15
size  32:18,20 33:19
  33:20
sleeps  87:3
small  87:21 88:4
  95:16
smith  3:11 5:19 7:2
  7:5 8:2 14:15 25:9
  25:11 30:11,18
  32:15 36:21 37:3,10
  37:13 47:8,23 48:4
  50:11 55:10 63:3,17
  65:3 69:14,25 70:14
  70:23 74:21 80:10
  83:15 88:14 90:20
  91:9 93:5,14 94:9
  94:16 98:17,23
  101:4 107:7 110:18
  111:21 112:25
  113:16 114:15,19
  117:10 119:12,21
  120:7 128:12
  131:18 134:2,8,11
  134:13 135:4 137:6

142:3,19 144:9,17
  149:22 150:4,13,16
  152:14 153:5
social  21:17 106:3
  106:15
solve  87:25 89:24
sorry  9:5 10:25 13:2
  20:14 23:2 38:20
  47:7 61:22 63:11
  70:24 141:2
sound  75:12
sounds  71:10
spanish  24:4,9
speak  7:15 63:23
  65:6 78:15 79:2
  91:6,11 92:21 100:3
  104:7,9,19 105:6
  106:4,7 107:16
  114:24 115:16,19
  125:15 126:3,21
  135:23 136:8
  142:10
speaking  102:5
  106:22,25 108:8
  109:2 123:13
speaks  56:19
special  24:7 34:15
  34:19,21,23,25 35:5
  35:12,15,17,18,25
  36:2,3,6
specialist  11:14,16
  11:21,25 12:7 76:18
specific  25:14 26:20
  80:7 111:5
specifically  56:20
  78:20,21 134:14,15
  134:19 139:10,14
specificity  110:25
specifying  148:5
spilled  141:15
spoke  24:3,4 101:15
  107:19,22 108:3,13
  108:21 114:5
  122:14,17,18
  125:11,18 126:15

126:19,20 128:25
  129:4 147:12
spoken  7:12,23
  106:23 110:9,12
  111:23 150:7
spring  136:6
sro  107:12,14,25
  108:6,10 109:14
  110:6,17 112:11,16
  112:24 113:4,7,13
  113:17 114:17,24
  114:25 115:21
  116:19,22 117:17
  134:21 137:11,13
  139:3 142:10
sros  107:11 109:23
  109:25 114:11
  115:5,21 149:16
  151:12,13,20
  152:10,11
st  88:11,21,22
staff  9:7,10 111:15
  135:16
stalker  2:9 154:4,18
stamped  47:5
stand  82:6
standards  28:11
standing  83:22
  121:22 122:3,5
start  32:4
started  31:4,13,18
  60:6 123:5
stassi  1:11 3:14
state  2:10 5:4 6:12
  25:6,25 28:10 49:13
  49:23 62:17 87:13
  97:21 130:7,11
  133:7 154:5
stated  52:24 89:17
  89:22 90:10,16
  94:21 102:18
  132:22 147:18
statement  82:5 88:7
  88:10 89:15 90:9
  91:18 92:6,9,14,19

93:2,7,11,19 94:19
  95:2 99:25 101:14
  102:17 108:24
  119:24 130:2
  131:11,17 132:20
  133:23 138:10,24
  146:3,14 153:15
statements  92:22
states  1:2 99:18
  101:15
stating  93:3
status  144:16,24
stayed  84:19
stickers  78:23
stipulated  4:5,9,12
stole  78:22
stop  49:2 122:17
stored  27:18
stormed  76:12
  77:14,20 79:5,20
  80:20
street  3:16
strike  86:11
stronger  148:19
strongly  52:14
student  34:20 35:4
  35:23,24 36:20
  77:11,23 78:11,14
  78:14,17 79:8,10
students  9:6,7 12:25
  13:4 28:13 33:2,9
  33:11,21 34:5,10,13
  34:16,21 35:8,13,14
  35:15,16 36:5,7,8
  36:11,14,24 37:7
  77:9 78:9 125:18,23
  140:24
sub  23:7 88:25
subject  7:21,24
  31:12,13 77:23
submit  55:25
submitted  14:23
  70:5
subscribed  152:21
  155:22

[subsequent - three]                                                    Page 16

subsequent 150:8
subsequently
   122:25 146:10
   149:25
substance 30:17
   119:7
substitute 23:6 89:2
sue 16:15
sued 15:25 16:14
sufficient 25:20
   26:18
suggest 106:13
suite 73:22
summarizing 117:5
summary 73:19,20
   74:24 99:18 116:13
   116:14,16,18 117:7
   136:14 138:10
   148:8
summation 136:22
supervising 9:11
supervision 9:4,6,7
supervisor 9:16
   19:10,14 92:15 99:5
   109:24 113:2
   131:19 151:14
supervisors 19:11
   19:14
supervisory 9:9
supplies 25:15,21
support 5:23 25:7
supported 90:18
supposed 5:23 51:11
sure 5:19 6:6 25:13
   29:20 37:13 42:23
   58:19,23 92:12
   93:10 94:25 95:5
   102:15,20 103:5
   104:5,13 119:22
   121:11 134:17
   143:18
susan 1:3 5:8 18:25
swinkin 82:25 83:9
   84:25 87:22,24 88:7
   88:10 89:23 91:3,6

92:8,21 93:2 101:14
102:6,8,16,22 103:9
103:14 106:10
107:22 110:13
124:8 126:20,21
127:6 128:25
130:11
swinkin's 130:2
sworn 4:15 5:3
   152:21 154:7
   155:22
system 32:9 40:12
   51:14

**t**

t 5:2
take 5:23 37:12
   54:11 58:15 94:3,15
   95:9 102:14 107:24
   108:5 124:25
   139:20 147:3
taken 2:6 37:15 77:8
   89:20 94:18 99:5
   110:2 112:17 116:7
   117:18 136:25
   151:23
talk 78:8,15 87:5,21
   88:5 95:16 114:5
   124:17 143:22
   145:21
talked 124:17
talking 74:4,7,16,17
   76:19 78:7,12 79:8
   86:9,10,12,16 123:6
   124:13 125:20
taught 20:12,15
   21:3 24:8 28:11
   35:25
teach 24:13 29:6
   68:11
teacher 10:18,20,22
   11:5,6,11,22,24
   12:14,22 13:6,10
   14:11 19:4,21,24
   20:11,17 21:5 23:6

24:7 25:18 26:19
27:9,22 30:3,15
31:20 37:19,21
38:10 41:2,23 42:9
42:14 43:20,23,24
44:14,18 46:21
54:21 55:3 57:10
58:24 67:13,25 68:5
69:9 70:21 77:12,12
79:4,4 88:15,21
89:2 137:14 142:18
142:25 144:20
149:20
teacher's 31:11
   51:15 69:17 145:13
teachers 20:6 21:9
   21:25 22:24 23:11
   26:7,23 27:4,17
   28:18,19 29:6,10,11
   29:12,13 30:8 34:9
   37:2,8 38:6 40:20
   48:8 49:7 52:6
   53:16,25 54:7,9,10
   54:12,13 58:12 72:3
   76:6,19 77:3 105:4
   117:19 118:13
   150:25 151:9
teaching 20:20,23
   22:17 24:15
telephone 100:4
   114:8 142:16
   143:19
tell 7:8 51:16 64:25
   78:2 105:11 110:16
   112:15,18 115:13
   124:19 125:3 126:7
   127:10,14,19,23
   142:24 143:8
   146:17 147:14
   149:3 151:17
telling 86:10
ten 11:11 45:25
   49:24 50:3,8
tenure 10:7 17:16
   19:12

tenured 38:10 57:10
term 12:14
terms 9:11 51:14
   58:14 69:19 117:19
testified 5:5 17:8,10
   20:12 101:22
   107:15 108:20
   118:6 134:13
testify 74:25 117:16
   118:9
testimony 20:4 35:3
   43:5 60:8 90:24
   108:22 154:6,9
thank 74:18 83:8
   149:10
theoretically 45:25
thereto 41:18
thing 49:6 90:3
   98:20 101:11
   109:12,16,18,22
   120:10 129:10
things 89:21 142:22
think 23:21 49:3
   54:17 71:24 103:25
   124:9 126:23,24
   135:20 139:20,22
   141:5
third 8:19 20:12
   121:7
thirteen 8:10
thirty 33:3 45:16,22
   46:4 48:2 49:14
   50:8,22 64:5,25
   95:18
thought 54:13 112:3
threat 125:2 127:17
   127:21
threatened 142:25
   143:2 144:7
threatening 124:21
   128:8
three 10:22 23:12
   33:3 47:22 50:7
   52:5 53:2

| | | | |
|---|---|---|---|
| time  2:8 4:11 5:13 | 147:21 148:24 | type  21:17 24:12 | **v** |
| 7:18 8:21 9:21,24 | 149:6 | 26:20 41:21 43:10 | v  155:6 |
| 12:21 13:9,22 20:7 | top  39:10,15 40:8 | 43:21,25 48:25 | vehicle  97:24 132:15 |
| 20:10,15,24 21:4,7 | 64:3,7,11 65:8 | 59:21 76:22 81:10 | vein  128:2 |
| 21:8 22:6,8,13 | total  45:13 48:10 | 91:24 | verbal  110:20 |
| 29:13 31:21 33:7,15 | 50:25 | typed  40:12 | verbalize  5:21 |
| 34:6 37:14 42:10 | totaled  47:25 | typical  21:22 | verbally  6:8 |
| 49:4,8 55:7 56:9 | track  41:4 | | verbatim  118:2,5,11 |
| 58:6 60:13 66:2,21 | train  29:6 | **u** | veritext  155:2 |
| 68:16 73:10 75:6,9 | trained  29:13 | u  88:23 | versus  96:13 |
| 76:4,14 79:2 80:23 | 102:19 | uh  21:24 45:24 54:4 | visit  58:8 |
| 81:24 84:17,20 85:2 | training  26:14,20 | 74:5 75:4 103:8 | voice  104:14 119:5 |
| 85:6,9,10,11 86:21 | 27:5,6 28:20 29:23 | 132:24 | 125:7 |
| 87:23 89:9 90:4 | 30:4 144:14,21 | ulysses  12:8,15 | |
| 91:4,8 93:18 94:15 | transcript  154:8 | unclassified  35:24 | **w** |
| 94:17 95:12,15 98:2 | transferred  33:11 | understand  5:14 | wait  59:9 |
| 100:9,20,25 101:6 | translate  46:3 | 15:18 138:2 | waiting  95:17 |
| 104:3 105:17,23 | transpiring  131:10 | understanding | waived  4:8 |
| 110:5,25 111:5,7,9 | transported  131:6 | 139:18 | walk  37:21 |
| 111:13 112:4,6 | traveling  24:10 | understood  112:9 | walked  122:7,10 |
| 116:19 118:15 | trial  4:11 | unfortunate  118:4 | want  22:15 62:10 |
| 121:9 123:2,22 | tried  103:25 104:18 | uniform  121:13,15 | 83:5 87:16 116:21 |
| 130:17,21 131:5,9 | 104:23 109:9 | union  1:6,9 3:8 8:6 | 117:15,25 150:17 |
| 132:16 133:4 137:2 | true  1:10,15 154:8 | 8:9 12:18 17:17 | wanted  25:3 89:10 |
| 138:4 139:24 | try  42:8,11 104:4 | 18:2,8,11,17 | 90:11,17 91:15 93:4 |
| 140:21 143:21 | trying  101:19 | united  1:2 | 94:21 95:3 112:18 |
| 146:6 147:12 | 111:25 127:10 | university  131:7 | 128:21 132:22 |
| times  16:3 26:22 | 128:9 | unknown  1:10,16 | 136:24 137:8 |
| 27:3 28:22 41:6 | turn  77:8 | unsuccessfully | 142:18 143:3,4 |
| 50:8 94:12 102:18 | turned  77:23 | 108:23 | washington  8:15,20 |
| 140:18,20,22 141:4 | turnpike  3:4 | update  101:25 | 9:2,25 10:6,11 12:3 |
| 141:17 | turns  54:11 58:15 | ups  149:13 | 12:22 13:9,18,23 |
| title  8:11,18 10:15 | twelve  110:8 111:4 | upset  77:13,17 | 14:9,14 19:5,9,12 |
| 135:18,20,21 | twenty  33:2,4,14 | 79:17 80:6 86:3 | 19:21 20:6,11 21:3 |
| today  6:20 7:10,13 | 34:5,10 46:11 49:19 | 87:20 96:15 97:14 | 21:5,9 30:3 32:14 |
| 7:19 16:22 17:8 | 50:15 64:4,24 | 117:19 118:13,21 | 32:19,22 97:10 |
| 19:21,25 26:12 27:5 | twice  71:3 141:7,8,8 | 118:25 119:11 | 116:5 |
| 55:2 108:19 121:6 | two  11:19 12:4,16 | 124:14 127:2 | waved  75:21,25 |
| 133:22 | 20:9 24:2,10 36:3 | use  30:22,22,25 31:8 | 81:12 |
| told  69:15 77:11 | 37:12 62:8 67:25 | 67:20 79:19 80:20 | wavelength  74:3 |
| 86:17,19 87:10,24 | 68:11 69:9,10,22 | 148:10 | way  47:5 117:21 |
| 90:4 105:12 116:4 | 71:4 89:21 117:24 | uses  34:19 | 123:20 133:25 |
| 117:18 125:24 | 118:3 120:14 | utilized  31:10 | 150:22,24 151:7,8 |
| 126:4,7,9 130:5 | 121:10 124:7 | | 154:12 |
| 142:17 146:15 | 149:24 150:3 | | |

[week - zero]                                    Page 18

**week** 6:25 28:22 68:2,6,9,10,12 69:9 70:6,12,16 71:3 141:4,6,7
**weeks** 71:8,9
**went** 11:18 12:2 99:6,7 100:14 122:11 123:4 124:4 125:16,18 129:18 130:19,22
**west** 3:16
**whatnot** 124:25
**wheelchair** 86:4,5,8 96:25
**whereof** 154:14
**white** 3:10
**wilks** 76:5 77:4
**window** 90:5,14
**windows** 89:11
**withdraw** 30:12 32:16
**witness** 1:23 5:17 6:5,9 112:9 137:19 138:6 153:3 154:6,9 154:14
**woke** 86:22,23
**wolin** 3:3,3,5 5:6,7 5:18 6:6,11 30:12 32:16 56:6 60:11 65:24 66:19 68:14 70:24 73:8 93:10,16 112:5 137:16 142:2 143:14,16 144:10 144:19,25 145:16 149:12 150:11,18 151:2,10,21 152:7 153:4
**woman** 142:11 144:6
**wondering** 86:18
**word** 148:10
**words** 132:3 133:7 140:8
**work** 22:9 41:9 46:18,25 47:3 49:11

**worker** 106:3,15
**working** 72:16 135:11,12
**workshops** 26:9
**worry** 47:8
**wortham** 1:6 3:8
**wright** 13:12 89:8 90:3,4,6,12,13 94:23,24 95:4
**write** 46:24 91:21,23 92:13 99:25 131:10
**writing** 55:20,22 92:23
**written** 40:17 56:2 116:12,14,18 117:4 119:24
**wrong** 53:21
**wrote** 90:19 131:17 138:11,17 148:7

**x**

**x** 1:3,17 153:2

**y**

**yeah** 14:8 32:7 35:6 41:19,19 45:10 50:2 58:3 62:9 65:17 85:19 86:2,7,12 87:18,24 89:14,14 104:16 105:22 109:20 115:21 129:16 131:15,23 133:18 138:16,20 138:23 146:13 148:18,21 149:2 150:6
**year** 8:19 11:24 13:11,13,14,16,20 14:4,5,11 18:22 25:5,16,24 26:16 27:23 28:4,13 29:2 29:17 30:9,16 31:14 32:9 33:10,18 34:3 36:18 38:11,15 39:19 41:7,11 43:6

43:19,24 44:7,9 52:6 53:15 57:11 58:21 60:6 62:20 63:2 65:22 71:24 121:7 132:18 140:22,23
**years** 8:10 10:22 11:11,19 12:2,4 20:9 22:11 36:3 44:4 52:5 53:2 89:7 117:24 118:3
**yedin** 23:5
**yelled** 127:18
**yelling** 118:21 119:2 119:13 122:15 124:14 125:6 127:2 144:3,4
**york** 1:2,19 2:10 3:4 3:10,16 5:4 6:18 28:9 154:5 155:2,4 155:4,4
**young** 78:14

**z**

**zero** 51:8,9 53:10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.