# EXHIBIT L

# County Government Law of Nassau County: The Nassau County Charter

## March 31, 2015

### Verification of text:

The annexed has been reviewed and edited through March 31, 2015. Text may be compared for verification to the enacting and amending legislation. Such legislation can be obtained from the Office of the Clerk of the Legislature at (516) 571-4252. In case of any discrepancy between this compilation and the local laws as enacted by the Legislature, the latter shall be determinative.

The County is not responsible for any errors or omissions in this publication.

### Other laws:

Users should be aware that, in addition to the County Charter, local laws enacted by the County Legislature are codified in the Nassau County Administrative Code and the Miscellaneous Laws of Nassau County. Both the Administrative Code and the Miscellaneous Laws are also available on the County website.

The County Legislature also acts by Ordinance and Resolution. Ordinances and Resolutions are not codified, but

ARTICLE VIII DEPARTMENT OF POLICE

Section    801.    Department established.
                802.    Powers and duties.
                803.    Entrance into and withdrawal from county police district.
                804.    Contracts with county police department.

§ 801. **Department established.** There shall be a Department of Police, the head of which shall be the Commissioner of Police.

§ 802. **Powers and duties.** Except as otherwise provided in this act, the County Police District, if there be one, and the organization, powers, and duties of the police department shall continue to be as provided by the laws of this state relating to police, applicable to the county and in force on the date when this act becomes effective in the county, and the Commissioner of Police shall be and have the powers and duties of chief of police as therein provided. All portions of any town, unincorporated as a village or a city at the date on which this act becomes effective in the county or not included in a town police district on such date, irrespective of the inclusion thereof in a village or city incorporated or erected after such date, shall continue to be a part of the County Police District, provided however, this shall not apply to any territory which may hereafter be annexed to a city or village existing at the date on which this act becomes effective.
(Amended by L. 1950 Ch. 450, in effect April 5, 1950.)

§ 803. **Entrance into and withdrawal from county police district.** 1. Any city, village or police district not a part of the County Police District at or after the date on which this act becomes effective in the county and any city, village or police district desiring to become a part of the County Police District after having withdrawn from same pursuant to this section may by ordinance or resolution of its Board of Trustees or other governing body, request that the territory of such city, village or police district become a part of the County Police District on the first day of January next succeeding the effective date of such ordinance or resolution and that its police force be made a part of the County Police Force. In no event shall a city, village or police district be permitted to become a part of the County Police District after having withdrawn from it unless, at the time of the adoption of an ordinance or resolution by its board of trustees or other governing body, it shall be receiving police services from the county under contract and shall have been receiving it for a minimum uninterrupted period of five (5) years. Thereupon, the County Legislature, if it shall approve the request, may, by resolution, constitute the territory of such city, village or town police district a precinct or a part of the precinct of the county and constitute the police force of such city, village, or town police distinct members of the police force of the county. In the instance of any city, or of a village or town police