# EXHIBIT M



# The Nassau County Administrative Code

EDWARD P. MANGANO
Nassau County Executive

Carnell T. Foskey
County Attorney

January 1, 2016

*VII. Department of Police*

§ 8-3.0 **Commissioner; powers and duties.** Except as otherwise provided in this chapter, the Commissioner shall have the jurisdiction and control of the government, administration, disposition and discipline of the police department and he may promulgate and enforce rules and regulations for such purposes. (Amended by Local Law No. 3-1945, in effect July 9, 1945.)

§ 8-4.0 **Police force.** There shall be a police force which shall render such police service as may be prescribed by this chapter. The police force shall consist of such numbers of captains, lieutenants, sergeants, and police officers as shall be determined by the County Legislature upon the recommendation of the County Executive and the Commissioner of Police.

The Commissioner may detail captains as follows: One to act as First Deputy Commissioner of Police and one Lieutenant, Captain, or Sergeant to act as Second Deputy Commissioner of Police; one as Chief of Operations; one as Chief of Support; one as Chief of Detectives; one as Chief of Patrol; and, within the number provided by ordinance of the County Legislature, such additional number to act as Assistant Chiefs, Deputy Chiefs, Inspectors and Deputy Inspectors as he deems necessary. Such detail shall not be deemed a promotion.

When the Commissioner shall be unable to act by reason of his absence or inability, the duties of his office shall devolve upon the first Deputy Commissioner of Police or as otherwise directed by order of the Commissioner. (Amended by Local Law No. 1-1951; Local Law No. 2-1959; Local Law No. 7-1965; Local Law No. 4-1972; Local Law No. 12-1972, in effect September 25, 1972; Local Law No. 4-1976, in effect May 10, 1976; Local Law No. 3-1979, in effect April 30, 1979; amended by Local Law 14-2000, effective May 23, 2000.)

§ 8-5.0 **Detective bureau.**

a. There shall be a bureau for detective purposes to be known as the detective bureau. The Commissioner may designate as many members of the police force as he may deem necessary to serve in such bureau and at any time may revoke the designation of such a member.

b. With the approval of the County Executive the Commissioner shall assign such members of the force to the office of the district attorney, the office of the fire marshal and any other officer or county department to perform such service as such officer or county department may require. (Amended by Local Law No. 3-1945, in effect July 9, 1945.)

§ 8-6.0 **Bureau of public safety.**

a. There shall be a bureau of public safety.

b. It shall be the duty of such bureau, throughout the County to:

1. Enforce all laws relating to the manufacture, storage, sale,