# EXHIBIT N

Case 2:15-cv-01468-JFB-SIL Document 36-4 Filed 11/07/16 Page 1 of 18 PageID #: 1482

Jpullen48@gmail.com
Incident occured on May 28 Wed.

Call May 29 -
Jeff —
he call NYSET - said it was a
slam dunk. Braswell caused reaction
to her medical condition
Didn't call timely fashion

Call Sylvia - to get paperwork for
medical leave - call hospital for
records - doctor - pre-existing
medical condition.

5/28 called Jeff message again to call Sylvia
Call lawyer - (sue+lawsuit)

Article XXVI section 8) publicly
reprimand or discipline

Wolin & Wolin   420 Jericho Turnpike
                Suite 215
  E-mail         Tele 516 (938-1199)
  Wolinlaw        Alan Jerold Wolin
  @aol.com        (Fax 938-1178)
                  (Alan)

Human Resource 345-7632

McCARTHY-23

A's Exhibit 1
1/8/2016

| | |
|---|---|
| | 993-7110 |
| | Sylvia-Melgarejo Central Office Human Resources 345-7028 52 8th St. called May 29 left message 1:51pm asked for medical leave papers to be sent to home address |
| 5/30 | Allen Wolin returned my call and set up an appointment 11:30 Monday June 2 |
| 5/30 | called left message again for Sylvia to call and let me know she got my message for medical leave papers gave home phone # |

McCARTHY-24



Meeting was 8:30-8:45
walked out at 9:00 (around)
meeting was to discuss ① making sure
we were teaching math (not reviewing which
is teaching which is what we were doing)
(sub teacher told Braswell we weren't doing math)
② ▓▓▓▓▓ issue Psycologist & Social Worker
✱ Cops came at 7:30
removed her from my room on Friday
after she said she was going to kill
herself (I called the office immeadiatly)
They thought my room with all the severe
behaviors was not a good environment
for her. (she is very aggressive
sexually toward her peers. her
knowledge of sexually acts are most
top for her age. she discussed these
acts with the rest of my class
frequently. which they reported
to the office. she frequency called
them dick heads and said "fuck
you". she stole from her peers and
from me with no remorse.
At the meeting Mr Braswell wanted
to put ▓▓▓▓▓ back into my



993-3719

[margin notes, vertical:] longer than 4 years which I have been teaching have not been taught and be observed and told we are not good enough

I have a class of students that have not been evaluated by any other teacher and decided I needed

class) said he was only trying to help me) her math & she is below grade level in all areas and refused to do any work. I had not done any work in Mrs. Yedin's class or mine 5 yrs. until school is over. He is worried about her academics. He then told me that by placing her away from the other children (who she was taunting and stealing from) & was — all she needed was love and that even if I didn't believe it she liked me so much and I was pushing her away. I have always prided myself on being the nurturing caring teacher — this year — being bullied by Mr. Braswell has made it extremely difficult and when he said that in front of my peer (after having told a IST

meeting. I need help with her and needed love and support the same as the children this year. I broke down [illegible]. I said this is enough, got up and went crying into the hallway. By the time I got to the end of the hallway I had doubled over with chest pain and the worst migraine I ever experienced. The Psyclogist showed up next to me and told me to calm down, too late was already have a panic attack. I needed my pres. migraine meds. Julie (my friend) come by at a wheel chair and they got my pocketbook with my medicine. They wheeled me in to the nurses office where they tried to talk me in to calming me down. I kept repeating how all these months Braswell has been bulling me and causing such stress I was sick every night. I had a xanax in my purse prescribed the psy. nurse told me

McCARTHY-27

to take it. Higgins came in asked if I was alright. I said no I was very upset it wasn't right what he did to me. She told me to go home and relax and don't think about anything. Another teacher the sub from the meeting came in and tried to say everything would work out and I started screaming at the top of my voice get away from me. I am going to have a nervous breakdown. She left. Then used my I-phone to call Lynn to pick me up so I couldn't. She kept stressing "I should go to my sister to rest" - To forget about everything. The Psy was asking me questions. I said it was sad that I was was with Dr Wright who I imagined she knew and cared about our health + family. I told her she knew I had depression panic attacks and later needs for it. She asked if I thought

McCARTHY-28



I should take more meds. I said no. She said she wished I would calm down and stop shaking. I told her I wanted to take 60 xanax. I started to calm down and we talked about how it was when Dr. Wrion was there. I told them that a long time ago I had a hard class and told her if she didn't help me I was going to jump out the window (she knows it is the ground floor). Then (I think asked if I would ever hurt myself. I said no of course not I have a family I love to take care of and I would never hurt them like that. It was a bum about

With that my sister and friend Bob came to pick up my car and take me to her house.

I went in told her what happened and she told to relax and go in the tub. I relaxed migrane was better but I was still very upset and embarassed by the whole incident. I came out still with a very bad migrane and my sister said



Tried to lie down for an hour or so but I couldn't sleep, she said maybe you need to eat so she made me a great lunch fried fish, fried potatoes fresh salad we ate. I felt better but tired. I went to see her cats for about 10 min and then the police were at the door (this was about 1:30. They said Roosevelt had called in a 911 that I was going to kill myself. They said the school dropped the ball because I left the school three hours before and if they thought there was a danger they shouldn't have let me leave. Never mind about my chest pains and migrane. They could clearly see I was not a threat to myself or anyone else and said this seemed like someone was trying to harass me. But they were bound by law to take me to get check out. When we got to the hospital I spoke to the nurse in charge and after speaking to me and listening to my story told me to call my union leader

McCARTHY-30

This was a clear case of harrassment. They were not happy that people do this. I was there from around 1:45 - 8:30 pm (It was a buzy night and I happened to be last on a very long list. When I finally got to the Dr. she said she was sorry I had to go through all this for nothing. Cleary some one was using this as a punishment. She also said to call the union and file a law suit. People don't have a right to go around putting people in the psy emergency for panic attacks/anxiety. They should have called for the chest pains when it happen.

McCARTHY-31

call Nanette about snow list on line.
after 9:00 →

June 3 - Ask Jeff if sick leave papers are online
Tues   because Sylvia isn't returning my calls. Go.
@ 9:00  What is the status of my job - according
Sat!    to those papers. Thurs

@ 13 right their doctor look at me I came
have name my dr. - friend - Jeff -

A big shake down on Thurs this could
all go away - Getting rid of bullies

He already filed yesterday against
Braswell - Talked to Worthingham about
3hr delay - (she had no knowledge) ha ha
                                  putting

(Ask Jeff about grades) Julie cell phone
                        353-3668
                        Hannah
    called Sylvia again left message   946 or 4515
Tue ask Nanette for new number
June 5 Nanette called
    Joi came in and said (as if everyone knew
    about the 911 call) that she didn't make the
    call and when she tried to call Lynn and tell her
    about the police coming Braswell said to put

McCARTHY-32

the phone down and don't give her a
heads up.

Wed. Emailed Emergency Discharge Papers
4
Called Human Resources (Olga)
345-7032 for medical leave papers
No one answered again

[redacted]

MONDAY TUESDAY WEDNESDAY THURSDAY FRIDAY SATURDAY SUNDAY

Sunday 6/8 — Jeff called to say that the admin wanted to meet with me or have a phone conversation to explain what all happened. He advised against it. He will email them. I'm to call (Mon) lawyer, ask him what he thinks and then call Jeff back. (They already know —) they sent me the letter w/ the (9/3 — they pass judgement.) No need to talk again.

Monday June 9 — Alan called me back and said he agreed with Jeff 100% — do not talk with them.

↓ Called Sylvia — got her [...] new administrator — Dr. Robert Brisbane — write letter (permission to be absent) start date, date of return — paid leave.

I called Jeff and let him know what was going on.

6:30pm — Jeff called to say he went to the school to talk to Braswell. He wanted to give him a heads up about the grievance he was filing. He told Braswell that I didn't even want to go for the grievance but he pushed it and thought it was a good idea. Braswell said he never said anything to me

McCARTHY-34

that would cause me to be upset and that I came into the meeting upset. He said he would never say "that I didn't care about I children" Jeff said that was strange since 15 other people had the same story as me and his story was the only different one.

He later said that after I left he called his supervisor and she told him to call 911. He said he was really worried about me. He cares about all his teachers. Jeff said he is very paranoid. He thinks the teachers are out to get him. When I was leaving two teachers were standing together talking and Braswell pointed to them and said to Jeff "see they are talking about me". Jeff said they could have been talking about anything. He says is psyco.

6/13 Lawyer called made app. for next w[eek]

McCARTHY-35

| | | |
|---|---|---|
| | 6/17 | Hand delivered letter 9/3 [illegible] |
| | | Appointment Dr. Solomon Woodhull Professional |
| | | Thurs. June 19 - 11:30 am   Building |
| | | 86 N. Oconee Hwy |
| | | [illegible] |
| | | signed by [illegible] Port Jefferson Station |
| | | Woodhams NY 11776 |
| | 6/18 | Lawyer called 1:30 am cancelled app. [illegible] |
| | | Friday 9:00 am - sent mail paper from |
| | | yesterday 9/3 [illegible] |
| | | - called Jeff - nothing - had opening at |
| | | school number Higgins - moving to UB to |
| | | be Principal [illegible] |
| | | Administration sent the order that everyone |
| | | has to be changed around. Brisbane |
| | | redding contract says teacher must know |
| | | assignment by June 15 so that's when |
| | | it was sent out. Could be changed by |
| | | Sept. [illegible] |
| | | - Lawyer called said to call school and |
| | | say that I can't make app. for Thurs |
| | | just got paper late last night - called |
| | | Patty Diresto - left message - He said |
| | | [illegible] it's crazy - Dr Solomon is school districts |
| | | henchman. |
| | | - called three ~~=~~ times left message |
| | | 345-7037 (Patty Diresto) can't make tomorrows app. |

McCARTHY-36



lawyer called said to e-mail
emailed Rbrisbane@roosevelt.ufsd.org

my last check June 27 finally came July
after calling two days (Peggy Ford) Payroll
really helped out. Dr. Brisbane was suppose
to send me an email but didn't

July 10 Jeff called and said Brisbane wanted
to call me and set up a date to go for
the Psy Evaluation. He said he should
call my lawyer. (Can't go back to school without it) also wanted to know if I was alright
with having kindergarten next year. Jeff
ran into my lawyer and Alan told Jeff
to email him what Brisbane talked to him
about me. [I will call Alan tomorrow
as a follow up]

July Calling Alan to tell him that Jeff my uncle
11   was re-emailing him last night.
Alan is emailing them to schedule a new
evaluation — still Nassau County has no
record of going to Lynn's house??? Off
on vacation???

| | |
|---|---|
| July 14 | Jill/Wolin/Wolin called said to pick 3 dates in Aug. for psy test. |
| July 15 | called Jill back chose Aug 1, 8, 22 she will notify school and get back to me. She will go to Mineola Court to get frisken(?) report (police) - is going to try Freeport?? too sending a bill from hospital for report about $20.00 |
| Friday Aug 29 | Went to Psy - appt. with melissa - was very honest 1hr 45 min - wanted me to say I wanted to hurt myself I told him I never said that. He had a letter from the District dated Aug. stated that the Pys and mrs. Higgins said I casually stated I wanted to hurt myself. Told him psy never said that (she was not tenured) he asked why I was sure ※ She came to me the day I came back and said "you know the truth - I never said anything - you can't trust anyone here I am so sorry - I don't know what happened or why I just want you to know that I was part of it. I told her I know she wasn't) |

McCARTHY-38



Went back to work on Sept 3 (Wed)

(Thurs.)
Sept 4 Went to meeting with Lawyers, Roosevelt and Alan. Got sworn in. Gave answers to questions. Johnson...

McCARTHY-39