**WOLIN & WOLIN**
Attorneys at Law
420 Jericho Turnpike - Suite 215
Jericho, New York 11753
Telephone: (516) 938-1199
Facsimile: (516) 938-1178
E-Mail: wolinlaw@aol.com

**Jerold Wolin**
**Alan E. Wolin**

August 29, 2018

*Via ECF*

Honorable Joseph F. Bianco
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:   *McCarthy v. Roosevelt UFSD, et al.*
            *Case No. 15-CV-1468 (JFB)(SIL)*

Dear Judge Bianco:

    This office represents the plaintiff, Susan McCarthy, in the above referenced action. We write in response to the District defendants' counsel's letter dated August 27, 2018 requesting that "a final judgment be entered reflecting the dismissal of all claims against them."

    Plaintiff does not oppose the application. Thank you for your time and attention.

                                        Respectfully yours,

                                        *Alan E. Wolin*

cc:    Gerald S. Smith, Esq. (via ECF)
        Liora M. Ben-Sorek, Esq. (via ECF)